

PBL 31687

PBL 4332

6/8/2002 7:59 AM

1 of 1



PBL 31691

PBL 7951

http://www.celebrityorgy.com/preview5.html

1/21/2002


**BABYLON-X** — THE 1ST AND STILL THE BEST CELEBRITY SITE

*Britney Spears -* Amazing pre fame blowjob footage, we've got hold of a vid of Britney sucking and jerking off two cocks!!! We were as shocked at this news as anyone **MPEG 1**
Apparently Britney Spears was approached by Playboy magazine and did a test shoot and they never reached a salary agreement. **Picture**
An anonymous source from the magazine slipped us this image. Britney continues to deny that she has had boob job but judging by the pictures we have, taken during rehersals, she's lying!!!
**Picture 1, Picture 2, Picture 3**

We have exclusive pics of a recent raunchy interview where Britney gets 'over excited' and gives us an **amazing view of her pussy!!!**

*Britney Spears Fantasy Fakes Gallery.*
THE NET'S BEST Britney fakes.
**Click here to see the whole lot!**

*Jennifer Lopez Scandal:* Incredible hardcore video of J-lo sucking and fucking her ex-boyfriend. **Click here for full story and pics.**

J-Lo "Ooop's" Upskirt pictures....NO PANTIES!!!
**Pic 1**                               **Pic 4**

**Pic 2**                               **Pic 5**

**Pic 3**                               **Pic 6**

*Jennifer Lopez Movie Sex Scenes:*
Clip 1: Jennifer moans with pleasure as she is fucked hard! Nice tits! (4.03 MB) - **Click**
→ Clip 2: J-Lo fucking like a slut! Whole lot of heavy humping going on! (3.81 MB) - **Click**
→ Clip 3: Lopez takes it up her big beautiful ass! Butt-fucking and dirty talking! (2.29 MB) - **Click**
Clip 4: J-Lo's tits are bouncing as she is fucked standing up! (757 KB) - **Click**

*Shania Twain* Sneaky shot taken by her then boyfriend as the chart topping beauty stepped out of the shower in her dressing room. **Picture**

*Anna Kournikova - Topless!!*
Brand new Anna topless shot collection, these are totally genuine and show just what an amazing ass and tits she has!!!!

                        **Pic 6**
**Pic 1**                                              PBL 31696
                        **Pic 7**
**Pic 2**

http://members.tempted.com/members/niche/cel/content/babylon/VIPLounge.htm          10/28/2002





~~ Many More Popular Celebrities Inside Appearing Naked & Uncensored ~~

Brooke Shields      Bianca Jagger
Alicia Silverstone      Cameron Diaz
Christie Brinkley      And Many More!

Click Here For Instant Access To Thousands Of Celebrity Photos!



Terms & Conditions Of Membership | 18 U.S.C.' 2257 compliance notice.
Click Here For Customer Services

**Webmasters Click Here**

**123 Ventures LTD**

Please note that all the images contained herein are for newsworthy purposes only.
Any fees payable for ths site are exclusively for bandwidth charges asspciated with the internet.

http://web.archive.org/web/20010506135518/www.truecelebs.com/frontpage.p...    11/9/2003 7:32:52 AM



WE STRIP THE STARS! Nude Supermodels, Baywatch Babe Blowjobs, Celebrity Sex Scandals, Hollywood Teens Naked, Famous Fucks of our Time! JOIN HERE! or No Card? Get Dial-Up Access!

www.call-girls.net **CELEBRITY HARDCORE** Sensations

CLAUDIA SCHIFFER's Secret Sex Tape!
PAMELA ANDERSON

ELLE ...and baby sister, Mimi Filmed FUCKING and MASTURBATING!!!

Her Explicit Teen Hardcore! "I LOVE IT UP MY ASS!"

The "accidental" porn star! Oral Sex & Finger-Fucking with Tommy! Fuck & Blowjob video with Brett Michaels!

Anna Kournikova - tits & full-frontal sunbathing Pussy shots!

[ BACK ] [ INSTANT ACCESS ] [ CONTINUE TOUR ]

Just a counter..

of 2

2/20/2003 10:37 P



**FREE..FREE..FREE..FREE LIFETIME !!**
HURRY, and JOIN TODAY Tuesday, December 17, 2002   MIDNIGHT is CUMMING SOON!

## Hollywood Hots

### Thousands of Nude Celebrities!!

Jennifer Lopez · Ali Landry · Rebecca Gayheart

We got the Photo's
The Celeb's Don't Want you to see!

Britney · Sarah · Denise · Charlize · Brooke · Salma · Rachael

- Massive Collections on everyone of your Favorite celebs!

- Over 90,000 Nude Celebrity Images in our Archive !

- Everyone of your Favorite Celebrities Nude !!

Alicia Silverstone, Gillian Anderson, Salma Hayek, Tiffany Amber Thieesen, Drew Barrymore, Madonna, Sandra Bullock, Jennifer Aniston, Mariah Carey, Christina Ricci, & Tons More !!

