| URL | ADDRESS | phone | currently billing through |
|---|---|---|---|
| 007celebsnude.com | Belize City, BZ BZ BZ | 000-000-0000 | paycom |
| admarchive.com | Brederodestraat 231, Zandvoort | | ccbill |
| adultkey.com | Bloomfield, NJ 07003 | no phone number | CCBill |
| allcelebrities.net | Hamilton, MT 59840 | 406-375-9516 | paycom |
| all-naked.com | Istanbul, NA 80310 TR | | 2000charge |
| allnakedcelebs.net | 1 1 CA | | |
| allnudecelebritiesxxx.com | Belize City, BZ BZ BZ | 000-000-0000 | paycom |
| allstarnudecelebs | Phoenix, AZ 85032-9380 | 602-992-3356 | ccbill/sexkey |
| babecollection.com | P.O. Box 821 The Valley AI | | OPM direct |
| babesofbabylon.com | Edmonton, AB T5j ok1 | 1-780-413-1868 | ccbill |
| babylon-x | Curacao, NL | 44 (0) 7932 9782 | paycom |
| badstars.com | charlestown, KN | 866-304-9004 | ccbill |
| barecelebrities.com | Phoenix, AZ 85032-9380 | 602-992-3356 | sexkey, ccbill |
| bizarrefisting.com | Toronto ON M5A 4P7 | 416-534-5000 | Web Transaction Srevices |
| call-girls.net | Curacao, AN 599 9,611 455 NL | 44 (0) 7932 9782 | paycom |
| celebclub.com | Sussex, NA 26411 UK | 42-653-9587 | OPM Direct |
| celebcollections.com | San Diego, CA 92117 | 858-273-0885 | paycom |
| celebdb.com | Douglas, IM99 1XS, UK | 44 115 9170000 | Verotel |
| celebdrive.com | Las Vegas NV 80121 | 416-995-3629 | paycom |
| celebfan.com | P.O. Box 821 The Valley AI | 123-456-7890 | 2000charge |
| celebflix.com | Tuebingen,72076 | 4970715219O | ccbill |
| celebfantasy.com | Jupiter, FL | | sexkey/ccbill |
| celebhotel.com | Mountainside, NJ 07092 | 908-928-9808 | verotel |
| celeblover.com | Riverside, CA 92501-3667 | 909 688 0247 | paycom |
| celebmovie.com | Belize City, BZ BZ BZ | 000-000-0000 | paycom |
| celebnakedness.com | melbourne, fl 32941 | 407-757-7620 | ccbill |
| celeborama.com | Toronto, Ontario m5b1s5 CA | 416-260-5530 | Saf shop |
| celebpornsite.com | Farmington,MN 55024 | 651-460-8055 | ccbill |
| celebrityhrowser.com | Los Angeles CA 23433 | 1 220 233 4444 | ccbill |
| celebritychamber.com | San Diego, CA 92117 | 858-273-0885 | paycom |
| celebritycollection.com | Palm Harbor, FL | 480-449-7412 | phone |
| celebrity-collection.com | P.O. Box 821 The Valley AI | none | opm direct |
| celebritycollections1.com | Zandvoort 2042 AZ NL | 23 573 4935 | opm direct |
| celebrityexlreme.com | P.O. Box 821 The Valley AI | | probilling |
| celebrityhardcore.com | Carpinteria,CA 93014-5003 | 800 882-5284 | paycom |
| celebrityking.com | Phoenix, Az 85078-5934 | 602-953-6006 | ccbill |
| celebritynudeclub.com | San Diego, CA 92117 | 858-273-0885 | paycom |
| celebrity-nude-pictures.com | Grand Island, NE 68803 | 308-440-1448 or tglobosale.net | |
| celebrityonly.com | london,GB 56985 | 546-87654398 | sexkey/ccbill |
| celebritypass.com | Hauts De Seine 92000 FR | 619565553 | ccbill |
| | Carson City, NV | 775-884-0180 | pswbilling |

| Domain | Location | Phone | Billing |
|---|---|---|---|
| celebrity-review.com | Chico, CA 95928 | 503-490-7487 | Ibill |
| celebrityskank.com | NoordHolland 1021 JV NL | 31 202 1211 | paycom |
