Azc Music Management

## DECLARATION

I, Christina Aguilera, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity. In general, I do not want any entity to use or exploit my name, likeness or identity, without my express written permission, or the permission of my manager or someone with the authority to act on my behalf.

Executed this 29th day of October 2001.

Christina Aguilera

3500 West Olive Avenue, Suite 600 • Burbank, California 91505
Telephone: 818-977-0400 • Fax: 818-977-0406

### Declaration

I, ___MAGALI AMANE___, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity. In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this ___1___ day of ___NOVEMBER___, 2001

___AMAND MAGALI___ please print

## DECLARATION

I, **MiKylA**                                    , hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity, ~~except for Playboy~~, and

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this **3** day of **November** , 2001

**MiKlA Archibald** please print

Phone: 800-606-6639. Fax: 310-205-9644.

*Attached to*
*April 23, 2003*
*letter*

## DECLARATION

I, _ASIA ARGENTO_, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity.

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _7th_ day of _February_, 200_3_

_ASIA ARGENTO_    please print

PLEASE FAX THE SIGNED DOCUMENT TO 310-205-9644.

DECLARATION

I, _Alley Baggett_____, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity, except for Playboy, and

*alleybaggett.net & macandbumble.com*

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _3_ day of _November_, 2001

_Alley Baggett_ please print

Phone: 800-606-6639. Fax: 310-205-9644.

Azco Music Management

## Declaration

I, John Baruck, work with Irving Azoff who represents Christina Aguilera. As part of my regular duties as her representative, I am responsible for assisting in the review or management of her publicity, including, but not limited to, reviewing photographs of Ms. Aguilera and knowing to whom her rights of publicity have been granted or assigned. In my position as Ms. Aguilera's representative, I therefore have personal knowledge regarding the authorized uses of her name, identity, and likeness.

Christina Aguilera has not licensed or authorized the use of her name, identity, or likeness in connection with the commercial display or advertisement on the Internet of nude or sexually explicit pictures. I am also aware that many Internet sites use celebrity names and pictures in connection with "fake nudes" – i.e. , pictures in which a celebrity's head is pasted onto another person's nude body and/or body engaged in sexually explicit acts. Any Internet site that commercially displays or advertises any fake nudes of Christina Aguilera is doing so without permission of any kind from Christina Aguilera.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: NOV. i, , 2001,

At BURBANK, CA.

JOHN BARUCK
Please Print

## DECLARATION

I, _Kylie Bax_____, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity.

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _20_ day of _February_____, 2003

_Kylie Bax_____

_Kylie Bax_____ please print

Please fax to 310-205-9644. Phone: 800-606-6639.

FROM : BOBBIBILLARD.COM          FAX NO. : 949-363-1565          Nov. 01 2001 03:45PM P1

I, Bobbi Billard, hereby declar
as follows: I have not
licensed any pornographic......
website or any affiliate of
such website to use or
exploit my name, likeness,
or identity, without my expres
written permission, or the
permission of my agent or
someone with the authority
to act on my behalf.

Executed this 1st day of Nov. 20

Bobbi Billard
_____
Bobbi Billard

FROM :

FROM : SELMA RUBIN TALENT MGMT.

LIT. DEPT.

PHONE NO. : 751+1025

PHONE NO. : 718 896 6153

Nov. 28 2001 02:52PM P2

Nov. 19 2001 8::04PM P3

## Declaration

I, Yasmine Bleeth, hereby declare as follows:

I have not authorized or licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity.

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or persons with the authority to act on my behalf.

Executed this ___ day of _____, 2001

YASMINE BLEETH

Declaration

I, _Bobbie J. Brown_, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity. In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this __27__ day of __November__, 2001

_Bobbie Brown_     please print

## Declaration

I, _Tracey M. Kolas_, represent _Bobbie Brown_.
As part of my regular duties as their representative, I am responsible for assisting in the review or management of their publicity, including, but not limited to, reviewing photographs and knowing to whom their rights of publicity have been granted or assigned. In my position as their representative, I therefore have personal knowledge regarding the authorized uses of their name, identity, and likeness.

