# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



**FORM PA** 
For a Work of the Performing Arts

**PA 776-173**

EFFECTIVE DATE OF REGISTRATION

9   20   99
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

PERFECT 10 MODEL OF THE YEAR VIDEO (G rated)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

(None)

**NATURE OF THIS WORK ▼** See instructions

BEAUTY CONTEST VIDEO DOCUMENTARY

## 2

**a**

**NAME OF AUTHOR ▼**

Perfect 10, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ► USA
Domiciled in ► California, USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999   ◄ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ► July   Day ► 1   Year ► 1999
United States of America   ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Perfect 10, Inc.
Box 3398
Beverly Hills, CA 90212

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
SEP 20 1999
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
OCT 20 1999
FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Year of Registration ▼

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼

(None)

Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Jeffrey N. Mausner, Berman, Blanchard, Mausner & Resser
4727 Wilshire Blvd., Suite 500
Los Angeles, CA 90010

**b**

Area code and daytime telephone number ▶ ( 323 ) 965-1200
Email ▶ jmausner@ix.netcom.com

Fax number ▶ ( 323 ) 965-1919

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of       Perfect 10, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JEFFREY N. MAUSNER                                              Date ▶  9/15/99

Handwritten signature (X) ▼

X  *Jeffrey N. Mausner*

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jeffrey N. Mausner, Berman, Blanchard, Mausner & Resser
Number/Street/Apt ▼
4727 Wilshire Blvd., Suite 500
City/State/ZIP ▼
Los Angeles, CA 90010

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

○ PRINTED ON RECYCLED PAPER

Rev. June 1999 — 200,000      ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/xx

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 955 — 019**

EFFECTIVE DATE OF REGISTRATION

Month 9    Day 2 0    Year 9 9

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

PERFECT 10 MODEL OF THE YEAR VIDEO (R rated)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

(None)

**NATURE OF THIS WORK ▼** See instructions

BEAUTY CONTEST VIDEO DOCUMENTARY

## 2

**a** **NAME OF AUTHOR ▼**

Perfect 10, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ► USA
Domiciled in ► California, USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ► July    Day ► 1    Year ► 1999
United States of America ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Perfect 10, Inc.
Box 3398
Beverly Hills, CA 90212

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

(None)

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey N. Mausner, Berman, Blanchard, Mausner & Resser
4727 Wilshire Blvd., Suite 500
Los Angeles, CA 90010

b

Area code and daytime telephone number ▶ ( 323 ) 965-1200        Fax number ▶ ( 323 ) 965-1919

Email ▶ jmausner@ix.netcom.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    Perfect 10, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s).

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JEFFREY N. MAUSNER        Date ▶ 9/15/99

Handwritten signature (X) ▼

x    *Jeffrey N Mausner*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jeffrey N. Mausner, Berman, Blanchard, Mausner & Resser

Number/Street/Apt ▼
4727 Wilshire Blvd., Suite 500

City/State/ZIP ▼
Los Angeles, CA 90010

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Application due July 1, 1999
but filing fee for Form PA is $20

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.        ⊕ PRINTED ON RECYCLED PAPER

June 1999—200,000
WEB REV: June 1999

⊕U.S. GOVERNMENT PRINTING OFFICE:1999-454-879/59

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA** 
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER



VA 987 – 612

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

PERFECT 10 2000 CALENDAR

**NATURE OF THIS WORK ▼** See instructions

Calendar with photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a   Perfect 10, Inc. (A California corporation)

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A.
      Domiciled in ▶ California, U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☑ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
X Compilation

b   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

a   **Year in Which Creation of This Work Was Completed**
1999
◀ Year   This information must be given in all cases.

b   **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 1   Year ▶ 1999
United States of A   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Perfect 10, Inc.
P.O. Box 3398, Beverly Hills, CA 90212

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 7 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 22 1999
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box. ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates . ▼

Incorporates some photographs published in Perfect 10 Magazine.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed . ▼

Editorial selection and order of photographs; introductory text and some photographs.

