# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them
- Space A of this sheet is intended to identify the author and claimant
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REG¹    VA 1-201-269

EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

SEP 04 2003

Page  9  of  14  pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

**A** IDENTIFICATION OF AUTHOR AND CLAIMANT  Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: J Stephen Hicks Photography, Inc

Name of Copyright Claimant: Perfect 10, Inc

**B** COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS  To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes

| 46 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0031 |
| | Date of First Publication: 03/23/1994  Nation of First Publication: USA |
| | Description of Photograph: |

| 47 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0032 |
| | Date of First Publication: 03/23/1994  Nation of First Publication: USA |
| | Description of Photograph: |

| 48 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0033 |
| | Date of First Publication: 03/23/1994  Nation of First Publication: USA |
| | Description of Photograph: |

| 49 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0034 |
| | Date of First Publication: 03/23/1994  Nation of First Publication: USA |
| | Description of Photograph: |

| 50 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0035 |
| | Date of First Publication: 03/23/1994  Nation of First Publication: USA |
| | Description of Photograph: |

| | | |
|---|---|---|
| 51 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0037<br>Date of First Publication: 03/23/1994    Nation of First Publication: USA<br>Description of Photograph: | B |
| 52 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0041<br>Date of First Publication: 03/23/1994    Nation of First Publication: USA<br>Description of Photograph: | |
| 53 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0046<br>Date of First Publication: 03/23/1994    Nation of First Publication: USA<br>Description of Photograph: | |
| 54 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0047<br>Date of First Publication: 03/23/1994    Nation of First Publication: USA<br>Description of Photograph: | |
| 55 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0049<br>Date of First Publication: 03/23/1994    Nation of First Publication: USA<br>Description of Photograph: | |
| 56 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0054<br>Date of First Publication: 03/23/1994    Nation of First Publication: USA<br>Description of Photograph: | |
| 57 | Title of Photograph: Jenna Jameson in a Striped Business Shirt 008 - IMG0056<br>Date of First Publication: 03/23/1994    Nation of First Publication: USA<br>Description of Photograph: | |
| 58 | Title of Photograph: Jenna Jameson Washing a Car 009 - IMG0048<br>Date of First Publication: 05/02/1994    Nation of First Publication: USA<br>Description of Photograph: | |
| 59 | Title of Photograph: Jenna Jameson Washing a Car 009 - IMG0066<br>Date of First Publication: 05/02/1994    Nation of First Publication: USA<br>Description of Photograph: | |
| 60 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0047<br>Date of First Publication: Approx 07/30/1994    Nation of First Publication: USA<br>Description of Photograph: | |

Certificate will be mailed in window envelope to this address:

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/Zip: Los Angeles, CA 90025-1742

C

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-201-269



EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

SEP 0 4 2003

Page 11 of 14 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A** **IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: J Stephen Hicks Photography, Inc

Name of Copyright Claimant: Perfect 10, Inc

**B** **COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**61** Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0005
Date of First Publication: Approx 07/30/1994   Nation of First Publication: USA
Description of Photograph:

**62** Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0006
Date of First Publication: Approx 07/30/1994   Nation of First Publication: USA
Description of Photograph:

**63** Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0007
Date of First Publication: Approx 7/30/1994   Nation of First Publication: USA
Description of Photograph:

**64** Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0009
Date of First Publication: Approx 07/30/1994   Nation of First Publication: USA
Description of Photograph:

**65** Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0012
Date of First Publication: Approx: 07/30/1994   Nation of First Publication: USA
Description of Photograph:

**B**

| No. | | |
|---|---|---|
| 66 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0014 | |
| | Date of First Publication: Approx 07/30/1994 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 67 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0015 | |
| | Date of First Publication: Approx 07/30/1994 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 68 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0016 | |
| | Date of First Publication: Approx 07/30/1994 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 69 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0017 | |
| | Date of First Publication: Approx 07/30/1994 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 70 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0020 | |
| | Date of First Publication: Approx 07/30/1994 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 71 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0023 | |
| | Date of First Publication: Approx 07/30/1994 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 72 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0025 | |
| | Date of First Publication: Approx 07/30/1994 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 73 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0027 | |
| | Date of First Publication: Approx 07/30/1994 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 74 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0029 | |
| | Date of First Publication: Approx 07/30/1994 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 75 | Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0031 | |
| | Date of First Publication: Approx 07/30/1994 | Nation of First Publication: USA |
| | Description of Photograph: | |

**C**

Certificate will be mailed in window envelope to this address:

