# CONTINUATION SHEET
# FOR FORM VA

## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs

- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions

- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA

- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

- Space A of this sheet is intended to identify the author and claimant

- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs

- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON

- Copyright fees are subject to change. For current fees, check the Copyright Office website at: www.copyright.gov, write the Copyright Office, or call (202) 707-3000



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1 – 201 – 268



NUMBER 120126dn

EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

℮⁣⁣⁣⁣⁣

Page _15_ of _22_ pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY



**A**

Identification
of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT**  Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___J Stephen Hicks Photography, Inc___

Name of Copyright Claimant ___Perfect 10, Inc___



**B**

Registration
for Group of
Published
Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS**  To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON  Number the boxes

| | |
|---|---|
| 91 | Title of Photograph ___Veronika Zemanova Wearing a Floral Sundress 019 - IMG0015___<br>Date of First Publication ___Approx 07/30/1998___ (Month)(Day)(Year)  Nation of First Publication ___USA___<br>Description of Photograph ___ |
| 92 | Title of Photograph ___Veronika Zemanova Wearing a Floral Sundress 019 - IMG0017___<br>Date of First Publication ___Approx 07/30/1998___ (Month)(Day)(Year)  Nation of First Publication ___USA___<br>Description of Photograph ___ |
| 93 | Title of Photograph ___Veronika Zemanova Wearing a Floral Sundress 019 - IMG0027___<br>Date of First Publication ___Approx 7/30/1998___ (Month)(Day)(Year)  Nation of First Publication ___USA___<br>Description of Photograph ___ |
| 94 | Title of Photograph ___Veronika Zemanova Wearing a Floral Sundress 019 - IMG0028___<br>Date of First Publication ___Approx 07/30/1998___ (Month)(Day)(Year)  Nation of First Publication ___USA___<br>Description of Photograph ___ |
| 95 | Title of Photograph ___Veronika Zemanova Wearing a Floral Sundress 019 - IMG0029___<br>Date of First Publication ___Approx 07/30/1998___ (Month)(Day)(Year)  Nation of First Publication ___USA___<br>Description of Photograph ___ |

**B**

Registration
for Group of
Published
Photographs
(continued)

| 96 | Title of Photograph Veronika Zemanova Wearing a Floral Sundress 019 - IMG0030 |
| | Date of First Publication Approx 07/30/1998 Nation of First Publication USA |
| | Description of Photograph |

| 97 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0002 |
| | Date of First Publication 04/07/1998 Nation of First Publication USA |
| | Description of Photograph |

| 98 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0005 |
| | Date of First Publication 04/07/1998 Nation of First Publication USA |
| | Description of Photograph |

| 99 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0006 |
| | Date of First Publication 04/07/1998 Nation of First Publication USA |
| | Description of Photograph |

| 100 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0006-1746 |
| | Date of First Publication 04/07/1998 Nation of First Publication USA |
| | Description of Photograph |

| 101 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0007 |
| | Date of First Publication 04/07/1998 Nation of First Publication USA |
| | Description of Photograph |

| 102 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0008 |
| | Date of First Publication 04/07/1998 Nation of First Publication USA |
| | Description of Photograph |

| 103 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0010 |
| | Date of First Publication 04/07/1998 Nation of First Publication USA |
| | Description of Photograph |

| 104 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0011 |
| | Date of First Publication 04/07/1998 Nation of First Publication USA |
| | Description of Photograph |

| 105 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0012 |
| | Date of First Publication 04/07/1998 Nation of First Publication USA |
| | Description of Photograph |

Certificate
will be mailed
in envelope
to this address:

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd , Suite 600

City/State/Zip ▼
Los Angeles, CA 90025-1742

**C**

# CONTINUATION SHEET
# FOR FORM VA

## for Group Registration of Published Photographs

 FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1—201—268



EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page ___17___ of ___22___ pages

· This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs

· If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions

· If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA

· If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

· Space A of this sheet is intended to identify the author and claimant

· Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs

· Use the boxes to number each line in Part B consecutively If you need more space, use additional Forms GR/PPh/CON

· Copyright fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

---

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author  J Stephen Hicks Photography, Inc

