| Number | | | | B |
|---|---|---|---|---|
| 36 | Title of Photograph AW Blk2pc - 10 | | | |
| | Date of First Publication Approx 12/30/1996 1998 | Nation of First Publication USA | | Registration for Group of Published Photographs (continued) |
| | Description of Photograph | | | |
| 37 | Title of Photograph AW BluSwim 01 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 38 | Title of Photograph AW BluSwim 02 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 39 | Title of Photograph AW BluSwim 03 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 40 | Title of Photograph AW BluSwim - 04 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 41 | Title of Photograph AW BluSwim 05 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 42 | Title of Photograph AW BluSwim 06 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 43 | Title of Photograph AW BluSwim 07 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 44 | Title of Photograph AW BluSwim 08 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 45 | Title of Photograph AW GrSwim 01 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd Suite 600

City/State/Zip ▼
Los Angeles CA 90025 1742

C

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs

If at all possible try to fit the information called for into the spaces provided on Form VA which is available with detailed instructions

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA

If you submit this Continuation Sheet clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively If you need more space use additional Forms GR/PPh/CON

Copyright fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office, or call (202) 707 3000



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE
VA 1-208-295

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

Month **SEP 25 2003** Year

CONTINUATION SHEET RECEIVED
OCT 02 2003

Page __9__ of __20__ pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form  The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author  **Amy Weber**

Name of Copyright Claimant:  **Perfect 10 Inc**

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution If more space is needed use additional Forms GR/PPh/CON Number the boxes

**46**
Title of Photograph  **AW  GrSwim  02**
Date of First Publication  **Approx 12/30/1998**   Nation of First Publication  **USA**
Description of Photograph _____

**47**
Title of Photograph  **AW  GrSwim  03**
Date of First Publication  **Approx 12/30/1998**   Nation of First Publication  **USA**
Description of Photograph _____

**48**
Title of Photograph  **AW  GrSwim  04**
Date of First Publication  **Approx 12/30/1998**   Nation of First Publication  **USA**
Description of Photograph _____

**49**
Title of Photograph  **AW  GrSwim  05**
Date of First Publication  **Approx 12/30/1998**   Nation of First Publication  **USA**
Description of Photograph _____

**50**
Title of Photograph  **AW  GrSwim  06**
Date of First Publication  **Approx 12/30/1998**   Nation of First Publication  **USA**
Description of Photograph _____

| Number | | | | B |
|---|---|---|---|---|
| 51 | Title of Photograph: AW GrSwim 07 | | | Registration for Group of Published Photographs (continued) |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA | | |
| | Description of Photograph: | | | |
| 52 | Title of Photograph: AW GrSwim 08 | | | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA | | |
| | Description of Photograph: | | | |
| 53 | Title of Photograph: AW GrSwim 09 | | | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA | | |
| | Description of Photograph: | | | |
| 54 | Title of Photograph: AW - GrSwim 10 | | | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA | | |
| | Description of Photograph: | | | |
| 55 | Title of Photograph: AW GrSwim 11 | | | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA | | |
| | Description of Photograph: | | | |
| 56 | Title of Photograph: AW GrSwim 12 | | | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA | | |
| | Description of Photograph: | | | |
| 57 | Title of Photograph: AW GrSwim 13 | | | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA | | |
| | Description of Photograph: | | | |
| 58 | Title of Photograph: AW GrSwim 14 | | | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA | | |
| | Description of Photograph: | | | |
| 59 | Title of Photograph: AW - GrSwim 15 | | | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA | | |
| | Description of Photograph: | | | |
| 60 | Title of Photograph: AW JShort 01 | | | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA | | |
| | Description of Photograph: | | | |

**Certificate will be mailed in window envelope to this address**

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd Suite 600
City/State/Zip: Los Angeles CA 90025-1742

C

June 2002 — 20,000   Web Jun 2002   Printed on recycled paper



**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-208-295

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) SEP 25 2003 (Year)

CONTINUATION SHEET RECEIVED
OCT 02 2003

Page 11 of 20 pages

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively If you need more space use additional Forms GR/PPh/CON

Copyright fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office, or call (202) 707 3000

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author  **Amy Weber**

Name of Copyright Claimant  **Perfect 10, Inc**

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions)  give full information about each contribution If more space is needed use additional Forms GR/PPh/CON Number the boxes

**61**
Title of Photograph  AW - JShort  02
Date of First Publication  Approx 12/30/1998          Nation of First Publication  USA
Description of Photograph