### Nude Celebs Celebrities & Stars

- Celeb Galleries
- Live Celeb Video
- Christina Aguilera
- Celeb Of The Month
- Mariah Carey
- Yasmine Bellth
- Jenny McCarthy
- Cindy Margolis
- Anna Kournikova
- Jennifer Lopez
- Uma Thurman
- Sandra Bullock
- Brittney Spears
- Cameron Diaz
- Alicia Silverstone
- Thousands of photos
- Cindy Crawford
- Carmen Electra
- Tonya Harding
- Salma Hayek
- Demi Moore
- Julia Roberts
- Nicole Kidman
- Tyra Banks
- Drew Barrymore
- Sarah Michelle Gellar
- Meg Ryan
- Heather Locklear
- Sharon Stone
- Courtney Cox

..AND WAY MORE INSIDE!!

# FREE..FREE..FREE..FREE LIFETIME !!
HURRY, and JOIN TODAY Tuesday, December 17, 2002   MIDNIGHT is CUMMING SOON!



- Massive Collections on everyone of your Favorite celebs!

- Over 90,000 Nude Celebrity Images in our Archive !

- Everyone of your Favorite Celebrities Nude !!

Alicia Silverstone, Gillian Anderson, Salma Hayek, Tiffany Amber Thiesen, Drew Barrymore, Madonna, Sandra Bullock, Jennifer Aniston, Mariah Carey, Christina Ricci, & Tons More !!

## Nude Celebs Celebrities & Stars

| | | | | |
|---|---|---|---|---|
| · Celeb Galleries | · Jenny McCarthy | · Brittney Spears | · Tonya Harding | · Drew Barrymore |
| · Live Celeb Video | · Cindy Margolis | · Cameron Diaz | · Salma Hayek | · Sarah Michelle Gellar |
| · Christina Aguilera | · Anna Kournikova | · Alicia Silverstone | · Demi Moore | · Meg Ryan |
| · Celeb Of The Month | · Jennifer Lopez | · Thousands of photos | · Julia Roberts | · Heather Locklear |
| · Mariah Carey | · Uma Thurman | · Cindy Crawford | · Nicole Kidman | · Sharon Stone |
| · Yasmine Bellth | · Sandra Bullock | · Carmen Electra | · Tyra Banks | · Courtney Cox |

..AND WAY MORE INSIDE!!

12/17/2002 10:27 PM











# CelebMovie.com
## The Ultimate Nude Celeb Movie MEGA-Site

**Thursday, Nov 27**

Thousands of Nude Celeb Movies !!!
35000+ Nude Celeb Pictures !!!
Hot PornStar XXX Movies !!!
Over 16 Gigs Online !!!

**:: Main**
- Bookmark Us
- Daily Movies
- Real Videos
- Movie Archive
- PornStar Movies
- New Movies
- CelebMovie.com Tour

**:: Daily Movies**
- Mimi Rogers Nude!!!
- Joan Severance Sex!!!
- Courtney Love Nude!!!
- Bridget Fonda Naked!!!
- Denise Crosby Sex!!!
- Jennifer Connelly Nude!!!
- Natalie Portman's Nips!!!
- Gauge XXX Gang-Bang!!!
- Juliette Lewis Sex!!!
- Ashley Judd Naked!!!
- Amy Jo Johnson Nude!!!
- Demi Moore Sex!!!
- Kristine DeBell XXX!!!

**:::: Celeb XXX Videos**
- Heather Locklear Blowjob!
- Jenny McCarthy Gang-Bang!
- Sandra Bullock Fucking!
- Claudia Schiffer Sucks Cock!
- Pamela Anderson Hardcore!
- Tonya Harding Fuck Movies!
- Alicia Silverstone's Bare Cunt!
- Anna Nicole Smith Lesbian!
- Victoria Principal Sucking Cock!
- Barbara Streisand Porno!
- Christina Aguilera Masterbating!
- Jennifer Lopez XXX Home Video!

**The Daily Movies — CLICK HERE**

**The Movie Archive — CLICK HERE**





You are about to receive
Instant Access for
Erotic XXX Movies - One Day Trial Membership

Paycom.net is the designated payment processor for
www.ebonyboyz.com Brought to you by 'MPB4'

Today's Charge is : $0.00 for a 1 day trial period.
Membership Renews automatically at $39.12 every 1 month(s)*Until Cancelled.*

**Your Name:** Norman Zadeh

**Card Number:**

**CVV2/CVC2 Number:** 114   help

**Expiration Date:** -- ▼  20-- ▼

The Password cannot be same as the username

**UserName:** normanz1

**Password:** *******

☐ Check here to certify that you are 18 years of age or older and agree to the Terms and Conditions of this purchase and have read our Privacy Policy.

### Special Offer to New Members Only

☑ **Click here to signup for a 4 day trial Membership to XRatedPornos Four Day Trial Subscription for $1.00. After 4 days, Membership renews automatically at $19.84 every 1 month.**

☑ **Click here to signup for a 4 day trial Membership to XXX Gold Four Day Trial Subscription for $1.00. After 4 days, Membership renews automatically at $19.84 every 1 month.**

(Please be patient after submitting the form... this might take up to 2 minutes)

[ Click Here for Instant Access! ]

PAYCOM.NET *MPB4 will appear on your card holder statement.
We collect the above information for order processing only.
Your IP address <63.207.180.130> is logged for fraud prevention.
FRAUD WILL BE PROSECUTED TO THE FULLEST EXTENT OF THE LAW.