| celebritysleaze | Toronto M6J 3P4 | 647-886-6021 | paycom |
| celebritysun.com | sun valley, NV | 775-673-9151 | ccbill/sexkey |
| celebrityvisions.com | Costa Mesa, CA 92626 | 949 981 2634 | paypal |
| celebrity-xxx | Port Vila, VU NA VU | 310-901-6136 | webcombilling |
| celebscaughtnude.com | zgorne gorje, SI | 38640513082 | ccbill/sexkey |
| celebs-club | Hanover, 30455 N/A United States | 49-511-4752105 | OPM direct |
| celeb-search.com | toronto,ontario,CA | 416-561-4977 | paycom |
| celebsexposed.com | email, ee e1e NT | 123-123-1234 | CCBill |
| celebshop.com | Manhasset, NY 11030 | 516-8408804 | paycom |
| celebs-n-vintage.com | BC v1e 1c5 | | saf shop |
| celebsontheweb.com | Phoenix, AZ 85032-9380 | 602-992-3356 | ccbill/sexkey |
| celebsxposed.com | Email NT | 123-123-1234 | ccbill |
| celebta.com | Pepper Pike, OH 44124 | 216-951-2114, 12 | ccbill |
| celebtaboo.com | Panama | 416-820-5373 | paycom |
| celebticket | Hoek Hugenholtzweg, Curacao AN | 5999-433-8810 | paycom/ccbill |
| celebticket.com | Curacao | 5999-433-8810 | paycom/ccbill |
| celeb-xxx.com | porterdale GA 10018 | 9999999999 | ccbill |
| cinema-stars.com | pennsauken, NJ | 856-662-9100 | sexkey/ccbill |
| cool-celebs.com | P.O. Box 821 The Valley AI | | 2000 charge |
| crazyacefakes.com | Three Bridges, NJ 08887 | 908-788-2003 | membershipplus |
| draugen.com | odnes, NORWAY | 61125432 | Ccbill |
| evilescorts.com | Toronto, ON M5A 4P7 | 416-534-5000 | Web Transaction Srevices |
| Exclamation-fake-celebs.com | P.O. Box 821 The Valley AI | | opm direct |
| exsluts.com | Toronto, ON M5A 4P7 | 416-534-5000 | paycom |
| fakeclub.com | Munich Germany 8000 DE 12345 | | P S W billing |
| fakir.net | Sebring, Fl 33871 | 863-471-6036 | netverifier |
| femalecelebrities.com | Phoenix, Az 85078-5934 | 602-953-6006 | Ccbill |
| femalestars.com | Phoenix, Az 85078-5934 | 602-953-6006 | ccbill |
| fillies.com | Mount Vernon, NY 10552 | 914-699-5461 | ccbill |
| fredd38.net | Zwolle NH 1001 XU NL | 038 345986 | probilling |
| freecelebnudity.com | Tortola, Tortola 00000 VG | 9054609568 | paycom |
| hiddenhollywood.com | Tampa, Fl 33602 | 813 347 8437 | Ibill |
| hollyceleb.com | Ommen OV 7731 GA | 31 529454466 | CCBill |
| hollywoodextreme.com | Carpinteria, CA 93014-5003 | 805-689-6044 | paycom |
| luca69.com | Warren, MI 48091 | 810-759-2275 | ccbill |
| internetmovies.com | Kahului, HI 96732 | 808 283 2885 | paycom |
| jadesmovies.com | Toronto, On m6r 2g5 CA | 416 561 4977 | paycom |
| kinki-celebz.com | Panama | 416-820-5373 | blyther |
| lairoflluxlucre.com | Carson City, NV | 775-884-0180 | celebrity pass |
| latinofantasy.com | Toronto ON M5A 4P7 | 416-534-5000 | Web Transaction Srevices |
| lovearddates.com | oakville,ontario, CA | 905-844-5000 | ccbill |
| marilylis.com | lexington, SC 29073 | 803-755-7299 | ccbill |

| Domain | Address | Phone | Billing | Processor |
|---|---|---|---|---|
| modelcelebs.com | Panama | 416-820-5373 | paycom | |
| moviestarsnude.com | Kingstown, Stl George VC | 555-5555 | paycom | |
| msskin.com | Oak Park, IL 60302 | 708-358-2640 | Ccbill - 2000 charge | |