_Bobbie Brown_ has not licensed or authorized the use of their name, identity, or likeness in connection with the commercial display or advertisement on the Internet of nude or sexually explicit pictures. I am also aware that many Internet sites use celebrity names and pictures in connection with "fake nudes" -- *i.e.*, pictures in which a celebrity's head is pasted onto another person's nude body and/or body engaged in sexually explicit acts. Any Internet site that commercially displays or advertises any fake nudes of _Bobbie Brown_ is doing so without authorization.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _Nov. 13_, 2001,
at _A_.

_Tracey M. Kolas_
printed name

## DECLARATION

I, _ICEY   BURGLAND_ , hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity.

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _28_ day of _FEB_ . , 2003

_Burgland /._

_BURGLAND  /._ please print

Please fax to 310-205-9644. Phone: 800-606-6639.

Declaration

I serve as an agent, manager, or attorney for

NAUMT CAMBELL

and my regular responsibilities include any licensing of their rights of publicity. I have not authorized the right to use or exploit the name, likeness, or identity of any of the above clients to any pornographic website or any of its affiliates, except for

. I am also against any pornographic website or any other entity exploiting the name, likeness, or identity of my clients without express written permission.

Executed this 28 day of February , 2003

OMAR Alberto please print

Please fax to 310-205-9644, Phone: 800-606-6639

## Declaration

I, LISA CANNING , hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity. In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this 8th day of November , 2001

LISA CANNING _____ please print

## Declaration

I, _Rebecca Chaney_, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity. In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _17th_ day of _October_, 2001

_Rebecca Chaney_    please print

## Declaration

I, _Betsy Cox_ , hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity. In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this ___ day of _November_ , 2001

_Betsy Cox_

_Betsy Cox_     please print

## DECLARATION

I, _Deuin DeVASQUEZ_ , hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity, except for Playboy, and _www. deuindeuesquez. com_ .

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _15_ day of _November_ , 2001

_Deuin DeVASQUEZ_ please print

Phone: 800-606-6639. Fax: 310-205-9644.

JEFFREY N. MAUSNER (State Bar No. 122385)
LAURENCE M. BERMAN (State Bar No. 93515)
BERNARD M. RESSER (State Bar No. 92873)
BERMAN, MAUSNER & RESSER
A LAW CORPORATION
4727 Wilshire Boulevard, Suite 500
Los Angeles, California 90010-3874
Telephone: (323) 965-1200
Facsimile: (323) 965-1919

RONALD JOHNSTON (State Bar No. 057418)
JOHN J. QUINN (State Bar No. 029588)
DANIEL J. COOPER (State Bar No. 198460)
SEAN MORRIS (Bar No. 200368)
ARNOLD & PORTER
777 Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Plaintiff PERFECT 10, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>CYBERNET VENTURES, INC.; SPIKA'S )<br>REALM; FUNET INC.; SEAN DEVINE, an )<br>individual; THOMAS PACH, an individual; )<br>JIM WELLS, an individual; MACH 10 )<br>HOSTING, INC.; F-T-V CORP.; F-T- )<br>V.NET; and VIC TORIA, an individual, )<br><br>Defendants. )<br>_____ ) | Case No. 01-02595 LGB (SHX)<br><br>DECLARATION OF R.D. DOBSON II |

1

I, Richard D. Dobson II, hereby declare under penalty of perjury that the following is true and correct.

1. I am the managing partner of Controversy Management Group, which is in the business of tracking unauthorized uses of celebrity persona on the Internet on behalf of its clients. I make this declaration based upon my own personal knowledge, except where indicated otherwise, and if called to testify, I would and could testify competently hereto.

2. I started protecting celebrities' interests on the Internet in 1995, and now do so under the business Controversy Management Group. We track the manner in which celebrities' names and images were used on the Internet and to attempt to prevent unauthorized uses of such celebrity persona.