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZI P ▼

Jeffrey N. Mausner
Berman, Blanchard, Mausner & Resser
4727 Wilshire Blvd., Suite 500, Los Angeles, CA 90010

Area code and daytime telephone number ▶ 023 ) 965-1200        Fax number ▶ ( 323 )965-1919

Email ▶ jmausner@ix.netcom.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Perfect 10, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey N. Mausner                    Date▶ September 17, 1999

Handwritten signature (X) ▼

X   _Jeffrey N. Mausner_

| Certificate will be mailed in window envelope to this address: | Name ▼ Jeffrey N. Mausner, Berman, Blanchard, Mausner & Resser |
| | Number/Street/Apt ▼ 4727 Wilshire Blvd., Suite 500 |
| | City/State/ZIP ▼ Los Angeles, CA 90010 |

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*U.S. Postage is due July 1, 1999. See fee page for current fee. Form VA is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

♺ PRINTED ON RECYCLED PAPER        ✰U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/1

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA** 
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE

**VA 1-026-167**

EFF~~ECTIVE DATE OF REGISTRATION~~

**DEC 1 9 2000**
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

PERFECT 10 2001 CALENDAR

**NATURE OF THIS WORK ▼ See instructions**

Calendar with photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.        **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

## 2

a **NAME OF AUTHOR ▼**

Perfect 10, Inc. (A California corporation)

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ California, U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?        ☐ Yes   ☑ No
Pseudonymous?    ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture        ☐ Map        ☐ Technical drawing
☐ 2-Dimensional artwork        ☑ Photograph        ☑ Text
☐ Reproduction of work of art        ☐ Jewelry design        ☐ Architectural work

X Compilation

b **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?        ☐ Yes   ☐ No
Pseudonymous?    ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture        ☐ Map        ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph        ☐ Text
☐ Reproduction of work of art        ☐ Jewelry design        ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**
2000
This information must be given        ◀ Year in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 15   Year ▶ 2000
United States of America        ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Perfect 10, Inc.
P.O. Box 3398, Beverly Hills, CA 90212

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 19 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 19 2000
FUNDS RECEIVED

---

**MORE ON BACK ▶**        • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Incorporates some photographs published in Perfect 10 Magazine.

**6**

a

*See instructions before completing this space.*

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Editorial selection and order of photographs; introductory text and some photographs.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey N. Mausner
Berman, Mausner & Resser
4727 Wilshire Blvd., Suite 500, Los Angeles, CA 90010

b

Area code and daytime telephone number▶ 323 1965-1200        Fax number▶ 323 965-1919

Email▶ JMausner@BBMRLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Perfect 10, Inc.
*Name of author or other copyright claimant, or owner of exclusive right(s)▲*

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jeffrey N. Mausner        Date▶ December 11, 2000

Handwritten signature (X) ▼
X *Jeffrey N. Mausner*

| Certificate will be mailed in window envelope to this address: | |
| --- | --- |
| Name ▼ JEFFREY N. MAUSNER, BERMAN, MAUSNER & RESSER | |
| Number/Street/Apt ▼ 4727 WILSHIRE BLVD., SUITE 500 | |
| City/State/ZIP ▼ LOS ANGELES, CA 90010 | |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000   ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



**FORM VA**
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

VA 996-673

EFFECTIVE DATE OF REGISTRATION

| 09 | 20 | 1999 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
PERFECT 10 WEBSITE

**NATURE OF THIS WORK ▼ See instructions**
Internet website

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Alternative title: www.perfect10.com

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

## 2

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**   **NAME OF AUTHOR ▼**
Perfect 10, Inc. (A California corporation)

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ California, U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map                 ☐ Technical drawing
☑ 2-Dimensional artwork       ☑ Photograph          ☑ Text
☐ Reproduction of work of art ☐ Jewelry design      ☐ Architectural work

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map                 ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph          ☐ Text
☐ Reproduction of work of art ☐ Jewelry design      ☐ Architectural work

## 3

**a**   Year in Which Creation of This Work Was Completed
1999
◀ Year in all cases.
This information must be given

**b**   Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 16   Year ▶ 1999
United States of America     ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Perfect 10, Inc.
P.O. Box 3398, Beverly Hills, CA 90212

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 20 1000

ONE DEPOSIT RECEIVED
SEP 20 1000

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY $\checkmark$ J.H. | FORM VA |
| CHECKED BY | |

| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box. ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates . ▼

Incorporates some photographs published in Perfect 10 Magazine.

**6**

a  See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed . ▼

Material added to this work includes new photographs, text and artwork; editorial selection and order of photographs.

b

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey N. Mausner
Berman, Blanchard, Mausner & Resser
4727 Wilshire Blvd., Suite 500, Los Angeles, CA 90010

b

Area code and daytime telephone number ► (323 ) 965-1200          Fax number ► ( 323 ) 965-1919

Email ► jmausner@ix.netcom.com

CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Perfect 10, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey N. Mausner          Date ► September 17, 1999

Handwritten signature (X) ▼

X _Jeffrey N. Mausner_

| Certificate will be mailed in window envelope to this address: | Name ▼ Jeffrey N. Mausner, Berman, Blanchard, Mausner & Resser | |
| | Number/Street/Apt▼ 4727 Wilshire Blvd., Suite 500 | |
| | City/State/ZIP▼ Los Angeles, CA 90010 | |