Name: JEFFREY N. MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/Zip: Los Angeles, CA 90025-1742

# CONTINUATION SHEET
# FOR FORM VA
### for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them
- Space A of this sheet is intended to identify the author and claimant
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000



**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-201-269**

EFFECTIVE DATE OF REGISTRATION

**SEP 0 4 2003**

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page ___13___ of ___14___ pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

**A** IDENTIFICATION OF AUTHOR AND CLAIMANT  Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **J Stephen Hicks Photography, Inc**

Name of Copyright Claimant: **Perfect 10, Inc**

**B** COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS  To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON Number the boxes

**76** Title of Photograph: **Jenna Jameson in a White Lace Dress 010 - IMG0033**
Date of First Publication: **Approx 07/30/1994**    Nation of First Publication: **USA**
Description of Photograph:

**77** Title of Photograph: **Jenna Jameson in a White Lace Dress 010 - IMG0034**
Date of First Publication: **Approx 07/30/1994**    Nation of First Publication: **USA**
Description of Photograph:

**78** Title of Photograph: **Jenna Jameson in a White Lace Dress 010 - IMG0039**
Date of First Publication: **Approx 7/30/1994**    Nation of First Publication: **USA**
Description of Photograph:

**79** Title of Photograph: **Jenna Jameson in a White Lace Dress 010 - IMG0041**
Date of First Publication: **Approx 07/30/1994**    Nation of First Publication: **USA**
Description of Photograph:

**80** Title of Photograph: **Jenna Jameson in a White Lace Dress 010 - IMG0042**
Date of First Publication: **Approx 07/30/1994**    Nation of First Publication: **USA**
Description of Photograph:

**B** Registration for Groups of Published Photographs (continued)

81  Title of Photograph: Jenna Jameson in a White Lace Dress 010 - IMG0043
    Date of First Publication: Approx 07/30/1994
    Nation of First Publication: USA
    Description of Photograph: _____

Title of Photograph: _____
Date of First Publication: _____
Nation of First Publication: _____
Description of Photograph: _____

Title of Photograph: _____
Date of First Publication: _____
Nation of First Publication: _____
Description of Photograph: _____

Title of Photograph: _____
Date of First Publication: _____
Nation of First Publication: _____
Description of Photograph: _____

Title of Photograph: _____
Date of First Publication: _____
Nation of First Publication: _____
Description of Photograph: _____

Title of Photograph: _____
Date of First Publication: _____
Nation of First Publication: _____
Description of Photograph: _____

Title of Photograph: _____
Date of First Publication: _____
Nation of First Publication: _____
Description of Photograph: _____

Title of Photograph: _____
Date of First Publication: _____
Nation of First Publication: _____
Description of Photograph: _____

Title of Photograph: _____
Date of First Publication: _____
Nation of First Publication: _____
Description of Photograph: _____

Title of Photograph: _____
Date of First Publication: _____
Nation of First Publication: USA
Description of Photograph: _____

**C** Certificate will be mailed in window envelope to this address

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/ZIP: Los Angeles, CA 90025-1742

June 2002 — 20,000   Web June 2002   Printed on recycled paper

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-201-268**



EFFECTIVE DATE OF REGISTRATION

**SEP 0 4 2003**

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**: Adele Stephens and Veronika Zemanova Photos Published in 1998

**NATURE OF THIS WORK ▼** See instructions: Photograph

**Previous or Alternative Titles ▼**: Group Registration/Photos, Approx. 149 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**NAME OF AUTHOR ▼**: J Stephen Hicks Photography, Inc., employer for Stephen Hicks

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☒ Yes   ☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
     Domiciled in USA }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Year in Which Creation of This Work Was Completed**: 1998  Year in all cases

**Date and Nation of First Publication of This Particular Work**
Month 4/7-10/5   Day ____   Year 1998
USA   Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Perfect 10, Inc
PO Box 3398
Beverly Hills, CA 90212

APPLICATION RECEIVED
SEP 0 4 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 0 4 2003
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment of rights

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- See detailed instructions.  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey N. Mausner
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025

Area code and daytime telephone number (310) 473-3333    Fax number (310) 473-8303
Email  JeffMausner@bmrlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Perfect 10, Inc
   name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jeffrey N. Mausner                                                Date  8/29/03

Handwritten signature (X) ▼
X  Jeffrey N. Mausner

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N MAUSNER
Number/Street/Apt ▼
11601 Wilshire Blvd., Suite 600
City/State/ZIP ▼
Los Angeles, CA 90025-1742