Name of Copyright Claimant  Perfect 10, inc

---

## B
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS.** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution If more space is needed, use additional Forms GR/PPh/CON Number the boxes

| 106 | Title of Photograph  Veronika Zemanova Around a Jeep in the Desert 020 - IMG0014 |
| | Date of First Publication  04/07/1998  (Month) (Day) (Year)  Nation of First Publication  USA |
| | Description of Photograph |

| 107 | Title of Photograph  Veronika Zemanova Around a Jeep in the Desert 020 - IMG0016 |
| | Date of First Publication  04/07/1998  (Month) (Day) (Year)  Nation of First Publication  USA |
| | Description of Photograph |

| 108 | Title of Photograph  Veronika Zemanova Around a Jeep in the Desert 020 - IMG0023 |
| | Date of First Publication  04/07/1998  (Month) (Day) (Year)  Nation of First Publication  USA |
| | Description of Photograph |

| 109 | Title of Photograph  Veronika Zemanova Around a Jeep in the Desert 020 - IMG0024 |
| | Date of First Publication  04/07/1998  (Month) (Day) (Year)  Nation of First Publication  USA |
| | Description of Photograph |

| 110 | Title of Photograph  Veronika Zemanova Around a Jeep in the Desert 020 - IMG0025 |
| | Date of First Publication  04/07/1998  (Month) (Day) (Year)  Nation of First Publication  USA |
| | Description of Photograph |

111 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0057-1746

Date of First Publication 04/07/1998 Nation of First Publication USA

Description of Photograph

**B**

Registration for Group of Published Photographs (continued)

112 | Title of Photograph Veronika Zemanova Around a Jeep in the Desert 020 - IMG0059

Date of First Publication 04/07/1998 Nation of First Publication USA

Description of Photograph

113 | Title of Photograph Veronika Zemanova on an Olive Colored Couch 021 - IMG0016

Date of First Publication Approx 04/30/1998 Nation of First Publication USA

Description of Photograph

114 | Title of Photograph Veronika Zemanova on an Olive Colored Couch 021 - IMG0018

Date of First Publication Approx 04/30/1998 Nation of First Publication USA

Description of Photograph

115 | Title of Photograph Veronika Zemanova on an Olive Colored Couch 021 - IMG0019

Date of First Publication Approx 04/30/1998 Nation of First Publication USA

Description of Photograph

116 | Title of Photograph Veronika Zemanova on an Olive Colored Couch 021 - IMG0021

Date of First Publication Approx 04/30/1998 Nation of First Publication USA

Description of Photograph

117 | Title of Photograph Veronika Zemanova on an Olive Colored Couch 021 - IMG0022

Date of First Publication Approx 04/30/1998 Nation of First Publication USA

Description of Photograph

118 | Title of Photograph Veronika Zemanova on an Olive Colored Couch 021 - IMG0029

Date of First Publication Approx 04/30/1998 Nation of First Publication USA

Description of Photograph

119 | Title of Photograph Veronika Zemanova on an Olive Colored Couch 021 - IMG0067-1742

Date of First Publication Approx 04/30/1998 Nation of First Publication USA

Description of Photograph

120 | Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0001

Date of First Publication Approx 7/30/1998 Nation of First Publication USA

Description of Photograph

Certificate will be mailed in window envelope to this address

Name ▼

JEFFREY N MAUSNER

Number / Street / Apt ▼

11601 Wilshire Blvd , Suite 600

City / State / Zip ▼

Los Angeles, CA 90025-1742

**C**

# CONTINUATION SHEET
# FOR FORM VA

## *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs

- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions

- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA

- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

- Space A of this sheet is intended to identify the author and claimant

- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs

- Use the boxes to number each line in Part B consecutively If you need more space, use additional Forms GR/PPh/CON

- Copyright fees are subject to change For current fees, check the Copyright Office website at www copyright gov, write the Copyright Office, or call (202) 707-3000



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

RI
VA 1 – 201 – 268

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

SEP 0 4 2003

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

CPB/        ?