**62**
Title of Photograph  AW - JShort  03
Date of First Publication  Approx 12/30/1998          Nation of First Publication  USA
Description of Photograph

**63**
Title of Photograph  AW  JShort  04
Date of First Publication  Approx 12/30/1998          Nation of First Publication  USA
Description of Photograph

**64**
Title of Photograph  AW  JShort  05
Date of First Publication  Approx 12/30/1998          Nation of First Publication  USA
Description of Photograph

**65**
Title of Photograph  AW  JShort  06
Date of First Publication  Approx 12/30/1998          Nation of First Publication  USA
Description of Photograph

| Number | | |
|---|---|---|
| 66 | Title of Photograph: AW  JShort - 07<br>Date of First Publication: Approx 12/30/1998 1998<br>Description of Photograph | Nation of First Publication USA |

| 67 | Title of Photograph: AW  JShort  08<br>Date of First Publication: Approx 12/30/1998<br>Description of Photograph | Nation of First Publication USA |

| 68 | Title of Photograph: AW  JShort  09<br>Date of First Publication: Approx 12/30/1998<br>Description of Photograph | Nation of First Publication USA |

| 69 | Title of Photograph: AW  JShort  10<br>Date of First Publication: Approx 12/30/1998<br>Description of Photograph | Nation of First Publication USA |

| 70 | Title of Photograph: AW  JShort  11<br>Date of First Publication: Approx 12/30/1998<br>Description of Photograph | Nation of First Publication USA |

| 71 | Title of Photograph: AW  JShort  12<br>Date of First Publication: Approx 12/30/1998<br>Description of Photograph | Nation of First Publication USA |

| 72 | Title of Photograph: AW - JShort  13<br>Date of First Publication: Approx 12/30/1998<br>Description of Photograph | Nation of First Publication USA |

| 73 | Title of Photograph: AW  JShort  14<br>Date of First Publication: Approx 12/30/1998<br>Description of Photograph | Nation of First Publication USA |

| 74 | Title of Photograph: AW  JShort  15<br>Date of First Publication: Approx 12/30/1998<br>Description of Photograph | Nation of First Publication USA |

| 75 | Title of Photograph: AW - JShort  16<br>Date of First Publication: Approx 12/30/1998<br>Description of Photograph | Nation of First Publication USA |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address:

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd, Suite 600
City/State/Zip: Los Angeles CA 90025 1742

# CONTINUATION SHEET FOR FORM VA
### for Group Registration of Published Photographs

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs

If at all possible try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs

Use the boxes to number each line in Part B consecutively If you need more space use additional Forms GR/PPh/CON

Copyright fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office, or call (202) 707 3000


FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-208-295



USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

SEP 2 5 2003
(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED
OCT 0 2 2003

Page 13 of 20 pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application



**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author: **Amy Weber**

Name of Copyright Claimant: **Perfect 10 Inc**

## B — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution If more space is needed use additional Forms GR/PPh/CON Number the boxes

**76**
Title of Photograph: AW JShort 17
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph:

**77**
Title of Photograph: AW JShort 18
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph:

**78**
Title of Photograph: AW JShort 19
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph:

**79**
Title of Photograph: AW Coll 01
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph:

**80**
Title of Photograph: AW PkSwim 01
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph:

**B** — Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| 81 | Title of Photograph: AW PkSwim - 02 | |
| | Date of First Publication: Approx 12/30/1996 1998 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 82 | Title of Photograph: AW PkSwim 03 | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 83 | Title of Photograph: AW PkSwim 04 | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 84 | Title of Photograph: AW PkSwim 05 | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 85 | Title of Photograph: AW PkSwim 06 | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 86 | Title of Photograph: AW PkSwim 07 | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 87 | Title of Photograph: AW PkSwim 08 | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 88 | Title of Photograph: AW PkSwim 09 | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 89 | Title of Photograph: AW PkSwim 10 | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 90 | Title of Photograph: AW PkSwim 11 | |
| | Date of First Publication: Approx 12/30/1998 | Nation of First Publication: USA |
| | Description of Photograph: | |

**C** — Certificate will be mailed in window envelope to this address

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd, Suite 600
City/State/Zip: Los Angeles CA 90025 1742

June 2002 — 20,000  Web June 2002  Printed on recycled paper

# CONTINUATION SHEET FOR FORM VA
## for Group Registration of Published Photographs

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000



FORM GR/PPh/CON
VA 1-208-295

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) SEP 2-5 200? (Year)