| musicmoviesbooks.com | NE 12345 US | | paycom/Ibill | |
| nakedcelebritypics.com | P.O. Box 821 The Valley AI | 123-456-7890 | probilling | |
| naked-nude-celebs.com | Berkshire, Berkshire SL2 1NE | 01753 675228 | ccbill/sexkey | |
| naughty-celebs.com | Kingstown, St George VC | 555-5555 | paycom | |
| nekkidcelebs.com | edmond, OK | 661-752-7935 | sexkey/ccbill | |
| newceleb.com | Tortola, Tortola TORT VG | | up | |
| newcelebpics.com | BC v6v 2m2 CA | | ccbill | |
| nitrovideo.com | Eagleville, PA 19408 | 610-539-0551 | ccbill | |
| nude-britney-spears-pics.com | Amsterdam, NH 1062 DR | 209845621 | probilling | |
| nude-britney-spears-pics.com | Amsterdam, NH 1062 DR NL | | probilling | |
| nudecelebeoutpost.com | Grand Turk TC | 999-999-9999 | Ccbill | |
| nudecelebrile.com | Metairie, LA 70005 | 504-838-8787 | CCBill | |
| nudecelebritytheater.com | Phoenix, AZ 85032-9380 | 602-992-3356 | CCBill | |
| nudecelebs.org | Paris 70513 FR | no phone number | sexkey/ccbill | |
| nudecelebsrevue.com | Hoek Hugenholtzweg, Curacao AN | 5999-433-8810 | paycom/ccbill | |
| nudefakecelebs.com | P.O. Box 821 The Valley AI | no phone number | OPM direct | |
| nudehollywood.com | Tustin,CA 92780 | 714-669-9638 | Ccbill | |
| nude-naked-celebrities.com | Knoxville, TN 37919 | 407-540-9360 | sexkey/ccbill | |
| nude-scenes.com | odnes, NORWAY | 61125432 | sexkey/ccbill | |
| nude-supermodels.com | Gibraltar, GI | 350 44343 | paycom | |
| nudetrek.com | Richmond, BC V7C 2E5 CA | 604-244-7625 | Adult Key | |
| paparazzifilth.com | Brisbane,QLD 4006 AU | 6139921248 | ibill | |
| payones.com | Noord-Holland 1504 DA NL | 31-6-28270691 | ccbill | |
| pichound.com | Lakeland, FL 33815 | 8636882900 | ccbill | |
| popstars.com | Port Vila, VU 00000 VU | 44 7790896346 | webcombilling | |
| primecelebrity.com | San Diego, CA 92117 | 858 273 0885 | paycom | |
| rarecelebs.net | fort wayne,In 46819 | 219-432-6333 | paypal | |
| realcelebs.com | Belize City, BZ BZ BZ | 000-000-0000 | paycom | |
| redlemonfakes.com | Slough, UK | | sexkey/ccbill | |
| redlighthost.com | corinth, MS | 662-665-4882 | sexkey/ccbill | |
| rogerceleb.com | curacao, AN | 5999-433-8810 | paycom/ccbill | |
| scoopy.net | BUDA, 1112-H HU | none | ccbill | |
| scottss.com | Richmond BC V7E 1E5 CA | 604-277-4911 | membershipplus | |
| secretceleb.com | Hoek Hugenholtzweg, Curacoa AN | | membershipplus | |
| sexkey.com | | | ccbill | |
| sleazycelebs.com | zandvoort 2042 az | (+) 23 573-4935 | sexkey/ccbill | |
| steamycelebpics.com | Vancouver, BC V6E 3Z3 | 604-602-1766 | paycom | |
| strippers.com | Phoenix, Az 85078-5934 | 602-953-6006 | Ccbill | |
| tazziez.com | Ultrecht, Ultrecht 7515 VP NL | 308744521 | probilling | |
| tempted.com | Toronto, ON M5A 4P7 | 416-534-5000 | Web Transaction Srevices | |
| trillianfakes.com | Zwolle, NH 1001 XU NL | 31-383-45986 | probilling | |

| | | | |
|---|---|---|---|
| truecelebs.com | curacao, AN | 5999-433-8810 | paycom/ccbill |
| wildflics.com | Toronto ON M5A 4P7 | 416-534-5000 | Web Transaction Srevices |
| wild-will.com | Het Blazoen, Swifterbant | | sexkey/ccbill |