3. Controversy Management Group has represented numerous celebrities whose rights of publicity have been infringed on the Internet. Our clients have not licensed the use of their photographs or names on the Adult Check website or on the websites that are part of the Adult Check network. Nevertheless, I am aware of various Adult Check websites that claim to contain pictures of Controversy Management Group's clients and some that actually do contain pictures (fake or real) of some of our clients. Controversy Management Group represents Krista Allen, Traci Bingham, Caprice Bourret, and Brooke Burke, whose names and likenesses are invoked, without authorization, on websites, including Adult Check websites.

4. When the names of celebrities such as those listed above are typed into the Adult Check search engine on the Adult Check website, a list of links to allegedly matching websites is created by the Adult Check search engine. In the case of some of the celebrities, the search results also include the full names of the celebrities. As examples, Adult Check Search results for the names of our clients Krista Allen, Traci Bingham, and Caprice Bourret are attached hereto as Exhibits "A" through "C." Unauthorized images of Krista Allen, Traci Bingham, Caprice (Bourret), and Brooke Burke available on Adult Check affiliated websites are attached hereto as Exhibits "D" through "G." One of the search results for "Caprice Bourret" shown on Exhibit "C" is a link entitled "Bobbi and Caprice boinking each other." Clicking on that link leads to pictures of two unidentifiable women, neither of who is Caprice (but one of whom has blonde hair like Caprice Bourret),

2

engaging in explicit sex acts. Examples of these photographs are shown in Exhibit "F." **Because these fake pictures portray a celebrity having sex as though she were a porn star, or worse, they are highly damaging to the celebrity's reputation and are completely unauthorized.**

5. Controversy Management Group has complained approximately ten times to Cybernet Ventures, the owner of Adult Check, about such unauthorized and fake photos of our clients. Some of these complaints have been made in writing, giving Cybernet and it's affiliated website(s) notice of the infringing material. In spite of complaints to both Adult Check and it's affiliated infringing websites, we have had almost no success in getting Adult Check websites to remove unauthorized images of our clients.

6. There are several reasons, both financial and personal, which make it very unlikely that most celebrities would sue to enforce their rights of publicity and copyrights against infringing websites. First, if a celebrity files suit against the infringing website, it is likely to create publicity for the website and the purported photographs of the celebrity. Such publicity would contravene the purposes for initiating such a lawsuit in the first instance by bringing attention to the website, potentially injuring the reputation of the celebrity even more. Second, there are many models who have appeared in magazines such as Playboy, some of whom my firm represents, who simply do not have the money to sue even one website. Third, many pornographic websites are owned and operated by companies with phony registrations that are impossible to find, or by companies located in foreign countries which are difficult to sue, or by companies in the U.S. which do not have any money to collect. Fourth, there are thousands of infringing websites, and the cost of suing all of them is prohibitive. Fifth, celebrities are concerned that the infringing websites will attempt to conduct extensive discovery into the celebrity's private life and attempt to cast the celebrity in a negative light that could further damage their career. Sixth, even if an individual celebrity were successful in suing thousands of website operators and getting their images removed, it wouldn't help the thousands of other celebrities whose images are being stolen. So there are many reasons, both financial and personal, which make it very unlikely most celebrities would sue to enforce their rights against the thousands of website operators who are currently getting away with massive infringement.

7. It is well known in the industry that so called "celebrity" sites do not own the rights to their content. For example, there are Adult Check sites like "The Complete Adult Site" (noods.com), that claim to have 60,000 celebrity images. At a cost of $5,000 per celebrity photo, that site would have content worth $300 million. Cybernet advertises, promotes, and sells access to hundreds of celebrity sites that contain hundreds of thousands of stolen celebrity images. I believe Cybernet sells access to more stolen content than any other person or entity.

8. Cybernet describes itself as an age verification system that keeps minors from viewing pornography. However, many Adult Check websites display extremely pornographic materials as samples to get customers to join Adult Check. In other words, there are thousands of extremely pornographic images available to minors on Adult Check sites without any age verification of any kind.

9. In its lawsuit, Perfect 10 has asserted certain unfair competition claims that are generally not available to individual celebrities. As a result, Perfect 10 has the opportunity to enjoin the massive infringement that is taking place without the need for thousands of individual lawsuits. Controversy Management Group therefore supports Perfect 10's unfair competition claim and hopes that the Court will force Cybernet Ventures to follow its own rules and regulations by requiring that Adult Check websites own the rights to their content.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct, to the best of my knowledge and belief.