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fee effective July 1, 1999, the fees are for Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000          ♺ PRINTED ON RECYCLED PAPER          ☀U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/7
WEB REV: June 1999

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America




## FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

R

**VA 1-085-670**

EFFECTIVE DATE OF REGISTRATION

June 21, 2001

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
PERFECT 10 WEBSITE

**NATURE OF THIS WORK ▼** See instructions
Internet Website

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Alternative title: www.perfect10.com

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**
a

**NAME OF AUTHOR ▼**
Perfect 10, Inc. (A California corporation)

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of ► U.S.A.
Domiciled in ► California, U.S.A.

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☑ Photograph   ☑ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of ►
Domiciled in ►

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**
a

**Year in Which Creation of This Work Was Completed**
2001
◄ Year in all cases.
This information must be given ONLY if this work has been published.

**Date and Nation of First Publication of This Particular Work**
Month► June Day► 20 Year► 2001
United States of America   ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Perfect 10, Inc.
P.O. Box 3398, Beverly Hills, CA 90212

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUN 21 2001
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUN 21 2001
**FUNDS RECEIVED**

DO NOT WRITE HERE

See instructions before completing this space.

---

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line E.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _JRA7_

CHECKED BY

FORM VA

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ VA 996-673      **Year of Registration** ▼ 1999

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Incorporates some photographs published in Perfect 10 Magazine; incorporates photographs that were included in previous registration for the website, VA 996-673.

*See instructions before completing this space.*

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Material added to this work includes new photographs, text and artwork; editorial selection and order of photographs.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                     Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey N. Mausner
Berman, Mausner & Resser
4727 Wilshire Blvd., Ste. 500, Los Angeles, CA 90010

Area code and daytime telephone number ▶ 323 965-1200          Fax number ▶ 323 965-1919

Email ▶ jmausner@bmrlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Perfect 10, Inc.__
  *Name of author or other copyright claimant, or owner of exclusive right(s)* ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey N. Mausner                          Date ▶ June 20, 2001

Handwritten signature (X) ▼

X _Jeffrey N Mausner_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jeffrey N. Mausner, Berman, Mausner & Resser

Number/Street/Apt ▼
4727 Wilshire Blvd., Ste. 500

City/State/ZIP ▼
Los Angeles, CA 90010

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Fees are effective through July 1, 1999. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.*

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000          ♲ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/7
WEB REV: June 1999

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1 – 177 – 241

EFFECTIVE DATE OF REGISTRATION

JAN 1.5 2003

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**

PERFECT 10 WEBSITE

**NATURE OF THIS WORK ▼** See instructions

Internet Website

**Previous or Alternative Titles ▼**

Alternative title: www.perfect10.com

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Perfect10, Inc. (A California Corporation)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work |
|---|---|---|
| ☑ Yes | OR ┌ Citizen of U.S.A. | Anonymous? ☐ Yes ☑ No — If the answer is either of these questions is "Yes," see detailed instructions. |
| ☐ No | └ Domiciled in California, U.S.A | Pseudonymous? ☐ Yes ☑ No |

**Nature of Authership** Check appropriate boxes). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☑ Photograph    ☑ Text    * and videos
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work |
|---|---|---|
| ☐ Yes | OR ┌ Citizen of ____ | Anonymous? ☐ Yes ☐ No — If the answer is either of these questions is "Yes," see detailed instructions. |
| ☐ No | └ Domiciled in ____ | Pseudonymous? ☐ Yes ☐ No |

**Nature of Authership** Check appropriate boxes). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed** 2002
This information must be given
Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information Month November Day 30 Year 2002
ONLY if this work has been published.
United States of America    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Perfect 10, Inc.
P.O. Box. 3398, Beverly Hills, CA 90212

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 1 5 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JAN 1 5 2003
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ► • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of

\* Added by C.O. by author of phone
conversation on June 5, 2003 with
Mr. Jeffrey N. Mausner

EXAMINED BY

CHECKED BY

FORM VA

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

VA 99-673 and VA 1-085-670   1999 and 2001

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Incorporates some photographs and other materials published in Perfect 10 Magazine; incorporates photographs and
other materials that were included in previous registrations for the website.