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev June 2002  ⓔ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REG: VA 1-201-268

EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 29 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** IDENTIFICATION OF AUTHOR AND CLAIMANT. Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: J Stephen Hicks Photography, Inc

Name of Copyright Claimant: Perfect 10, Inc

**B** COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS. To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

1. Title of Photograph: Adele Stephens Introduces Herself 001 - IMG0001
   Date of First Publication: 10/05/1998   Nation of First Publication: USA
   Description of Photograph:

2. Title of Photograph: Adele Stephens Introduces Herself 001 - IMG0005
   Date of First Publication: 10/05/1998   Nation of First Publication: USA
   Description of Photograph:

3. Title of Photograph: Adele Stephens Introduces Herself 001 - IMG0011
   Date of First Publication: 10/05/1998   Nation of First Publication: USA
   Description of Photograph:

4. Title of Photograph: Adele Stephens Introduces Herself 001 - IMG0017
   Date of First Publication: 10/05/1998   Nation of First Publication: USA
   Description of Photograph:

5. Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0005
   Date of First Publication: 06/19/1998   Nation of First Publication: USA
   Description of Photograph:

| # | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| 6 | Veronika Zemanova in a Bath and Shower 013 - IMG0006 | 06/19/1998 | USA |
| 7 | Veronika Zemanova in a Bath and Shower 013 - IMG0007 | 06/19/1998 | USA |
| 8 | Veronika Zemanova in a Bath and Shower 013 - IMG0008 | 06/19/1998 | USA |
| 9 | Veronika Zemanova in a Bath and Shower 013 - IMG0009 | 06/19/1998 | USA |
| 10 | Veronika Zemanova in a Bath and Shower 013 - IMG0010 | 06/19/1998 | USA |
| 11 | Veronika Zemanova in a Bath and Shower 013 - IMG0011 | 06/19/1998 | USA |
| 12 | Veronika Zemanova in a Bath and Shower 013 - IMG0012 | 06/19/1998 | USA |
| 13 | Veronika Zemanova in a Bath and Shower 013 - IMG0013 | 06/19/1998 | USA |
| 14 | Veronika Zemanova in a Bath and Shower 013 - IMG0014 | 06/19/1998 | USA |
| 15 | Veronika Zemanova in a Bath and Shower 013 - IMG0016 | 06/19/1998 | USA |

**B** Registration for Group of Published Photographs (continued)

**C**

Name: JEFFREY N. MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/Zip: Los Angeles, CA 90025-1742

June 2002 — 20,000   Web June 2002   Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

FORM GR/PPh/CON

VA 1-201-268



USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

SEP 0 4 03

Page 5 of 22 pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: J Stephen Hicks Photography, Inc

Name of Copyright Claimant: Perfect 10, Inc

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**16** Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0017
Date of First Publication: 06/19/1998    Nation of First Publication: USA
Description of Photograph: _____

**17** Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0018
Date of First Publication: 06/19/1998    Nation of First Publication: USA
Description of Photograph: _____

**18** Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0019
Date of First Publication: 06/19/1998    Nation of First Publication: USA
Description of Photograph: _____

**19** Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0020
Date of First Publication: 06/19/1998    Nation of First Publication: USA
Description of Photograph: _____

**20** Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0021
Date of First Publication: 06/19/1998    Nation of First Publication: USA
Description of Photograph: _____