Page  19  of  ??  pages

### DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY



**A**

Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions used in Part B of this form  The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author ___J Stephen Hicks Photography, Inc___

Name of Copyright Claimant ___Perfect 10, Inc___

**B**

Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution If more space is needed, use additional Forms GR/PPh/CON  Number the boxes

| 121 | Title of Photograph ___Veronika Zemanova Stripping for Us 023 - IMG0002___ |
|---|---|
| | Date of First Publication ___Approx 07/30/1998___  Nation of First Publication ___USA___ |
| | Description of Photograph _____ |

| 122 | Title of Photograph ___Veronika Zemanova Stripping for Us 023 - IMG0004___ |
|---|---|
| | Date of First Publication ___Approx 07/30/1998___  Nation of First Publication ___USA___ |
| | Description of Photograph _____ |

| 123 | Title of Photograph ___Veronika Zemanova Stripping for Us 023 - IMG0005___ |
|---|---|
| | Date of First Publication ___Approx 07/30/1998___  Nation of First Publication ___USA___ |
| | Description of Photograph _____ |

| 124 | Title of Photograph ___Veronika Zemanova Stripping for Us 023 - IMG0006___ |
|---|---|
| | Date of First Publication ___Approx 07/30/1998___  Nation of First Publication ___USA___ |
| | Description of Photograph _____ |

| 125 | Title of Photograph ___Veronika Zemanova Stripping for Us 023 - IMG0008___ |
|---|---|
| | Date of First Publication ___Approx 07/30/1998___  Nation of First Publication ___USA___ |
| | Description of Photograph _____ |

**126** Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0009

Date of First Publication Approx 07/30/1998 — Nation of First Publication USA

Description of Photograph

**B**

Registration for Group of Published Photographs (continued)

**127** Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0010

Date of First Publication Approx 07/30/1998 — Nation of First Publication USA

Description of Photograph

**128** Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0011

Date of First Publication Approx 07/30/1998 — Nation of First Publication USA

Description of Photograph

**129** Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0013

Date of First Publication Approx 07/30/1998 — Nation of First Publication USA

Description of Photograph

**130** Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0014

Date of First Publication Approx 07/30/1998 — Nation of First Publication USA

Description of Photograph

**131** Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0015

Date of First Publication Approx 07/30/1998 — Nation of First Publication USA

Description of Photograph

**132** Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0016

Date of First Publication Approx 07/30/1998 — Nation of First Publication USA

Description of Photograph

**133** Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0017

Date of First Publication Approx 07/30/1998 — Nation of First Publication USA

Description of Photograph

**134** Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0020

Date of First Publication Approx 07/30/1998 — Nation of First Publication USA

Description of Photograph

**135** Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0021

Date of First Publication Approx 7/30/1998 — Nation of First Publication USA

Description of Photograph

Certificate name ▼

JEFFREY N MAUSNER

Number/Street/Apt ▼

11601 Wilshire Blvd, Suite 600

City/State/Zip ▼

Los Angeles, CA 90025-1742

**C**

Mail To
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559 6000

# CONTINUATION SHEET
# FOR FORM VA

*for Group Registration of Published Photographs*

· This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs

· If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions

· If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA

· If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

· Space A of this sheet is intended to identify the author and claimant

· Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs

· Use the boxes to number each line in Part B consecutively If you need more space, use additional Forms GR/PPh/CON

· Copyright fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 201 – 268**

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

**SEP 0 4 2003**

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

Page ___ of ___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A**

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author ___ J Stephen Hicks Photography, Inc

Name of Copyright Claimant ___ Perfect 10, Inc

**B**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution If more space is needed, use additional Forms GR/PPh/CON Number the boxes

| 136 | Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0022 |
|---|---|
| | Date of First Publication Approx 07/30/1998 Nation of First Publication USA |
| | Description of Photograph |

| 137 | Title of Photograph Veronika Zemanova Stripping for Us 023 - IMG0023 |
|---|---|
| | Date of First Publication Approx 07/30/1998 Nation of First Publication USA |
| | Description of Photograph |

| 138 | Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0001 |
|---|---|
| | Date of First Publication 07/13/1998 Nation of First Publication USA |
| | Description of Photograph |

| 139 | Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0005 |
|---|---|
| | Date of First Publication 07/13/1998 Nation of First Publication USA |
| | Description of Photograph |

| 140 | Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0006 |
|---|---|
| | Date of First Publication 07/13/1998 Nation of First Publication USA |
| | Description of Photograph |

**141**

Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0009

Date of First Publication 07/13/1998

Nation of First Publication USA

Description of Photograph

**B**

Augment room for Groups of Published Photographs (continued)