CONTINUATION SHEET RECEIVED
OCT 0 - 2003

Page 15 of 20 pages

---

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

## A  IDENTIFICATION OF AUTHOR AND CLAIMANT
Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Amy Weber

Name of Copyright Claimant: Perfect 10, Inc

## B  COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS
To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON  Number the boxes

**91**  Title of Photograph: AW - RdSwim  01
Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
Description of Photograph:

**92**  Title of Photograph: AW  RdSwim  02
Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
Description of Photograph:

**93**  Title of Photograph: AW  RdSwim - 03
Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
Description of Photograph:

**94**  Title of Photograph: AW  RdSwim - 04
Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
Description of Photograph:

**95**  Title of Photograph: AW  RdSwim  05
Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
Description of Photograph:

| | | |
|---|---|---|
| 96 | Title of Photograph AW RdSwim - 06<br>Date of First Publication Approx 12/30/~~1996~~ 1998       Nation of First Publication USA<br>Description of Photograph | B |
| 97 | Title of Photograph AW RdSwim 07<br>Date of First Publication Approx 12/30/1998       Nation of First Publication USA<br>Description of Photograph | |
| 98 | Title of Photograph AW RdSwim 08<br>Date of First Publication Approx 12/30/1998       Nation of First Publication USA<br>Description of Photograph | |
| 99 | Title of Photograph AW RdSwim 09<br>Date of First Publication Approx 12/30/1998       Nation of First Publication USA<br>Description of Photograph | |
| 100 | Title of Photograph AW SlvSwim 01<br>Date of First Publication Approx 12/30/1998       Nation of First Publication USA<br>Description of Photograph | |
| 101 | Title of Photograph AW SlvSwim 02<br>Date of First Publication Approx 12/30/1998       Nation of First Publication USA<br>Description of Photograph | |
| 102 | Title of Photograph AW SlvSwim 03<br>Date of First Publication Approx 12/30/1998       Nation of First Publication USA<br>Description of Photograph | |
| 103 | Title of Photograph AW SlvSwim 04<br>Date of First Publication Approx 12/30/1998       Nation of First Publication USA<br>Description of Photograph | |
| 104 | Title of Photograph AW SlvSwim 05<br>Date of First Publication Approx 12/30/1998       Nation of First Publication USA<br>Description of Photograph | |
| 105 | Title of Photograph AW SlvSwim 06<br>Date of First Publication Approx 12/30/1998       Nation of First Publication USA<br>Description of Photograph | |

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd  Suite 600

City/State/Zip ▼
Los Angeles CA 90025 1742

C

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space use additional Forms GR/PPh/CON

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-208-295

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

SEP 25 2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

OCT 0 _ 2003

Page 17 of 20 pages

DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Amy Weber

Name of Copyright Claimant: Perfect 10 Inc

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution. If more space is needed use additional Forms GR/PPh/CON. Number the boxes.

**106**
Title of Photograph: AW SlvSwim 07
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph:

**107**
Title of Photograph: AW SlvSwim 08
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph:

**108**
Title of Photograph: AW White 01
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph:

**109**
Title of Photograph: AW White 02
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph:

**110**
Title of Photograph: AW White 03
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph:

| Number | | |
|---|---|---|
| 111 | Title of Photograph AW White 04 | **B** |
| | Date of First Publication Approx 12/30/~~1996~~ 1998   Nation of First Publication USA | |
| | Description of Photograph | |
| 112 | Title of Photograph AW White 05 | |
| | Date of First Publication Approx 12/30/1998   Nation of First Publication USA | |
| | Description of Photograph | |
| 113 | Title of Photograph AW White 06 | |
| | Date of First Publication Approx 12/30/1998   Nation of First Publication USA | |
| | Description of Photograph | |
| 114 | Title of Photograph AW White 07 | |
| | Date of First Publication Approx 12/30/1998   Nation of First Publication USA | |
| | Description of Photograph | |
| 115 | Title of Photograph AW White 08 | |
| | Date of First Publication Approx 12/30/1998   Nation of First Publication USA | |
| | Description of Photograph | |
| 116 | Title of Photograph AW White 09 | |
| | Date of First Publication Approx 12/30/1998   Nation of First Publication USA | |
| | Description of Photograph | |
| 117 | Title of Photograph AW White 10 | |
| | Date of First Publication Approx 12/30/1998   Nation of First Publication USA | |
| | Description of Photograph | |
| 118 | Title of Photograph AW White 11 | |
| | Date of First Publication Approx 12/30/1998   Nation of First Publication USA | |
| | Description of Photograph | |
| 119 | Title of Photograph AW White 12 | |
| | Date of First Publication Approx 12/30/1998   Nation of First Publication USA | |
| | Description of Photograph | |
| 120 | Title of Photograph AW - TruCeleb - 01 | |
| | Date of First Publication Approx 12/30/1998   Nation of First Publication USA | |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd  Suite 600