Executed this 28th day of November 2001, at Los Angeles, California.

Richard D. Dobson II

4

# DECLARATION

During my time serving as manager and publicist for actress/model **Carmen Electra**, my regular responsibilities included any licensing of her rights of publicity. During which time, I never authorized the right to use or exploit the name, likeness, or identity of **Carmen Electra** to any pornographic websites or any of their affiliates. I am also against any pornographic website or any other entity exploiting the name, likeness, or identity of any of my clients without express written permission.

Executed this 28th day of February 2003.

By _____

Eric G. Kent
Network Entertainment Group, LLC.

DECLARATION

I, Roxanne Galla , hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity, except for Playboy, and
my personal websites roxannegalla.com

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this 3 day of November , 2001

Roxanne Galla please print

Phone: 800-606-6639. Fax: 310-205-9644.

DECLARATION

I, Rebecca Guyheart, to the best of my knowledge, have never authorized any pornographic website to use my name or photograph.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug 20 2001, at Los Angeles (place of signing).

## DECLARATION

I, Rebecca ~~Goyheart~~, to the best of my knowledge, have never authorized any pornographic website to use my name or photograph.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~Aug 20~~ 2001, at ~~Los Angeles~~ (place of signing).

*Rebecca Goyheart*

## DECLARATION

I, _Anna Marie Goddard_, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity, except for Playboy, and _www.annamariegoddard.com_.

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _03_ day of _November_____, 2001

_Anna Marie Goddard_ please print

Phone: 800-606-6639. Fax: 310-205-9644.

## DECLARATION

I, _Lauren Hays_ , hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity, except for Playboy, and _Laurenhays.com_ .

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _3_ day of _November_ , 2001

_Lauren Hays_

_Lauren Hays_ please print

Phone: 800-606-6639. Fax: 310-205-9644.

octagon

## Declaration

I, Ivan Brixi, represent Martina Hingis. As part of my regular duties as Ms. Hingis's representative, I am responsible for assisting in the review or management of Ms. Hingis's publicity, including, but not limited to, reviewing photographs of Ms. Hingis and knowing to whom Ms. Hingis's rights of publicity have been granted or assigned. In my position as Ms. Hingis's representative, I therefore have personal knowledge regarding the authorized uses of Mr. Hingis's name, identity, and likeness.

Ms. Hingis has not licensed or authorized the use of her name, identity, or likeness in connection with the commercial display or advertisement on the Internet of nude or sexually explicit pictures. Any pornographic website, including but not limited to those affiliated with so-called age verification services such as Adult Check, that commercially displays or advertises Ms. Hingis's name, identity, or likeness, is doing so without permission.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 20 June ,2002,
at BEIJING, CHINA .

IVAN BRIXI

[2]

## Declaration

I serve as an agent, manager, or attorney for

| | |
|---|---|
| 1. VIVIAN HSU | 9. SAORI AMAKAWA |
| 2. JENNIE CHAN | 10. SAORI DEGAWA |
| 3 YUKO FUEKI | |
| 4 XU RUO XUAN | |
| 5 YUMIN | |
| 6. Yu mean | |
| 7. You mean | |
| 8 AIKO MORISHITA | |

and my regular responsibilities include any licensing of their rights of publicity.  I have not authorized the right to use or exploit the name, likeness, or identity of any of the above clients to any pornographic website or any of its affiliates, except for

_____. I am also against any pornographic website or any other entity exploiting the name, likeness, or identity of my clients without express written permission.

Executed this 10 day of OCTOBER , 2002

_Fumiko Homma_.

FUMIKO HOMMA ____ please print

PRESIDENT, SKY PLANNING

## Declaration

I, ___Tracey Mikola___ represent ___Brooke Johnson___
As part of my regular duties as their representative, I am responsible for assisting in the review or management of their publicity, including, but not limited to, reviewing photographs and knowing to whom their rights of publicity have been granted or assigned. In my position as their representative, I therefore have personal knowledge regarding the authorized uses of their name, identity, and likeness.