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Materials added to this work include new photographs, text, artwork, articles and videos.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey N. Mausner
Berman, Mausner & Resser
11601 Wilshire Blvd., Suite 600, Los Angeles, CA 90025

Area code and daytime telephone number   (310) 473-3333   Fax number   (310) 473-8303

Email   JMausner@BMRLAW.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ►

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Perfect 10, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey N. Mausner   Date   January 8, 2003

Handwritten signature (X) ▼

X _Jeffrey N. Mausner_

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jeffrey N. Mausner, Berman, Mausner & Resser

Number/Street/Apt ▼
11601 Wilshire Blvd., Suite 600

City/State/ZIP ▼
Los Angeles, CA 90025

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-201-270

EFFECTIVE DATE OF REGISTRATION

**SEP 04 2003**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Adele Stephens, Asia Carrera, and Nikki Nova Photos Published in 1996

**NATURE OF THIS WORK ▼** See instructions

Photograph

**Previous or Alternative Titles ▼**

Group Registration/Photos, Approx. 25 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

| If published in a periodical or serial give **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼** |
|---|---|---|---|

---

**NAME OF AUTHOR ▼**

J. Stephen Hicks Photography, Inc., employer for Stephen Hicks

**DATES OF BIRTH AND DEATH**
**Year Born ▼    Year Died ▼**

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of **USA**
Domiciled in **USA**

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
**Year Born ▼    Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
1996
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
*4/30-11/5
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year 1996
USA

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Perfect 10, inc
PO Box 3398
Beverly Hills CA 90212

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment of rights

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages.

* Corrected by C.O. from
From GR/PPh/CON sheet.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey N Mausner
11601 Wilshire Blvd , Suite 600
Los Angeles CA 90025

Area code and daytime telephone number    ( 310 ) 473-3333          Fax number    ( 310 ) 473-8303

Email   JeffMausner@bmriaw com

CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Perfect 10, Inc
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Jeffrey N Mausner          Date    8/29/03

Handwritten signature (X) ▼

X  Jeffrey N Mausner

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd , Suite 600

City/State/ZIP ▼
Los Angeles, CA 90025-1742

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material
  _____
Mail To:
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington D C 20559-6000

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ☺ Printed on recycled paper          U S  Government Printing Office  2000-461 113/20 021

# CONTINUATION SHEET
# FOR FORM VA

for Group Registration of Published Photographs

FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1 – 201 – 270

EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ___3___ of ___6___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them
- Space A of this sheet is intended to identify the author and claimant
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs
- Use the boxes to number each line in Part B consecutively if you need more space, use additional Forms GR/PPh/CON
- Copyright fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

## DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY

**A**

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author     J Stephen Hicks Photography, Inc

Name of Copyright Claimant     Perfect 10, Inc

**B**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON Number the boxes



1
Title of Photograph Adele Stephens in a Green Bedroom 002 - IMG0026
Date of First Publication 08/21/1996
Description of Photograph _____ Nation of First Publication USA

2
Title of Photograph Adele Stephens in a Green Bedroom 002 - IMG0035
Date of First Publication 08/21/1996
Description of Photograph _____ Nation of First Publication USA



3
Title of Photograph Adele Stephens in a Green Bedroom 002 - IMG0036
Date of First Publication 08/21/1996
Description of Photograph _____ Nation of First Publication USA

4
Title of Photograph Adele Stephens in a Green Bedroom 002 - IMG0038
Date of First Publication 08/21/1996
Description of Photograph _____ Nation of First Publication USA

5
Title of Photograph Adele Stephens Washing a Red Jeep 003 - IMG0010
Date of First Publication 08/09/1996
Description of Photograph _____ Nation of First Publication USA

**6** Title of Photograph _Adele Stephens Washing a Red Jeep 003 - IMG0014_
Date of First Publication _08/09/1996_
Description of Photograph _____ Nation of First Publication _USA_

**B**

**7** Title of Photograph _Adele Stephens Washing a Red Jeep 003 - IMG0015_
Date of First Publication _08/09/1996_
Description of Photograph _____ Nation of First Publication _USA_

**8** Title of Photograph _Adele Stephens Washing a Red Jeep 003 - IMG0029_
Date of First Publication _08/09/1996_
Description of Photograph _____ Nation of First Publication _USA_

**9** Title of Photograph _Adele Stephens Washing a Red Jeep 003 - IMG0042_
Date of First Publication _08/09/1996_
Description of Photograph _____ Nation of First Publication _USA_

**10** Title of Photograph _Asia Carrera in a Black Dress 004 - IMG0005_
Date of First Publication _Approx 04/30/1996_
Description of Photograph _____ Nation of First Publication _USA_

**11** Title of Photograph _Asia Carrera in a Black Dress 004 - IMG0021_
Date of First Publication _Approx 04/30/1996_
Description of Photograph _____ Nation of First Publication _USA_