| Number | | | B |
|---|---|---|---|
| 21 | Title of Photograph **Veronika Zemanova in a Bath and Shower 013 - IMG0022** | | Registration for Group of Published Photographs (continued) |
| | Date of First Publication **06/19/1998**   Nation of First Publication **USA** | | |
| | Description of Photograph | | |
| 22 | Title of Photograph **Veronika Zemanova in a Bath and Shower 013 - IMG0023** | | |
| | Date of First Publication **06/19/1998**   Nation of First Publication **USA** | | |
| | Description of Photograph | | |
| 23 | Title of Photograph **Veronika Zemanova in a Bath and Shower 013 - IMG0024** | | |
| | Date of First Publication **06/19/1998**   Nation of First Publication **USA** | | |
| | Description of Photograph | | |
| 24 | Title of Photograph **Veronika Zemanova in a Bath and Shower 013 - IMG0025** | | |
| | Date of First Publication **06/19/1998**   Nation of First Publication **USA** | | |
| | Description of Photograph | | |
| 25 | Title of Photograph **Veronika Zemanova in a Bath and Shower 013 - IMG0026** | | |
| | Date of First Publication **06/19/1998**   Nation of First Publication **USA** | | |
| | Description of Photograph | | |
| 26 | Title of Photograph **Veronika Zemanova in a Bath and Shower 013 - IMG0027** | | |
| | Date of First Publication **06/19/1998**   Nation of First Publication **USA** | | |
| | Description of Photograph | | |
| 27 | Title of Photograph **Veronika Zemanova in a Bath and Shower 013 - IMG0028** | | |
| | Date of First Publication **06/19/1998**   Nation of First Publication **USA** | | |
| | Description of Photograph | | |
| 28 | Title of Photograph **Veronika Zemanova in a Bath and Shower 013 - IMG0029** | | |
| | Date of First Publication **06/19/1998**   Nation of First Publication **USA** | | |
| | Description of Photograph | | |
| 29 | Title of Photograph **Veronika Zemanova in a Bath and Shower 013 - IMG0030** | | |
| | Date of First Publication **06/19/1998**   Nation of First Publication **USA** | | |
| | Description of Photograph | | |
| 30 | Title of Photograph **Veronika Zemanova in a Bath and Shower 013 - IMG0031** | | |
| | Date of First Publication **06/19/1998**   Nation of First Publication **USA** | | |
| | Description of Photograph | | |

Certificate will be mailed in window envelope to this address

Name ▼  **JEFFREY N MAUSNER**
Number/Street/Apt ▼  **11601 Wilshire Blvd., Suite 600**
City/State/Zip ▼  **Los Angeles, CA 90025-1742**

C

June 2002 — 20,000   Web June 2002   Printed on recycled paper

...
...


# CONTINUATION SHEET FOR FORM VA
*for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them
- Space A of this sheet is intended to identify the author and claimant
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000



FORM GR/PPh/CON
UNITED STATES

VA 1-201-268

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

**SEP 0 4 2003**

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page 7 of 20 pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

**A**  **IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: J Stephen Hicks Photography, Inc

Name of Copyright Claimant: Perfect 10, Inc

**B** **COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**31** Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0032
Date of First Publication: 06/19/1998   Nation of First Publication: USA
Description of Photograph: _____

**32** Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0033
Date of First Publication: 06/19/1998   Nation of First Publication: USA
Description of Photograph: _____

**33** Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0035
Date of First Publication: 06/19/1998   Nation of First Publication: USA
Description of Photograph: _____

**34** Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0037
Date of First Publication: 06/19/1998   Nation of First Publication: USA
Description of Photograph: _____

**35** Title of Photograph: Veronika Zemanova in a Bath and Shower 013 - IMG0040
Date of First Publication: 06/19/1998   Nation of First Publication: USA
Description of Photograph: _____

| Number | | | B |
|---|---|---|---|
| 36 | Title of Photograph | Veronika Zemanova in a Bath and Shower 013 - IMG0041 | |
| | Date of First Publication | 06/19/1998 | Nation of First Publication: USA |
| | Description of Photograph | | |
| 37 | Title of Photograph | Veronika Zemanova in a Bath and Shower 013 - IMG0064-1785 | |
| | Date of First Publication | 06/19/1998 | Nation of First Publication: USA |
| | Description of Photograph | | |
| 38 | Title of Photograph | Veronika Zemanova in a Bath and Shower 013 - IMG0066 | |
| | Date of First Publication | 06/19/1998 | Nation of First Publication: USA |
| | Description of Photograph | | |
| 39 | Title of Photograph | Veronika Zemanova in a Bath and Shower 013 - IMG0092 | |
| | Date of First Publication | 06/19/1998 | Nation of First Publication: USA |
| | Description of Photograph | | |
| 40 | Title of Photograph | Veronika Zemanova in a Bath and Shower 013 - IMG0093-1785 | |
| | Date of First Publication | 06/19/1998 | Nation of First Publication: USA |
| | Description of Photograph | | |
| 41 | Title of Photograph | Veronika Zemanova in a Bath and Shower 013 - IMG0094 | |
| | Date of First Publication | 06/19/1998 | Nation of First Publication: USA |
| | Description of Photograph | | |
| 42 | Title of Photograph | Veronika Zemanova in a Bath and Shower 013 - IMG0095 | |
| | Date of First Publication | 06/19/1998 | Nation of First Publication: USA |
| | Description of Photograph | | |
| 43 | Title of Photograph | Veronika Zemanova in a Blue Sweater On a Couch 014 - IMG0024-1786 | |
| | Date of First Publication | 06/20/1998 | Nation of First Publication: USA |
| | Description of Photograph | | |
| 44 | Title of Photograph | Veronika Zemanova in a Blue Sweater On a Couch 014 - IMG0049-1786 | |
| | Date of First Publication | 06/20/1998 | Nation of First Publication: USA |
| | Description of Photograph | | |
| 45 | Title of Photograph | Veronika Zemanova in a Blue Sweater On a Couch 014 - IMG0050 | |
| | Date of First Publication | 06/20/1998 | Nation of First Publication: USA |
| | Description of Photograph | | |