**142**

Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0011

Date of First Publication 07/13/1998

Nation of First Publication USA

Description of Photograph

**143**

Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0013

Date of First Publication 07/13/1998

Nation of First Publication USA

Description of Photograph

**144**

Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0023

Date of First Publication 07/13/1998

Nation of First Publication USA

Description of Photograph

**145**

Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0025

Date of First Publication 07/13/1998

Nation of First Publication USA

Description of Photograph

**146**

Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0026

Date of First Publication 07/13/1998

Nation of First Publication USA

Description of Photograph

**147**

Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0047-1793

Date of First Publication 07/13/1998

Nation of First Publication USA

Description of Photograph

**148**

Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0048-1793

Date of First Publication 07/13/1998

Nation of First Publication USA

Description of Photograph

**149**

Title of Photograph Veronika Zemanova in a White Room with a Bed 024 - IMG0050-1793

Date of First Publication 07/13/1998

Nation of First Publication USA

Description of Photograph

Title of Photograph

Date of First Publication

Nation of First Publication

Description of Photograph

Certification
will be mailed
in envelope
envelope to
this address

Name ▼
: JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd , Suite 600

City/State/Zip ▼
Los Angeles, CA 90025-1742

**C**

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559 6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707 3000



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS.
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REG
**VA 1-202-770**

EFFECTIVE DATE OF REGISTRATION

**SEP 1 0 2003**
Month       Day       Year

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

Veronika Zemanova Poolside Photo Published in 2000

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**NATURE OF THIS WORK ▼** See instructions

Photograph

## 2

**NAME OF AUTHOR ▼**

a  J Stephen Hicks Photography Inc   employer for Stephen Hicks

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ USA
Domiciled in ___ USA

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

## 3

a  **Year in Which Creation of This Work Was Completed**
2000
This information must be given ONLY if this work has been published.

b  **Date and Nation of First Publication of This Particular Work**
Complete this information  Month 06  Day 10  Year 2000
Nation USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Perfect 10 Inc
PO Box 3398
Beverly Hills CA 90212

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment of rights

APPLICATION RECEIVED
SEP 10 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 10 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ►**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.
Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant.

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a  Preexisting Material  Identify any preexisting work or works that this work  is based on or incorporates ▼

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Jeffrey N Mausner
11601 Wilshire Blvd  Suite 600
Los Angeles  CA 90025

Area code and daytime telephone number:   ( 310 ) 473 3333          Fax number   ( 310 )473 8303

Email   JeffMausner@bmrlaw com

**CERTIFICATION\*** I  the undersigned hereby certify that I am the

check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Perfect 10  Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Jeffrey N Mausner                                                   Date  8/29/03

Handwritten signature (X) ▼
X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd  Suite 600

City/State/ZIP ▼
Los Angeles CA 90025 1742

• Complete all necessary spaces
  Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2001—20 000   Web Rev  June 2001   ⊕ Printed on recycled paper                    U S  Government Printing Office  2001-461  113/20 021



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts

VA 1-202-771



VAU1292771

EFFECTIVE DATE OF REGISTRATION

SEP 1 0 2003

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

# 1

**Title of This Work ▼**

Veronika Zemanova Poolside Photos Published in1999

NATURE OF THIS WORK ▼ See instructions

Photograph

**Previous or Alternative Titles ▼**

Group Registration/Photos, Approx 8 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

# 2

**a** NAME OF AUTHOR ▼

J Stephen Hicks Photography Inc    employer for Stephen Hicks

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of __USA__
     Domiciled in __USA__

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

# 3

**a** Year in Which Creation of This Work Was Completed
1998
Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 09    Day 22    Year 1999
USA    Nation

# 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Perfect 10 inc
PO Box 3398
Beverly Hills CA 90212

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment of rights

APPLICATION RECEIVED
SEP 10 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
SEP 10 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

* Corrected by Authority of phone conversation on Oc\_\_ber 23, 2003 with Ms Cindy Tran, authorized agent for Mr Jeffrey Mausner

EXAMINED BY

CHECKED BY

FORM VA

☐ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☒ No If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Jeffrey N Mausner
11601 Wilshire Blvd Suite 600
Los Angeles CA 90025

Area code and daytime telephone number  (310 ) 473 3333          Fax number  (310 )473 8303

Email  JeffMausner@bmrlaw com

**CERTIFICATION*** I the undersigned hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Perfect 10 Inc

check only one ▶

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Jeffrey N Mausner          Date 8/29/03

Handwritten signature (X) ▼
X _Jeffrey N Mausner_

Certificate will be mailed in window envelope to this address

Name ▼
JEFFREY N MAUSNER
Number/Street/Apt ▼
11601 Wilshire Blvd Suite 600
City/State/ZIP ▼
Los Angeles CA 90025 1742