City/State/Zip ▼
Los Angeles  CA  90025 1742

June 2003 — 20,000   Web June 2003   Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs



**FORM GR/PPh/CON**
UNITED STATES ~~~~
VA 1-208-295

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

**SEP 25 2003**
(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED
OCT 02 2003

Page __19__ of __20__ pages

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Amy Weber___

Name of Copyright Claimant ___Perfect 10 Inc___

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**121**
Title of Photograph ___AW TruCeleb - 02___
Date of First Publication ___Approx 12/30/1998___   Nation of First Publication ___USA___
Description of Photograph _____

**122**
Title of Photograph ___AW TruCeleb - 03___
Date of First Publication ___Approx 12/30/1998___   Nation of First Publication ___USA___
Description of Photograph _____

**123**
Title of Photograph ___AW TruCeleb 04___
Date of First Publication ___Approx 12/30/1998___   Nation of First Publication ___USA___
Description of Photograph _____

**124**
Title of Photograph ___AW TruCeleb 05___
Date of First Publication ___Approx 12/30/1998___   Nation of First Publication ___USA___
Description of Photograph _____

**125**
Title of Photograph ___AW TruCeleb 06___
Date of First Publication ___Approx 12/30/1998___   Nation of First Publication ___USA___
Description of Photograph _____

| | |
|---|---|
| 126 | Title of Photograph: AW TruCeleb - 07 |
| | Date of First Publication: Approx 12/30 1998  Nation of First Publication: USA |
| | Description of Photograph: |

**B**
Registration for Group of Published Photographs (continued)

| | |
|---|---|
| | Title of Photograph: |
| | Date of First Publication: ___ Nation of First Publication: |
| | Description of Photograph: |

| | |
|---|---|
| | Title of Photograph: |
| | Date of First Publication: ___ Nation of First Publication: |
| | Description of Photograph: |

| | |
|---|---|
| | Title of Photograph: |
| | Date of First Publication: ___ Nation of First Publication: |
| | Description of Photograph: |

| | |
|---|---|
| | Title of Photograph: |
| | Date of First Publication: ___ Nation of First Publication: |
| | Description of Photograph: |

| | |
|---|---|
| | Title of Photograph: |
| | Date of First Publication: ___ Nation of First Publication: |
| | Description of Photograph: |

| | |
|---|---|
| | Title of Photograph: |
| | Date of First Publication: ___ Nation of First Publication: |
| | Description of Photograph: |

| | |
|---|---|
| | Title of Photograph: |
| | Date of First Publication: ___ Nation of First Publication: |
| | Description of Photograph: |

| | |
|---|---|
| | Title of Photograph: |
| | Date of First Publication: ___ Nation of First Publication: |
| | Description of Photograph: |

| | |
|---|---|
| | Title of Photograph: |
| | Date of First Publication: ___ Nation of First Publication: |
| | Description of Photograph: |

Certificate will be mailed in window envelope to this address

Name: JEFFREY N. MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd Suite 600
City/State/Zip: Los Angeles CA 90025 1742

**C**

Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington D.C. 20559-6000

June 2002 — 20,000  Web June 2002  @ Printed on recycled paper

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES 

REG   VA 1-208-275



EFFECTIVE DATE OF REGISTRATION

OCT 0 2 2003
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
Amy Weber Photos 1998 Volume 2

NATURE OF THIS WORK ▼ See instructions
Photograph

Previous or Alternative Titles ▼
Group Registration/Photos: Approx. 51 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

NAME OF AUTHOR ▼
a Amy Weber employer for Dominic Petruzzi

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
     Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate boxes(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate boxes(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

a Year in Which Creation of This Work Was Completed   1998   Year   in all cases.

b Date and Nation of First Publication of This Particular Work
Month Approx. 12   Day 30   Year 1998
USA   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Perfect 10, Inc.
PO Box 3398
Beverly Hills, CA 90212

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment of rights.

APPLICATION RECEIVED
OCT 02 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 02 2003
FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 10 pages

Amended by C.O. from fax received from Jeffrey N. Mausner on Oct 7, 2003.