___Brooke Johnson___ has not licensed or authorized the use of their name, identity, or likeness in connection with the commercial display or advertisement on the Internet of nude or sexually explicit pictures. I am also aware that many Internet sites use celebrity names and pictures in connection with "fake nudes" -- *i.e.*, pictures in which a celebrity's head is pasted onto another person's nude body and/or body engaged in sexually explicit acts. Any Internet site that commercially displays or advertises any fake nudes of ___Brooke Johnson___ is doing so without authorization.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: ___Nov-13___, 2001,
at _____

___Tracy Wales___ -

printed name



**THE GERSH AGENCY**
LITERARY AND TALENT AGENCY

## Declaration

I, Bill Butler, represent Jane Krakowski as agent. As part of my regular duties as her representative, I am responsible for assisting in the review or management of her publicity, including, but not limited to, reviewing photographs and knowing to whom her rights of publicity have been granted, licensed, or assigned. In my position as her representative, I therefore have personal knowledge regarding the authorized uses of her name, identity, and likeness.

Jane Krakowski has not licensed or authorized the use of her name, identity, or likeness in connection with the display or advertisement on the Internet of nude or sexually explicit pictures. I am also aware that many Internet sites use celebrity names and pictures in connection with "fake nudes" – i.e., pictures in which a celebrity's head is pasted onto another person's nude body or a body engaged in sexually explicit acts. Any Internet site that displays or advertises any fake nudes of Jane Krakowski is doing so without authorization.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _1 - 29_ , 2002,
at New York, N.Y.

_____
BILL BUTLER

Jul-10-02    02:39pm    From-Arnold &    ar                    T-805  P.004/005  F-567

# octagon

## Declaration

I, Anna Kournikova, declare as follows:

Along with my agents and representatives, I have personal knowledge regarding the authorized uses of my name, identity, and likeness.

It has come to my attention that my name, identity and/or likeness has been used, or is currently being used, throughout various pornographic websites, some of which are affiliated with so-called age verification services including, but not limited to, Adult Check. Use of my name, identity and/or likeness by any of these entities in connection with the commercial display or advertisement on the Internet of nude of sexually explicit pictures is unauthorized.

I swear under penalty of perjury that the foregoing is true and correct to the best of knowledge.

Dated: 6.30. 2002,
at LONDON. UK.

ANNA KOURNIKOVA

1751 Pinnacle Drive Suite 1500 McLean VA 22102 USA
t (703) 905 3300 f (703) 905 4495 www.octagon.com

Part of Octagon Worldwide

Declaration

I, Jennifer Lothrop , hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity. In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this 12 day of November , 2001

Jennifer Lothrop please print

## DECLARATION

I, _____, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or
exploit my name, likeness or identity, except for Playboy, and

_____ N / A _____.

In general, I do not want any entity to use or exploit my name, likeness, or identity,
without my express written permission, or the permission of my agent or someone with
the authority to act on my behalf.

Executed this 3 day of _NOVEMBER_, 2001

_____

Lorrie Menconi please print

Phone: 800-606-6639. Fax: 310-205-9644.

## Declaration

I, _Tracey   M   Kolas_ ~~die~~ represent _all listed below_.
As part of my regular duties as their representative, I am responsible for assisting in the
review or management of their publicity, including, but not limited to, reviewing
photographs and knowing to whom their rights of publicity have been granted or
assigned. In my position as their representative, I therefore have personal knowledge
regarding the authorized uses of their name, identity, and likeness.

_all listed below_ has not licensed or authorized the use of their name,
identity, or likeness in connection with the commercial display or advertisement on the
Internet of nude or sexually explicit pictures. I am also aware that many Internet sites use
celebrity names and pictures in connection with "fake nudes" -- i.e., pictures in which a
celebrity's head is pasted onto another person's nude body and/or body engaged in
sexually explicit acts. Any Internet site that commercially displays or advertises any fake
nudes of _all listed below_ is doing so without authorization.

I swear under penalty of perjury that the foregoing is true and correct to the best
of my knowledge.

Dated: _Nov. 13_ , 2001,
at _____.