**12** Title of Photograph _Asia Carrera in a Black Dress 004 - IMG0022_
Date of First Publication _Approx 04/30/1996_
Description of Photograph _____ Nation of First Publication _USA_

**13** Title of Photograph _Asia Carrera in a Black Dress 004 - IMG0033_
Date of First Publication _Approx 04/30/1996_
Description of Photograph _____ Nation of First Publication _USA_

**14** Title of Photograph _Asia Carrera in a Black Dress 004 - IMG0037_
Date of First Publication _Approx 04/30/1996_
Description of Photograph _____ Nation of First Publication _USA_

**15** Title of Photograph _Nikki Nova on the Beach with a Rock Wall 011 - IMG0002_
Date of First Publication _11/05/1996_
Description of Photograph _____ Nation of First Publication _USA_

Certificate
will be mailed
in window
envelope in
this address

Name ▼
JEFFREY N MAUSNER
Number / Street / Apt ▼
11601 Wilshire Blvd , Suite 600
City / State / Zip ▼
Los Angeles, CA 90025-1742

**C**

# CONTINUATION SHEET
# FOR FORM VA

## for Group Registration of Published Photographs

· This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs

· If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions

· If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA

· If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

· Space A of this sheet is intended to identify the author and claimant

· Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs

· Use the boxes to number each line in Part B consecutively if you need more space, use additional Forms GR/PPh/CON

· Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

RE VA 1 – 201 – 270

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page 5 of 6 pages

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY



**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author ___J. Stephen Hicks Photography, Inc___

Name of Copyright Claimant ___Perfect 10, inc___



**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON Number the boxes

| 16 | Title of Photograph _Nikki Nova on the Beach with a Rock Wall 011 - IMG0039_ |
| | Date of First Publication 11/05/1996 Nation of First Publication USA |
| | Description of Photograph |

| 17 | Title of Photograph _Nikki Nova on the Beach with a Rock Wall 011 - IMG0019_ |
| | Date of First Publication 11/05/1996 Nation of First Publication USA |
| | Description of Photograph |

| 18 | Title of Photograph _Nikki Nova on the Beach with a Rock Wall 011 - IMG0025_ |
| | Date of First Publication 11/05/1996 Nation of First Publication USA |
| | Description of Photograph |

| 19 | Title of Photograph _Nikki Nova on the Beach with a Rock Wall 011 - IMG0032_ |
| | Date of First Publication 11/05/1996 Nation of First Publication USA |
| | Description of Photograph |

| 20 | Title of Photograph _Nikki Nova on the Beach with a Rock Wall 011 - IMG0035_ |
| | Date of First Publication 11/05/1996 Nation of First Publication USA |
| | Description of Photograph |

**21**

Title of Photograph   Nikki Nova in a Blue Shirt and White Panties 012 - IMG0016

Date of First Publication   05/30/1996                        Nation of First Publication   USA

Description of Photograph

**B**

Registration for Group of Published Photographs (continued)

**22**

Title of Photograph   Nikki Nova in a Blue Shirt and White Panties 012 - IMG0018

Date of First Publication   05/30/1996                        Nation of First Publication   USA

Description of Photograph

**23**

Title of Photograph   Nikki Nova in a Blue Shirt and White Panties 012 - IMG0021

Date of First Publication   05/30/1996                        Nation of First Publication   USA

Description of Photograph

**24**

Title of Photograph   Nikki Nova in a Blue Shirt and White Panties 012 - IMG0022

Date of First Publication   05/30/1996                        Nation of First Publication   USA

Description of Photograph

**25**

Title of Photograph   Nikki Nova in a Blue Shirt and White Panties 012 - IMG0024

Date of First Publication   05/30/1996                        Nation of First Publication   USA

Description of Photograph

Title of Photograph

Date of First Publication                        Nation of First Publication

Description of Photograph

Title of Photograph

Date of First Publication                        Nation of First Publication

Description of Photograph

Title of Photograph

Date of First Publication                        Nation of First Publication

Description of Photograph

Title of Photograph

Date of First Publication                        Nation of First Publication

Description of Photograph

Title of Photograph

Date of First Publication                        Nation of First Publication

Description of Photograph

Certificate will be mailed in window envelope to this address

Name ▼
JEFFREY N MAUSNER

Number / Street / Apt ▼
11601 Wilshire Blvd , Suite 600

City / State / Zip ▼
Los Angeles, CA 90025-1742

**C**

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

R **VA 1-201-269**

**EFFECTIVE DATE OF REGISTRATION**

**SEP 0 4 2003**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**Title of This Work ▼**

Jenna Jameson Photos Published in 1994

**NATURE OF THIS WORK ▼** See instructions

Photograph

**Previous or Alternative Titles ▼**

Group Registration/Photos, Approx 81 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**NAME OF AUTHOR ▼**