Certificate will be mailed in window envelope to this address:

Name ▼  
JEFFREY N. MAUSNER

Number/Street/Apt ▼  
11601 Wilshire Blvd., Suite 600

City/State/Zip ▼  
Los Angeles, CA 90025-1742

C

# CONTINUATION SHEET
## FOR FORM VA
### for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-201-268

EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page 9 of 22 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY



**A** IDENTIFICATION OF AUTHOR AND CLAIMANT Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: J Stephen Hicks Photography, Inc

Name of Copyright Claimant: Perfect 10, Inc

**B** COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

46  Title of Photograph: Veronika Zemanova on the Beach 015 - IMG0001
    Date of First Publication: 07/19/1998   Nation of First Publication: USA
    Description of Photograph:

47  Title of Photograph: Veronika Zemanova on the Beach 015 - IMG007
    Date of First Publication: 07/19/1998   Nation of First Publication: USA
    Description of Photograph:

48  Title of Photograph: Veronika Zemanova on the Beach 015 - IMG0012
    Date of First Publication: 07/19/1998   Nation of First Publication: USA
    Description of Photograph:

49  Title of Photograph: Veronika Zemanova on the Beach 015 - IMG0013
    Date of First Publication: 07/19/1998   Nation of First Publication: USA
    Description of Photograph:

50  Title of Photograph: Veronika Zemanova on the Beach 015 - IMG0015
    Date of First Publication: 07/19/1998   Nation of First Publication: USA
    Description of Photograph:

**B** Registration for Group of Published Photographs (continued)

| No. | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| 51 | Veronika Zemanova on the Beach 015 - IMG0017 | 07/19/1998 | USA |
| 52 | Veronika Zemanova on the Beach 015 - IMG0019 | 07/19/1998 | USA |
| 53 | Veronika Zemanova on the Beach 015 - IMG0020 | 07/19/1998 | USA |
| 54 | Veronika Zemanova on the Beach 015 - IMG0021 | 07/19/1998 | USA |
| 55 | Veronika Zemanova on the Beach 015 - IMG0024 | 07/19/1998 | USA |
| 56 | Veronika Zemanova on the Beach 015 - IMG0031 | 07/19/1998 | USA |
| 57 | Veronika Zemanova on the Beach 015 - IMG0036 | 07/19/1998 | USA |
| 58 | Veronika Zemanova in a Big Chair and a Couch 016 - IMG0005 | 07/13/1998 | USA |
| 59 | Veronika Zemanova in a Big Chair and a Couch 016 - IMG0008 | 07/13/1998 | USA |
| 60 | Veronika Zemanova in a Big Chair and a Couch 016 - IMG0010 | 07/13/1998 | USA |

**C** Certificate will be mailed in window envelope to this address:

Name: JEFFREY N. MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/Zip: Los Angeles, CA 90025-1742

# CONTINUATION SHEET FOR FORM VA
## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-201-268

EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

Month    (Day)    (Year)

CONTINUATION SHEET RECEIVED

SEP 0 4 2003

Page 11 of 22 pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Author and Claimant



Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: J Stephen Hicks Photography, Inc

Name of Copyright Claimant: Perfect 10, Inc

## B — Copyright Registration for a Group of Published Photographs



To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**61**
Title of Photograph: Veronika Zemanova in a Big Chair and a Couch 016 - IMG0012
Date of First Publication: 07/13/1998    Nation of First Publication: USA
Description of Photograph: ____

**62**
Title of Photograph: Veronika Zemanova in a Big Chair and a Couch 016 - IMG0017
Date of First Publication: 07/13/1998    Nation of First Publication: USA
Description of Photograph: ____

**63**
Title of Photograph: Veronika Zemanova in a Big Chair and a Couch 016 - IMG0019
Date of First Publication: 07/13/1998    Nation of First Publication: USA
Description of Photograph: ____