# CONTINUATION SHEET
# FOR FORM VA

## *for Group Registration of Published Photographs*

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space use additional Forms GR/PPh/CON

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707 3000



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE



VA 1-202-771

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

## SEP 1 0 2003

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

SEP 10 2003

Page __3__ of __4__ pages

---

## DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

---

# A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author _____ J Stephen Hicks Photography  Inc

Name of Copyright Claimant _____ Perfect 10  Inc

---

# B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calender year (see instructions) give full information about each contribution. If more space is needed use additional Forms GR/PPh/CON Number the boxes

| 1 | Title of Photograph __Veronica Zemanova Poolside 022  IMG0002__ |
|---|---|
| | Date of First Publication __09/22/1999__    Nation of First Publication __USA__ |
| | Description of Photograph _____ |

| 2 | Title of Photograph __Veronika Zemanova Poolside 022  IMG0005__ |
|---|---|
| | Date of First Publication __09/22/1999__    Nation of First Publication __USA__ |
| | Description of Photograph _____ |

| 3 | Title of Photograph __Veronika Zemanova Poolside 022  IMG0006__ |
|---|---|
| | Date of First Publication __09/22/1999__    Nation of First Publication __USA__ |
| | Description of Photograph _____ |

| 4 | Title of Photograph __Veronika Zemanova Poolside 022  IMG0008__ |
|---|---|
| | Date of First Publication __09/22/1999__    Nation of First Publication __USA__ |
| | Description of Photograph _____ |

| 5 | Title of Photograph __Veronika Zemanova Poolside 022  IMG0009__ |
|---|---|
| | Date of First Publication __09/22/1999__    Nation of First Publication __USA__ |
| | Description of Photograph _____ |

**6**

Title of Photograph: Veronika Zemanova Poolside 022  IMG0010

Date of First Publication: 09/22/1999 _____ _____   Nation of First Publication: USA

Description of Photograph _____

**B**

Registration for Group of Published Photograph Enrollment

**7**

Title of Photograph: Veronika Zemanova Poolside 022  IMG0027

Date of First Publication: 09/22/1999 _____ _____   Nation of First Publication: USA

Description of Photograph _____

**8**

Title of Photograph: Veronika Zemanova Poolside 022  IMG0030

Date of First Publication: 6/10/2006 9/22/1999   Nation of First Publication: USA

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____ _____ _____   Nation of First Publication _____

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____ _____ _____   Nation of First Publication _____

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____ _____ _____   Nation of First Publication _____

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____ _____ _____   Nation of First Publication _____

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____ _____ _____   Nation of First Publication _____

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____ _____ _____   Nation of First Publication _____

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____ _____ _____   Nation of First Publication _____

Description of Photograph _____

Certificate
will be mailed
in envelope
to this address.

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd  Suite 600

City/St/Zip ▼
Los Angeles  CA 90025 1742

**C**

1 Application fee
2 Nonrefundable fee
3 License require

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



UNITED STATES COPYRIGHT OFFICE

LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE    VA 1 – 208 – 295



EFF.

**SEP 2 5 2003**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

Amy Weber Photos 1998

NATURE OF THIS WORK ▼ See instructions

Photograph

Previous or Alternative Titles ▼

Group Registration/Photos, Approx 126 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼

a  Amy Weber employer for Gary Dubie

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

NOTE
Under the law the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___USA___
Domiciled in ___USA___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a  Year in Which Creation of This Work Was Completed
1998
This information must be given
Year in all cases

b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published
Month Approx 12   Day 30   Year 1998
USA
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Perfect 10 Inc
PO Box 3398
Beverly Hills CA 90212

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment of rights

APPLICATION RECEIVED
Oct 0 2 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
Oct 0 2 2003 SEP 2 5 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page   See detailed instructions   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

*Amended by C O from fax received from
Jeffrey N Mausner on Oct 7, 2003

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

* some of the deposited photographs are not part of this claim

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

* Claim is in all of the photographs whose titles are listed on the GR/PPn/CON (All of the photos on CD-ROM number 1 and photos AW J-Short 13 - 19 on CD-ROM number 2 )

**6**

a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼         Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Jeffrey N Mausner
11601 Wilshire Blvd , Suite 600
Los Angeles CA 90025