EXAMINED BY
CHECKED BY

☒ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey N. Mausner
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025

Area code and daytime telephone number ( 310 ) 473-3333      Fax number ( 310 ) 473-8303
Email  JeffMausner@bmrlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Perfect 10, Inc
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jeffrey N. Mausner                                                           Date  9/30/03

Handwritten signature (X) ▼
X  /s/ Jeffrey N. Mausner

**8**

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N. MAUSNER
Number/Street/Apt ▼
11601 Wilshire Blvd., Suite 600
City/State/ZIP ▼
Los Angeles, CA 90025-1742

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊕ Printed on recycled paper           U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR FORM VA
### for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRA

VA 1-208-275



EFFECTIVE DATE OF REGISTRATION

OCT 0 2 2003

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

OCT 0 2 2003

Page 3 of 10 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Amy Weber

Name of Copyright Claimant: Perfect 10, Inc.

---

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**1**
Title of Photograph: AW - Leaf - 01
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

**2**
Title of Photograph: AW - Leaf - 02
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

**3**
Title of Photograph: AW - Leaf - 03
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

**4**
Title of Photograph: AW - Leaf - 04
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

**5**
Title of Photograph: AW - Leaf - 05
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

| Number | | |
|---|---|---|
| 6 | Title of Photograph AW-Leaf-06 | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA |
| | Description of Photograph | |
| 7 | Title of Photograph AW-Leaf-07 | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA |
| | Description of Photograph | |
| 8 | Title of Photograph AW-Leaf-08 | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA |
| | Description of Photograph | |
| 9 | Title of Photograph AW-Leaf-09 | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA |
| | Description of Photograph | |
| 10 | Title of Photograph AW-Leaf-10 | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA |
| | Description of Photograph | |
| 11 | Title of Photograph AW-Lingerie-01 | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA |
| | Description of Photograph | |
| 12 | Title of Photograph AW-Lingerie-02 | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA |
| | Description of Photograph | |
| 13 | Title of Photograph AW-Lingerie-03 | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA |
| | Description of Photograph | |
| 14 | Title of Photograph AW-Lingerie-04 | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA |
| | Description of Photograph | |
| 15 | Title of Photograph AW-Lingerie-05 | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA |
| | Description of Photograph | |

**B** Registration for Group of Published Photographs (continued)

Certificate will be mailed in window envelope to this address:

Name: JEFFREY N. MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/Zip: Los Angeles, CA 90025-1742

**C**

June 2002 — 20,000  Web: June 2002  Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
### for Group Registration of Published Photographs



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202)-707-3000.

VA 1-208-275



EFFECTIVE DATE OF REGISTRATION

OCT 0 2 2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
Oct 0 2 2003

Page 5 of 10 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY



**A**  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Amy Weber

Name of Copyright Claimant: Perfect 10, Inc.



**B**  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

16  Title of Photograph: AW-Lingerie-06
    Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
    Description of Photograph: _____

17  Title of Photograph: AW-Lingerie-07
    Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
    Description of Photograph: _____

18  Title of Photograph: AW-Lingerie-08
    Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
    Description of Photograph: _____

19  Title of Photograph: AW-Lingerie-09
    Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
    Description of Photograph: _____

20  Title of Photograph: AW-Lingerie-10
    Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
    Description of Photograph: _____

| Number | | | | B |
|---|---|---|---|---|
| 21 | Title of Photograph AW-Lingerie-11 | | | Registration for Group of Published Photographs (continued) |
| | Date of First Publication Approx 12/30/~~1996~~ 1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 22 | Title of Photograph AW-Lingerie-12 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 23 | Title of Photograph AW-Lingerie-13 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 24 | Title of Photograph AW-Lingerie-14 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 25 | Title of Photograph AW-Lingerie-15 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 26 | Title of Photograph AW-Lingerie-16 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 27 | Title of Photograph AW-Lingerie-17 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 28 | Title of Photograph AW-Lingerie-18 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 29 | Title of Photograph AW-Lingerie-19 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |
| 30 | Title of Photograph AW-PkHat-01 | | | |
| | Date of First Publication Approx 12/30/1998 | Nation of First Publication USA | | |
| | Description of Photograph | | | |

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N. MAUSNER
Number/Street/Apt ▼
11601 Wilshire Blvd., Suite 600
City/State/Zip ▼
Los Angeles, CA 90025-1742

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

C

fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

June 2002 — 20,000   Web rev: June 2002   ⊛ Printed on recycled paper