_Tracey   Nicolas_

printed name

Verina Wimmer -
Jennifer Wood -
Sara Spraker -
Jenya Lano -
Kristen Noelle -
Inna -Baruskova

JEFFREY N. MAUSNER (State Bar No. 122385)
LAURENCE M. BERMAN (State Bar No. 93515)
MONA MILLER (State Bar No. 77452)
G. JILL BASINGER (State Bar No. 195739)
BERMAN, MAUSNER & RESSER
A LAW CORPORATION
4727 Wilshire Boulevard, Suite 500
Los Angeles, California 90010-3874
Telephone: (323) 965-1200
Facsimile: (323) 965-1919

RONALD JOHNSTON (State Bar No. 057418)
JOHN J. QUINN (State Bar No. 029588)
DANIEL J. COOPER (State Bar No. 198460)
ARNOLD & PORTER
777 Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Attorneys for Plaintiff
PERFECT 10, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation )<br><br>Plaintiff, )<br><br>v. )<br><br>CYBERNET VENTURES, INC.; SPIKA'S )<br>REALM; FUNET INC.; SEAN DEVINE, an )<br>individual; THOMAS PACH, an individual; )<br>JIM WELLS, an individual; MACH 10 )<br>HOSTING INC.; F-T-V CORP.; F-T-V.NET; )<br>and VIC TORIA, an individual, )<br><br>Defendants. )<br> )<br> )<br> )<br> ) | Case No. 01-02595 LGB (SHX)<br><br>DECLARATION OF LIN MILANO IN<br>SUPPORT OF PLAINTIFF PERFECT 10,<br>INC.'S OPPOSITION TO DEFENDANT<br>CYBERNET VENTURES, INC.'S MOTION<br>TO DISMISS<br><br>Date: August 27, 2001<br>Time: 10:00 a.m.<br>Place: Courtroom of Honorable<br>Lourdes G. Baird |

I, Lin Milano, hereby declare under penalty of perjury, that the following is true and correct:

1.     I am the owner of Cybertrackers.  I make this declaration based upon my own personal knowledge, except where indicated otherwise, and if called to testify, I would and could testify competently hereto.

2.     I started Cybertrackers a number of years ago in order to track the manner in which celebrities' names and images were used on the Internet and to stop the impermissible use of celebrities' names and images.  I first became aware of the problem of owners of pornographic websites using celebrity names and images when it came to my attention that there were tens of thousands of pornographic websites that claimed to have nude images of my daughter, Alyssa Milano.

3.     Over the past four years, Cybertrackers has represented numerous celebritites whose rights of publicity have been misappropriated on the Internet. Predominately, my work on behalf of these clients is to notify pornographic websites using my clients' names and image that such use is impermissible.  To the best of my knowledge, none of my clients have licensed the use of their photographs or names to Cybernet Ventures, which I understand runs the Adult Check website.  Nevertheless, I am aware of various websites that are part of Adult Check Network of participating sites that claim to contain pictures of my Cybertracker clients and some that actually do contain picture (fake or real) of some of my clients.

4.     There are major problems for celebrities in enforcing their rights of publicity and copyrights against infringing companies such as Cybernet Ventures. First, there is the issue of cost in hiring organizations such as Cybertrackers to police the Internet.  Second, many pornographic websites are owned and operated by phantom companies and it is very hard finding the true ownership of such sites.  Third, many pornographic websites are, according to registration information, located in foreign countries.  Fourth, in regards to the sites that do not remove the infringing material, the

cost of initiating litigation can be prohibitive – even if you can locate the true owners of the site.   In addition, there are many personal issues that may dissuade a celebrity from initiating litigation against the sites that refuse to remove the infringing material.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief.

Executed this 21 day of August, 2001, at Sherman Oaks, California.

_____
Lin Milano

235167.1

## DECLARATION

I, _YVETTE NELSON_____, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity, ~~videos/photographs~~, and _SOUND RECORDINGS_____.

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _3ʳᵈ_ day of _NOVEMBER_____, 2001

_YVETTE NELSON_____ please print

Phone: 800-606-6639.  Fax: 310-205-9644.