J Stephen Hicks Photography, Inc , employer for Stephen Hicks

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile |
|---|---|
| ☑ Yes | OR { Citizen of __USA__ |
| ☐ No | Domiciled in __USA__ |

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile |
|---|---|
| ☐ Yes | OR { Citizen of __ |
| ☐ No | Domiciled in __ |

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Year in Which Creation of This Work Was Completed**   1994   This information must be given Year in all cases

**Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published. Month 4/18-7/30 Day ___ Year 1994 USA

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Perfect 10, Inc
PO Box 3398
Beverly Hills, CA 90212

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment of rights

**APPLICATION RECEIVED**
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
SEP 0 4 2003
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___

EXAMINED BY

CHECKED BY

FORM VA

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on the application

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions
before completing
this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ _____ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Jeffrey N Mausner
11601 Wilshire Blvd, Suite 600
Los Angeles CA 90025

Area code and daytime telephone number (310) 473-3333 _____ Fax number (310) 473-8303

Email JeffMausner@bmrlaw com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Perfect 10, Inc
name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Jeffrey N Mausner _____ Date 8/29/03

Handwritten signature (X) ▼

X _Jeffrey N. Mausner_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd, Suite 600

City/State/ZIP ▼
Los Angeles, CA 90025-1742

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington D C 20559-6000

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20 000 Web Rev June 2002 @ Printed on recycled paper

U S Government Printing Office 2002-451 113/20 021

# CONTINUATION SHEET
# FOR FORM VA

## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them
- Space A of this sheet is intended to identify the author and claimant
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGIST **VA 1—201—269**



USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

**SEP 0 4 2003**

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

SEP 04 ...

Page ___3___ of ___14___ pages.

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

## A

**IDENTIFICATION OF AUTHOR AND CLAIMANT.** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Identification of Application

Name of Author   J Stephen Hicks Photography, Inc

Name of Copyright Claimant   Perfect 10, Inc

## B

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Registration for Group of Published Photographs

**1**
Title of Photograph  Jenna Jameson Focused on Below the Waist 005 - IMG0015
Date of First Publication  04/18/1994 ___ Month ___ Day ___ Year ___  Nation of First Publication  USA
Description of Photograph ___ Optional ___

**2**
Title of Photograph  Jenna Jameson Focused on Below the Waist 005- IMG0027
Date of First Publication  04/18/1994 ___ Month ___ Day ___ Year ___  Nation of First Publication  USA
Description of Photograph ___ Optional ___

**3**
Title of Photograph  Jenna Jameson Focused on Below the Waist 005 - IMG0068-1204
Date of First Publication  04/18/1994 ___ Month ___ Day ___ Year ___  Nation of First Publication  USA
Description of Photograph ___ Optional ___

**4**
Title of Photograph  Jenna Jameson on a Bed in Front Of a Pink Wall 006 - IMG0003
Date of First Publication  05/02/1994 ___ Month ___ Day ___ Year ___  Nation of First Publication  USA
Description of Photograph ___ Optional ___

**5**
Title of Photograph  Jenna Jameson on a Bed in Front Of a Pink Wall 006 - IMG0014
Date of First Publication  05/02/1994 ___ Month ___ Day ___ Year ___  Nation of First Publication  USA
Description of Photograph ___ Optional ___

**B**

Registration for Group of Published Photographs (continued)

**6**

Title of Photograph  Jenna Jameson on a Bed in Front Of a Pink Wall 006 - IMG0015

Date of First Publication  05/02/1994 ___ Month ___ Day ___ Year ___ Nation of First Publication  USA

Description of Photograph ___

**7**

Title of Photograph  Jenna Jameson on a Bed in Front Of a Pink Wall 006 - IMG0017

Date of First Publication  05/02/1994 ___ Month ___ Day ___ Year ___ Nation of First Publication  USA

Description of Photograph ___

**8**

Title of Photograph  Jenna Jameson on a Bed in Front Of a Pink Wall 006 - IMG0022

Date of First Publication  05/02/1994 ___ Month ___ Day ___ Year ___ Nation of First Publication  USA

Description of Photograph ___

**9**

Title of Photograph  Jenna Jameson on a Bed in Front Of a Pink Wall 006 - IMG0029

Date of First Publication  05/02/1994 ___ Month ___ Day ___ Year ___ Nation of First Publication  USA

Description of Photograph ___

**10**

Title of Photograph  Jenna Jameson on a Bed in Front Of a Pink Wall 006 - IMG0037