**64**
Title of Photograph: Veronika Zemanova in a Big Chair and a Couch 016 - IMG0020
Date of First Publication: 07/13/1998    Nation of First Publication: USA
Description of Photograph: ____

**65**
Title of Photograph: Veronika Zemanova in a Big Chair and a Couch 016 - IMG0021
Date of First Publication: 07/13/1998    Nation of First Publication: USA
Description of Photograph: ____

| # | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| 66 | Veronika Zemanova in a Big Chair and a Couch 016 - IMG0025 | 07/13/1998 | USA |
| 67 | Veronika Zemanova in a Big Chair and a Couch 016 - IMG0030 | 07/13/1998 | USA |
| 68 | Veronika Zemanova in Grayscale Business Wear 017 - IMG0003 | 07/09/1998 | USA |
| 69 | Veronika Zemanova in Grayscale Business Wear 017 - IMG0005 | 07/09/1998 | USA |
| 70 | Veronika Zemanova in Grayscale Business Wear 017 - IMG0006-1781 | 07/09/1998 | USA |
| 71 | Veronika Zemanova in Grayscale Business Wear 017 - IMG0007 | 07/09/1998 | USA |
| 72 | Veronika Zemanova in Grayscale Business Wear 017 - IMG0008 | 07/09/1998 | USA |
| 73 | Veronika Zemanova in Grayscale Business Wear 017 - IMG0009 | 07/09/1998 | USA |
| 74 | Veronika Zemanova in Grayscale Business Wear 017 - IMG0010 | 07/09/1998 | USA |
| 75 | Veronika Zemanova in Grayscale Business Wear 017 - IMG0011 | 07/09/1998 | USA |

Certificate will be mailed in window envelope to this address:

JEFFREY N. MAUSNER
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025-1742

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-201-268

EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page 13 of 22 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT.** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: J Stephen Hicks Photography, Inc

Name of Copyright Claimant: Perfect 10, Inc

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**76**
Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0012
Date of First Publication: 07/09/1998    Nation of First Publication: USA
Description of Photograph: _____

**77**
Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0013
Date of First Publication: 07/09/1998    Nation of First Publication: USA
Description of Photograph: _____

**78**
Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0015
Date of First Publication: 07/09/1998    Nation of First Publication: USA
Description of Photograph: _____

**79**
Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0017
Date of First Publication: 07/09/1998    Nation of First Publication: USA
Description of Photograph: _____

**80**
Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0020
Date of First Publication: 07/09/1998    Nation of First Publication: USA
Description of Photograph: _____

| | | |
|---|---|---|
| 81 | Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0023<br>Date of First Publication: 07/09/1998   Nation of First Publication: USA<br>Description of Photograph: | **B** |
| 82 | Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0028<br>Date of First Publication: 07/09/1998   Nation of First Publication: USA<br>Description of Photograph: | |
| 83 | Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0032<br>Date of First Publication: 07/09/1998   Nation of First Publication: USA<br>Description of Photograph: | |
| 84 | Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0034<br>Date of First Publication: 07/09/1998   Nation of First Publication: USA<br>Description of Photograph: | |
| 85 | Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0037<br>Date of First Publication: 07/09/1998   Nation of First Publication: USA<br>Description of Photograph: | |
| 86 | Title of Photograph: Veronika Zemanova in Grayscale Business Wear 017 - IMG0039<br>Date of First Publication: 07/09/1998   Nation of First Publication: USA<br>Description of Photograph: | |
| 87 | Title of Photograph: Veronika Zemanova Wearing a Denim Jacket 018<br>Date of First Publication: Approx 07/30/1998   Nation of First Publication: USA<br>Description of Photograph: | |
| 88 | Title of Photograph: Veronika Zemanova Wearing a Floral Sundress 019 - IMG0003<br>Date of First Publication: Approx 07/30/1998   Nation of First Publication: USA<br>Description of Photograph: | |
| 89 | Title of Photograph: Veronika Zemanova Wearing a Floral Sundress 019 - IMG0006<br>Date of First Publication: Approx 07/30/1998   Nation of First Publication: USA<br>Description of Photograph: | |
| 90 | Title of Photograph: Veronika Zemanova Wearing a Floral Sundress 019 - IMG0007<br>Date of First Publication: Approx 07/30/1998   Nation of First Publication: USA<br>Description of Photograph: | |

Certificate will be mailed in window envelope to this address:

Name: JEFFREY N. MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/Zip: Los Angeles, CA 90025-1742

**C**

june 2002 — 20,000   Web rev: june 2002   Printed on recycled paper