Area code and daytime telephone number  (310 ) 473 3333         Fax number  (310 )473 8303
Email  JeffMausner@bmrlaw com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Perfect 10 Inc
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Jeffrey N Mausner
Date  9/30/03
Handwritten signature (X) ▼
x  Jeffrey N Mausner

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
JEFFREY N MAUSNER
Number/Street/Apt ▼
11601 Wilshire Blvd  Suite 600
City/State/ZIP ▼
Los Angeles CA 90025 1742

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

# CONTINUATION SHEET
# FOR FORM VA

## for Group Registration of Published Photographs

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office, or call (202) 707 3000



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1 – 208 – 295



USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

SEP 2 5 2003

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

OCT 0 2 2003

Page ___9___ of ___20___ pages

DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author    Amy Weber

Name of Copyright Claimant    Perfect 10, Inc

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see Instructions) give full information about each contribution If more space is needed use additional Forms GR/PPh/CON Number the boxes

**1**
Title of Photograph  AW  AnmlPrnt - 01
Date of First Publication  Approx 12/30/1998    Nation of First Publication  USA
Description of Photograph _____

**2**
Title of Photograph  AW - AnmlPrnt - 02
Date of First Publication  Approx 12/30/1998    Nation of First Publication  USA
Description of Photograph _____

**3**
Title of Photograph  AW  AnmlPrnt  03
Date of First Publication  Approx 12/30/1998    Nation of First Publication  USA
Description of Photograph _____

**4**
Title of Photograph  AW  AnmlPrnt  04
Date of First Publication  Approx 12/30/1998    Nation of First Publication  USA
Description of Photograph _____

**5**
Title of Photograph  AW  AnmlPrnt  05
Date of First Publication  Approx 12/30/1998    Nation of First Publication  USA
Description of Photograph _____

**B**

Registration for Groups of Published Photographs (continued)

6

Title of Photograph AW AnmlPrnt - 06

Date of First Publication Approx 12/30/1998 _____ Nation of First Publication USA

Description of Photograph _____

7

Title of Photograph AW AnmlPrnt - 07

Date of First Publication Approx 12/30/1998 _____ Nation of First Publication USA

Description of Photograph _____

8

Title of Photograph AW AnmlPrnt - 08

Date of First Publication Approx 12/30/1998 _____ Nation of First Publication USA

Description of Photograph _____

9

Title of Photograph AW AnmlPrnt 09

Date of First Publication Approx 12/30/1998 _____ Nation of First Publication USA

Description of Photograph _____

10

Title of Photograph AW AnmlPrnt 10

Date of First Publication Approx 12/30/1998 _____ Nation of First Publication USA

Description of Photograph _____

11

Title of Photograph AW AnmlPrnt 11

Date of First Publication Approx 12/30/1998 _____ Nation of First Publication USA

Description of Photograph _____

12

Title of Photograph AW AnmlPrnt 12

Date of First Publication Approx 12/30/1998 _____ Nation of First Publication USA

Description of Photograph _____

13

Title of Photograph AW - AnmlPrnt 13

Date of First Publication Approx 12/30/1998 _____ Nation of First Publication USA

Description of Photograph _____

14

Title of Photograph AW AnmlPrnt - 14

Date of First Publication Approx 12/30/1998 _____ Nation of First Publication USA

Description of Photograph _____

15

Title of Photograph AW AnmlPrnt 15

Date of First Publication Approx 12/30/1998 _____ Nation of First Publication USA

Description of Photograph _____

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd Suite 600

City/State/Zip ▼
Los Angeles CA 90025 1742

**C**

Complete all necessary spaces Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707 3000.

June 2002 — 20 000   Web June 2002   ⊕ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA

## for Group Registration of Published Photographs

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA which is available with detailed instructions

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs

Use the boxes to number each line in Part B consecutively If you need more space use additional Forms GR/PPh/CON

Copyright fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office, or call (202) 707 3000



**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 208 – 295**



USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) **SEP 25 2003** (Year)

CONTINUATION SHEET RECEIVED

OCT 0 2 2003

Page **5** of **20** pages

---

DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY



**A**

Identification
of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author  Amy Weber