(818) 251-8698

## DECLARATION

I, Geen L Nolin _____, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity.

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this 27 day of February, 2003

_____ please print

Please fax to 310-205-9644. Phone: 800-606-6639.

## DECLARATION

I, Carie Otis_____, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity.

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this 4 day of March_____, 2003

_Carie Otis_____ please print

Please fax to 310-205-9644. Phone: 800-606-6639.

## Declaration

I, _LORA LYN PETERSON_, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity. In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _8th_ day of _NOVEMBER_, 2001

_Lora Lyn Peterson_

LORA LYN PETERSON please print

## Declaration

I, _Tracey Mikolas_ represent _Jaime Pressly_

As part of my regular duties as their representative, I am responsible for assisting in the review or management of their publicity, including, but not limited to, reviewing photographs and knowing to whom their rights of publicity have been granted or assigned. In my position as their representative, I therefore have personal knowledge regarding the authorized uses of their name, identity, and likeness.

_Jaime Pressly_ has not licensed or authorized the use of their name, identity, or likeness in connection with the commercial display or advertisement on the Internet of nude or sexually explicit pictures. I am also aware that many Internet sites use celebrity names and pictures in connection with "fake nudes" -- i.e., pictures in which a celebrity's head is pasted onto another person's nude body and/or body engaged in sexually explicit acts. Any Internet site that commercially displays or advertises any fake nudes of _Jaime Pressly_ is doing so without authorization.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _Nov 13_ , 2001,
at _____.

_Tracey Mikolas_
_Tracey Mikolas_
printed name

## Declaration

I, Selma Rubin, represent Yasmine Bleeth as manager. As part of my regular duties as her representative, I am responsible for assisting in the review or management of her publicity, including, but not limited to, reviewing photographs and knowing to whom her rights of publicity have been granted, licensed, or assigned. In my position as her representative, I therefore have personal knowledge regarding the authorized uses of her name, identity, and likeness.

Yasmine Bleeth has not licensed or authorized the use of her name, identity, or likeness in connection with the display or advertisement of her name, identity, or sexually explicit pictures. I am also aware that many Internet sites use celebrity names and pictures in connection with "fake nudes" – i.e., pictures in which a celebrity's head is pasted onto another person's nude body or a body engaged in sexually explicit acts. Any Internet site that displays or advertises any fake nudes of Yasmine Bleeth is doing so without authorization.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 1/16 , 2001,
at New York, N.Y.

Selma Rubin
SELMA RUBIN

1  JEFFREY N. MAUSNER (State Bar No. 122385)
   MONA MILLER (State Bar No. 77452)
2  G. JILL BASINGER (State Bar No. 195739)
   BERMAN, MAUSNER & RESSER
3  A LAW CORPORATION
   4727 Wilshire Boulevard, Suite 500
4  Los Angeles, California 90010-3874
   Telephone: (323) 965-1200
5  Fax: (323) 965-1919
   E-mail: jmausner@bmrlaw.com
6
   Attorneys for Plaintiff
7  PERFECT 10, INC.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11 | PERFECT 10, INC.,              ) Case No.: 01-02595 LGB (SHx)
                                    )
12 |        Plaintiff,              ) DECLARATION OF LAURENCE H.
                                    ) RUDOLPH
13 |           vs.                  )
                                    )
14 | CYBERNET VENTURES, INC.;       )
     CYBERNET VENTURES, INC. dba    )
15 | ADULT CHECK, et al.            )
                                    )
16 |        Defendants.             )
                                    )
17                                  )

18

19    I, Laurence H. Rudolph, declare as follows:

20        1.    I am an attorney licensed to practice in the states of New York and Connecticut,

21   and am admitted to practice before the United States District Court for the Southern District of

22   New York.

23        2.    I represent Britney Spears as both her manager and her attorney. I am therefore

24   personally familiar with licenses that Ms. Spears has granted for use of her photographs and

25   name.