Date of First Publication  05/02/1994 ___ Month ___ Day ___ Year ___ Nation of First Publication  USA

Description of Photograph ___

**11**

Title of Photograph  Jenna Jameson on a Bed in Front Of a Pink Wall 006 - IMG0039

Date of First Publication  05/02/1994 ___ Month ___ Day ___ Year ___ Nation of First Publication  USA

Description of Photograph ___

**12**

Title of Photograph  Jenna Jameson in a Hot Pink Bikini 007 - IMG0001

Date of First Publication  04/18/1994 ___ Month ___ Day ___ Year ___ Nation of First Publication  USA

Description of Photograph ___

**13**

Title of Photograph  Jenna Jameson in a Hot Pink Bikini 007 - IMG0002

Date of First Publication  04/18/1994 ___ Month ___ Day ___ Year ___ Nation of First Publication  USA

Description of Photograph ___

**14**

Title of Photograph  Jenna Jameson in a Hot Pink Bikini 007 - IMG0003

Date of First Publication  04/18/1994 ___ Month ___ Day ___ Year ___ Nation of First Publication  USA

Description of Photograph ___

**15**

Title of Photograph  Jenna Jameson in a Hot Pink Bikini 007 - IMG0004

Date of First Publication  04/18/1994 ___ Month ___ Day ___ Year ___ Nation of First Publication  USA

Description of Photograph ___

**C**

Certificate will be mailed in envelope to this address:

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd , Suite 600

City/State/Zip ▼
Los Angeles, CA 90025-1742

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington DC 20559-6000

You are advised to complete these forms. For instructions leave blank this Copyright Office address at:  call (202) 707 3000

# CONTINUATION SHEET
# FOR FORM VA

## for Group Registration of Published Photographs



**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

R
**VA 1 — 201 — 269**

NUMBER 1 201 1 269/VA

**EFFECTIVE DATE OF REGISTRATION**

**SEP 0 4 2003**

· This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs

· If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions

· If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA

· If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

· Space A of this sheet is intended to identify the author and claimant

· Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs

· Use the boxes to number each line in Part B consecutively if you need more space, use additional Forms GR/PPh/CON

· Copyright fees are subject to change For current fees, check the Copyright Office website at www copyright gov, write the Copyright Office, or call (202) 707-3000

| (Month) | (Day) | (Year) |
| --- | --- | --- |

CONTINUATION SHEET RECEIVED

SEP 0 4 2003

Page ___5___ of ___14___ pages

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY



**A**
Identification
of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author    J Stephen Hicks Photography, Inc

Name of Copyright Claimant    Perfect 10, Inc

**B**
Registration
for Group of
Published
Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution If more space is needed, use additional Forms GR/PPh/CON Number the boxes

| 16 | Title of Photograph   Jenna Jameson in a Hot Pink Bikini 007 - IMG0005 |
| --- | --- |
| | Date of First Publication   04/18/1994     Nation of First Publication   USA |
| | Description of Photograph |

| 17 | Title of Photograph   Jenna Jameson in a Hot Pink Bikini 007 - IMG0006 |
| --- | --- |
| | Date of First Publication   04/18/1994     Nation of First Publication   USA |
| | Description of Photograph |

| 18 | Title of Photograph   Jenna Jameson in a Hot Pink Bikini 007 - IMG0007 |
| --- | --- |
| | Date of First Publication   04/18/1994     Nation of First Publication   USA |
| | Description of Photograph |

| 19 | Title of Photograph   Jenna Jameson in a Hot Pink Bikini 007 - IMG0008 |
| --- | --- |
| | Date of First Publication   04/18/1994     Nation of First Publication   USA |
| | Description of Photograph |

| 20 | Title of Photograph   Jenna Jameson in a Hot Pink Bikini 007 - IMG0009 |
| --- | --- |
| | Date of First Publication   04/18/1994     Nation of First Publication   USA |
| | Description of Photograph |

21 Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0010
Date of First Publication 04/18/1994
Nation of First Publication USA
Description of Photograph

**B**

22 Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0011
Date of First Publication 04/18/1994
Nation of First Publication USA
Description of Photograph

23 Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0012
Date of First Publication 04/18/1994
Nation of First Publication USA
Description of Photograph

24 Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0013
Date of First Publication 04/18/1994
Nation of First Publication USA
Description of Photograph

25 Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0015
Date of First Publication 04/18/1994
Nation of First Publication USA
Description of Photograph

26 Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0016
Date of First Publication 04/18/1994
Nation of First Publication USA
Description of Photograph