Name of Copyright Claimant  Perfect 10 Inc

**B**

Registration
for Group of
Published
Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution If more space is needed use additional Forms GR/PPh/CON Number the boxes

| Number | |
|---|---|
| 16 | Title of Photograph  AW AnmlPrnt 16 |
| | Date of First Publication  Approx 12/30/1998 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 17 | Title of Photograph  AW AnmlPrnt 17 |
| | Date of First Publication  Approx 12/30/1998 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 18 | Title of Photograph  AW Blanket 01 |
| | Date of First Publication  Approx 12/30/1998 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 19 | Title of Photograph  AW Blanket - 02 |
| | Date of First Publication  Approx 12/30/1998 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 20 | Title of Photograph  AW Blanket 03 |
| | Date of First Publication  Approx 12/30/1998 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph (Optional) |

**21**
Title of Photograph AW Blanket - 04

Date of First Publication Approx 12/30/4996 1998 ~~~~~~ Nation of First Publication USA

Description of Photograph

**B**

Registration for Groups of Published Photographs (continued)

**22**
Title of Photograph AW Blanket 05

Date of First Publication Approx 12/30/1998 ~~~~~~ Nation of First Publication USA

Description of Photograph

**23**
Title of Photograph AW Blanket 06

Date of First Publication Approx 12/30/1998 ~~~~~~ Nation of First Publication USA

Description of Photograph

**24**
Title of Photograph AW Blanket 07

Date of First Publication Approx 12/30/1998 ~~~~~~ Nation of First Publication USA

Description of Photograph

**25**
Title of Photograph AW Blanket - 08

Date of First Publication Approx 12/30/1998 ~~~~~~ Nation of First Publication USA

Description of Photograph

**26**
Title of Photograph AW Blanket 09

Date of First Publication Approx 12/30/1998 ~~~~~~ Nation of First Publication USA

Description of Photograph

**27**
Title of Photograph AW Blk2pc 01

Date of First Publication Approx 12/30/1998 ~~~~~~ Nation of First Publication USA

Description of Photograph

**28**
Title of Photograph AW Blk2pc 02

Date of First Publication Approx 12/30/1998 ~~~~~~ Nation of First Publication USA

Description of Photograph

**29**
Title of Photograph AW Blk2pc 03

Date of First Publication Approx 12/30/1998 ~~~~~~ Nation of First Publication USA

Description of Photograph

**30**
Title of Photograph AW Blk2pc 04

Date of First Publication Approx 12/30/1998 ~~~~~~ Nation of First Publication USA

Description of Photograph

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd Suite 600

City/State/Zip ▼
Los Angeles CA 90025 1742

**C**

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

June 2002 — 20 000  Web June 2002  ⊕ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA

## for Group Registration of Published Photographs



## FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-208-295



This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively if you need more space, use additional Forms GR/PPh/CON.

Copyright fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office, or call (202) 707 3000

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) **SEP 25 2003** (Year)

CONTINUATION SHEET RECEIVED

OCT 0 2 2003

Page ____7____ of ____20____ pages

**DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY**



## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____Amy Weber_____

Name of Copyright Claimant _____Perfect 10 Inc_____

## B
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution If more space is needed use additional Forms GR/PPh/CON Number the boxes

| Number | | |
|---|---|---|
| 31 | Title of Photograph _AW Blk2pc - 05_ | |
| | Date of First Publication _Approx 12/30/1998_ (Month) (Day) (Year) | Nation of First Publication _USA_ |
| | Description of Photograph _____ (Optional) | |
| 32 | Title of Photograph _AW - Blk2pc 06_ | |
| | Date of First Publication _Approx 12/30/1998_ (Month) (Day) (Year) | Nation of First Publication _USA_ |
| | Description of Photograph _____ (Optional) | |
| 33 | Title of Photograph _AW - Blk2pc 07_ | |
| | Date of First Publication _Approx 12/30/1998_ (Month) (Day) (Year) | Nation of First Publication _USA_ |
| | Description of Photograph _____ (Optional) | |
| 34 | Title of Photograph _AW - Blk2pc - 08_ | |
| | Date of First Publication _Approx 12/30/1998_ (Month) (Day) (Year) | Nation of First Publication _USA_ |
| | Description of Photograph _____ (Optional) | |
| 35 | Title of Photograph _AW - Blk2pc 09_ | |
| | Date of First Publication _Approx 12/30/1998_ (Month) (Day) (Year) | Nation of First Publication _USA_ |
| | Description of Photograph _____ (Optional) | |