26        3.    Ms. Spears has not granted Adult Check or the following websites which provide

27   content to adultcheck.com via links the right to use her photographs or name:

28        Famous Celebrities Naked

W:\CLIENT\Resoen\RUDOLPH32esc.WPG                        -1-

05/02/2001   20:13   13187°          NORM ZADEH                    PAGE  03/03

1   Britney Spears What A Babe!

2   Babes of Rock

3   allnewteens.com

4   houseoffakes.com

5   merlenz.com

6       4.   Adult Check claims to provide its customers with content from 870 sites that

7   contain Britney Spears photos. To the best of my knowledge, Ms. Spears has not granted Adult

8   Check or any of those 870 websites the right to use any of her photographs or her name.

9       5.   A number of the websites listed above contain fake nude photographs of Ms.

10   Spears, in which Ms. Spears' head is pasted onto someone else's nude body. Some of these fake

11   pictures suggest that Ms. Spears is engaging in disgusting sexual acts. The contention that any of

12   these sites has the rights to any pictures of Ms. Spears or the use of her name is outrageous.

13   Access to these photographs is made possible by paying Adult Check a fee, and then clicking on

14   a link corresponding to those sites on the adultcheck.com website.

15       6.   If it is Adult Check's contention that they did not know that their linked sites do

16   not have the rights to Britney Spears' photos or the use of her name, they know now. In fact,

17   based on my knowledge regarding other celebrities I represent, and discussions with other

18   celebrities that I know and their managers, it is unlikely that Adult Check or its sites have the

19   right to use the photos or name of any top celebrities.

20       7.   I believe that Adult Check should require each of its linked sites to prove that they

21   own the rights to each and every photo on their sites. That is the only way to stop this outrage.

22       I declare under penalty of perjury that the foregoing is true and correct, to the best of my

23   knowledge.

24       Executed this 29th day of May, 2001, at New York, New York.

25

26

27

28                       LAURENCE H. RUDOLPH

I Stacy Sanches authorize Perfection
to Remove the use of my name and
photos from any pornographic website
other then playboy and my own.

None of these sites have the
Right to use my name or photos

Stacy Sanches
6-2-01

DECLARATION

I, _Laura Selway_ hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity, except for Playboy, and

personal website - blondpinup. com

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this 3 day of Nov , 2001

_Laura Selway_ please print

Phone: 800-606-6639. Fax: 310-205-9644.

## Declaration

I serve as an agent, manager, or attorney for

STEPHANIE SEYMOR

and my regular responsibilities include any licensing of their rights of publicity. I have not authorized the right to use or exploit the name, likeness, or identity of any of the above clients to any pornographic website or any of its affiliates, except for

. I am

also against any pornographic website or any other entity exploiting the name, likeness, or identity of my clients without express written permission.

Executed this 3 day of March , 2003

Jenifer Hibert please print

Please fax to 310-205-9644, Phone: 800-606-6639

NORM ZADEH

PAGE 21/23

## DECLARATION

I, Britney Spears , to the best of my knowledge, have never authorized any pornographic website to use my name or photograph.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31 2001, at New York City (place of signing).

Britney Spears.

## DECLARATION

I, _____, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity, except for Playboy, and _____.

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _____ day of _____, 2001

_____

_____ please print

Phone: 800-606-6639. Fax: 310-205-9644.

Case5:04-cv-00371-JW

DECLARATION

I, *Priscilla Taylor*, hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity.

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this ____ day of ____ Feb 27 ____, 2003

_____    _____ please print

## DECLARATION

I, Amy Weber, to the best of my knowledge, have never authorized any pornographic web site other than that of Playboy and my own to use my name or photograph. Furthermore, I have never posed for any pictures completely nude.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2001 at Los Angeles, California.

*[signature]*

AMY WEBER

## DECLARATION

I, _Victoria Zdrok_ , hereby declare as follows:

I have not licensed any pornographic website or any affiliate of such website to use or exploit my name, likeness or identity, except for Playboy, and _various adult magazines & websites_

In general, I do not want any entity to use or exploit my name, likeness, or identity, without my express written permission, or the permission of my agent or someone with the authority to act on my behalf.

Executed this _3_ day of _November_ , 2001

_Victoria Zdrok_

_Victoria Zdrok_ please print

Phone: 800-606-6639. Fax: 310-205-9644.