27 Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0017
Date of First Publication 04/18/1994
Nation of First Publication USA
Description of Photograph

28 Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0018
Date of First Publication 04/18/1994
Nation of First Publication USA
Description of Photograph

29 Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0019
Date of First Publication 04/18/1994
Nation of First Publication USA
Description of Photograph

30 Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0020
Date of First Publication 04/18/1994
Nation of First Publication USA
Description of Photograph

Certificate
will be mailed
in window
envelope to
this address

Name ▼
JEFFREY N MAUSNER
Number/Street/Apt ▼
11601 Wilshire Blvd , Suite 600
City/State/Zip ▼
Los Angeles, CA 90025-1742

**C**

# CONTINUATION SHEET
# FOR FORM VA

## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 201 – 269



EFFECTIVE DATE OF REGISTRATION

**SEP 0 4 2003**

| (Month) | (Day) | (Year) |
|---------|-------|--------|

CONTINUATION SHEET RECEIVED

ᒼ7�types 01 ᒼ ᒼ 0 ᗡ

Page 7 of 14 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    J Stephen Hicks Photography, Inc

Name of Copyright Claimant    Perfect 10, Inc

---

## B
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| 31 | Title of Photograph   Jenna Jameson in a Hot Pink Bikini 007 - IMG0021 |
|----|-------------------------------------------------------------------------|
| | Date of First Publication 04/18/1994     Nation of First Publication USA |
| | Description of Photograph |

| 32 | Title of Photograph   Jenna Jameson in a Hot Pink Bikini 007 - IMG0023 |
|----|-------------------------------------------------------------------------|
| | Date of First Publication 04/18/1994     Nation of First Publication USA |
| | Description of Photograph |

| 33 | Title of Photograph   Jenna Jameson in a Hot Pink Bikini 007 - IMG0024 |
|----|-------------------------------------------------------------------------|
| | Date of First Publication 04/18/1994     Nation of First Publication USA |
| | Description of Photograph |

| 34 | Title of Photograph   Jenna Jameson in a Hot Pink Bikini 007 - IMG0025 |
|----|-------------------------------------------------------------------------|
| | Date of First Publication 04/18/1994     Nation of First Publication USA |
| | Description of Photograph |

| 35 | Title of Photograph   Jenna Jameson in a Hot Pink Bikini 007 - IMG0026 |
|----|-------------------------------------------------------------------------|
| | Date of First Publication 04/18/1994     Nation of First Publication USA |
| | Description of Photograph |

| 36 | Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0027 |
| | Date of First Publication 04/18/1994 |
| | Nation of First Publication USA |
| | Description of Photograph |

**B**

Registration for Group of Published Photographs (continued)

| 37 | Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0028 |
| | Date of First Publication 04/18/1994 |
| | Nation of First Publication USA |
| | Description of Photograph |

| 38 | Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0029 |
| | Date of First Publication 04/18/1994 |
| | Nation of First Publication USA |
| | Description of Photograph |

| 39 | Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0030 |
| | Date of First Publication 04/18/1994 |
| | Nation of First Publication USA |
| | Description of Photograph |

| 40 | Title of Photograph Jenna Jameson in a Hot Pink Bikini 007 - IMG0031 |
| | Date of First Publication 04/18/1994 |
| | Nation of First Publication USA |
| | Description of Photograph |

| 41 | Title of Photograph Jenna Jameson in a Striped Business Shirt 008 - IMG0008 |
| | Date of First Publication 03/23/1994 |
| | Nation of First Publication USA |
| | Description of Photograph |

| 42 | Title of Photograph Jenna Jameson in a Striped Business Shirt 008 - IMG0018 |
| | Date of First Publication 03/23/1994 |
| | Nation of First Publication USA |
| | Description of Photograph |

| 43 | Title of Photograph Jenna Jameson in a Striped Business Shirt 008 - IMG0019 |
| | Date of First Publication 03/23/1994 |
| | Nation of First Publication USA |
| | Description of Photograph |

| 44 | Title of Photograph Jenna Jameson in a Striped Business Shirt 008 - IMG0029 |
| | Date of First Publication 03/23/1994 |
| | Nation of First Publication USA |
| | Description of Photograph |

| 45 | Title of Photograph Jenna Jameson in a Striped Business Shirt 008 - IMG0030 |
| | Date of First Publication 03/23/1994 |
| | Nation of First Publication USA |
| | Description of Photograph |

Certificate will be mailed in window envelope to this address

Name ▼

JEFFREY N. MAUSNER

Number/Street/Apt ▼

11601 Wilshire Blvd., Suite 600

City/State/Zip ▼

Los Angeles, CA 90025-1742

**C**