# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION: VA 1-208-275

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

EFFECTIVE DATE OF REGISTRATION

OCT 0 2 2003

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
OCT 0 2 2003

Page 3 of 10 pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **Amy Weber**

Name of Copyright Claimant: **Perfect 10, Inc.**

## B — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**1**
Title of Photograph: AW - Leaf - 01
Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
Description of Photograph: _____

**2**
Title of Photograph: AW - Leaf - 02
Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
Description of Photograph: _____

**3**
Title of Photograph: AW - Leaf - 03
Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
Description of Photograph: _____

**4**
Title of Photograph: AW - Leaf - 04
Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
Description of Photograph: _____

**5**
Title of Photograph: AW - Leaf - 05
Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
Description of Photograph: _____

**B** — Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| 6 | AW-Leaf-06 | Approx 12/30/1998 | USA | |
| 7 | AW-Leaf-07 | Approx 12/30/1998 | USA | |
| 8 | AW-Leaf-08 | Approx 12/30/1998 | USA | |
| 9 | AW-Leaf-09 | Approx 12/30/1998 | USA | |
| 10 | AW-Leaf-10 | Approx 12/30/1998 | USA | |
| 11 | AW-Lingerie-01 | Approx 12/30/1998 | USA | |
| 12 | AW-Lingerie-02 | Approx 12/30/1998 | USA | |
| 13 | AW-Lingerie-03 | Approx 12/30/1998 | USA | |
| 14 | AW-Lingerie-04 | Approx 12/30/1998 | USA | |
| 15 | AW-Lingerie-05 | Approx 12/30/1998 | USA | |

**C** — Certificate will be mailed in window envelope to this address:

Name: JEFFREY N. MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/Zip: Los Angeles, CA 90025-1742

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

June 2002 — 20,000   Web: June 2002   ⓧ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-208-275



EFFECTIVE DATE OF REGISTRATION

OCT 0 2 2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
OCT 0 2 2003

Page __5__ of __10__ pages

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **Amy Weber**

Name of Copyright Claimant: **Perfect 10, Inc.**

## B — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**16**
Title of Photograph: AW-Lingerie-06
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph: _____

**17**
Title of Photograph: AW-Lingerie-07
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph: _____

**18**
Title of Photograph: AW-Lingerie-08
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph: _____

**19**
Title of Photograph: AW-Lingerie-09
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph: _____

**20**
Title of Photograph: AW-Lingerie-10
Date of First Publication: Approx 12/30/1998
Nation of First Publication: USA
Description of Photograph: _____

**B** Registration for Group of Published Photographs (continued)

21. Title of Photograph: AW-Lingerie-11
Date of First Publication: Approx 12/30/~~1996~~ 1998   Nation of First Publication: USA
Description of Photograph:

22. Title of Photograph: AW-Lingerie-12
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

23. Title of Photograph: AW-Lingerie-13
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

24. Title of Photograph: AW-Lingerie-14
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

25. Title of Photograph: AW-Lingerie-15
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

26. Title of Photograph: AW-Lingerie-16
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

27. Title of Photograph: AW-Lingerie-17
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

28. Title of Photograph: AW-Lingerie-18
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

29. Title of Photograph: AW-Lingerie-19
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

30. Title of Photograph: AW-PkHat-01
Date of First Publication: Approx 12/30/1998   Nation of First Publication: USA
Description of Photograph:

**C** Certificate will be mailed in window envelope to this address:

Name: JEFFREY N. MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/Zip: Los Angeles, CA 90025-1742

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office, 101 Independence Avenue S.E., Washington, D.C. 20559-6000

# CONTINUATION SHEET FOR FORM VA
### for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-208-275

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

OCT 0 2 2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
OCT 0 2 2003

Page __7__ of __10__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY



**A** IDENTIFICATION OF AUTHOR AND CLAIMANT: Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Amy Weber___

Name of Copyright Claimant ___Perfect 10, Inc.___

**B** COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS: To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**31**
Title of Photograph ___AW-PkHat-02___
Date of First Publication ___Approx 12/30/1998___   Nation of First Publication ___USA___
Description of Photograph ___

**32**
Title of Photograph ___AW-PkHat-03___
Date of First Publication ___Approx 12/30/1998___   Nation of First Publication ___USA___
Description of Photograph ___

**33**
Title of Photograph ___AW-PkHat-04___
Date of First Publication ___Approx 12/30/1998___   Nation of First Publication ___USA___
Description of Photograph ___

**34**
Title of Photograph ___AW-PkHat-05___
Date of First Publication ___Approx 12/30/1998___   Nation of First Publication ___USA___
Description of Photograph ___

**35**
Title of Photograph ___AW-PkHat-06___
Date of First Publication ___Approx 12/30/1998___   Nation of First Publication ___USA___
Description of Photograph ___

**B** — Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| 36 | AW-PkHat-07 | Approx 12/30/~~1996~~ 1998 | USA | |
| 37 | AW-PkHat-08 | Approx 12/30/1998 | USA | |
| 38 | AW-PkHat-09 | Approx 12/30/1998 | USA | |
| 39 | AW-PkHat-10 | Approx 12/30/1998 | USA | |
| 40 | AW-PkHat-11 | Approx 12/30/1998 | USA | |
| 41 | AW-PkHat-12 | Approx 12/30/1998 | USA | |
| 42 | AW-PkHat-13 | Approx 12/30/1998 | USA | |
| 43 | AW-PkHat-14 | Approx 12/30/1998 | USA | |
| 44 | AW-PkHat-15 | Approx 12/30/1998 | USA | |
| 45 | AW-PkHat-16 | Approx 12/30/1998 | USA | |

**C** — Certificate will be mailed in window envelope to this address:

Name: JEFFREY N. MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/Zip: Los Angeles, CA 90025-1742

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

June 2002 — 20,000    Web: June 2002   ⊕ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
### for Group Registration of Published Photographs



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRA...  VA 1-208-275



EFFECTIVE DATE OF REGISTRATION

OCT 0 2 2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
OCT 0 2 2003

Page 9 of 10 pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A** Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Amy Weber

Name of Copyright Claimant: Perfect 10, Inc.

**B** Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

46  Title of Photograph: AW-PkHat-17
    Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
    Description of Photograph:

47  Title of Photograph: AW-PkHat-18
    Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
    Description of Photograph:

48  Title of Photograph: AW-PkHat-19
    Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
    Description of Photograph:

49  Title of Photograph: AW-PkHat-20
    Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
    Description of Photograph:

50  Title of Photograph: AW-PkHat-21
    Date of First Publication: Approx 12/30/1998    Nation of First Publication: USA
    Description of Photograph:

| № | | |
|---|---|---|
| 51 | Title of Photograph: AW-PkHat-22 | **B** Registration for Group of Published Photographs (continued) |
| | Date of First Publication: Approx 12/30/~~1996~~ 1998   Nation of First Publication: USA | |
| | Description of Photograph: | |

| № | Title of Photograph: |
|---|---|
| | Date of First Publication: _____ Month _____ Day _____ Year   Nation of First Publication: _____ |
| | Description of Photograph: _____ General _____ |

| № | Title of Photograph: |
|---|---|
| | Date of First Publication: _____ Month _____ Day _____ Year   Nation of First Publication: _____ |
| | Description of Photograph: _____ |

| № | Title of Photograph: |
|---|---|
| | Date of First Publication: _____ Month _____ Day _____ Year   Nation of First Publication: _____ |
| | Description of Photograph: _____ |

| № | Title of Photograph: |
|---|---|
| | Date of First Publication: _____ Month _____ Day _____ Year   Nation of First Publication: _____ |
| | Description of Photograph: _____ |

| № | Title of Photograph: |
|---|---|
| | Date of First Publication: _____ Month _____ Day _____ Year   Nation of First Publication: _____ |
| | Description of Photograph: _____ |

| № | Title of Photograph: |
|---|---|
| | Date of First Publication: _____ Month _____ Day _____ Year   Nation of First Publication: _____ |
| | Description of Photograph: _____ |

| № | Title of Photograph: |
|---|---|
| | Date of First Publication: _____ Month _____ Day _____ Year   Nation of First Publication: _____ |
| | Description of Photograph: _____ |

| № | Title of Photograph: |
|---|---|
| | Date of First Publication: _____ Month _____ Day _____ Year   Nation of First Publication: _____ |
| | Description of Photograph: _____ |

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N. MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd., Suite 600

City/State/Zip ▼
Los Angeles, CA 90025-1742

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Rates are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG#  VA 1-208-244



EFFECTIVE DATE OF REGISTRATION

**SEP 25 2003**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**  Title of This Work ▼
Amy Weber Photos 1999

NATURE OF THIS WORK ▼ See instructions
Photograph

Previous or Alternative Titles ▼
Group Registration/Photos. Approx. 79 photographs

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**  NAME OF AUTHOR ▼
a  Amy Weber employer for Dan Peterson

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
    { Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☑ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

---

**3**  a  Year in Which Creation of This Work Was Completed
1999  Year  in all cases

b  Date and Nation of First Publication of This Particular Work
Month  Approx 12   Day  30   Year  1999
USA

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Perfect 10 Inc
PO Box 3398
Beverly Hills CA 90212

APPLICATION RECEIVED
SEP 25 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 25 2003
FUNDS RECEIVED

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment of rights

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give: Previous Registration Number ▼ _____  Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____   Account Number ▼ _____

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey N Mausner
11601 Wilshire Blvd Suite 600
Los Angeles CA 90025

Area code and daytime telephone number (310) 473 3333     Fax number (310) 473 8303
Email  JeffMausner@bmrlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Perfect 10 Inc
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jeffrey N Mausner                                      Date  9/4/03

Handwritten signature (X) ▼
X  /s/ Jeffrey N Mausner

Certificate will be mailed in window envelope to this address

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd Suite 600

City/State/ZIP ▼
Los Angeles CA 90025-1742

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                                U.S. Government Printing Office: 2002-xxx-xxx/xx,xxx

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-208-244



USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space use additional Forms GR/PPh/CON.

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

SEP 25 2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
S P 25 2003

Page __3__ of __14__ pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **Amy Weber**

Name of Copyright Claimant: **Perfect 10 Inc**

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution. If more space is needed use additional Forms GR/PPh/CON. Number the boxes.

1.  Title of Photograph: **AW AirFrc - 01**
    Date of First Publication: **Approx 12/30/1999**  Nation of First Publication: **USA**
    Description of Photograph: _____

2.  Title of Photograph: **AW - AirFrc 02**
    Date of First Publication: **Approx 12/30/1999**  Nation of First Publication: **USA**
    Description of Photograph: _____

3.  Title of Photograph: **AW AirFrc 03**
    Date of First Publication: **Approx 12/30/1999**  Nation of First Publication: **USA**
    Description of Photograph: _____

4.  Title of Photograph: **AW-AirFrc 04**
    Date of First Publication: **Approx 12/30/1999**  Nation of First Publication: **USA**
    Description of Photograph: _____

5.  Title of Photograph: **AW AirFrc 05**
    Date of First Publication: **Approx 12/30/1999**  Nation of First Publication: **USA**
    Description of Photograph: _____

| # | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| 6 | AW AirFrc - 06 | Approx 12/30/1999 | USA |
| 7 | AW AirFrc 07 | Approx 12/30/1999 | USA |
| 8 | AW AirFrc 08 | Approx 12/30/1999 | USA |
| 9 | AW AirFrc 09 | Approx 12/30/1999 | USA |
| 10 | AW AirFrc 10 | Approx 12/30/1999 | USA |
| 11 | AW AirFrc 11 | Approx 12/30/1999 | USA |
| 12 | AW AirFrc 12 | Approx 12/30/1999 | USA |
| 13 | AW AirFrc 13 | Approx 12/30/1999 | USA |
| 14 | AW AirFrc - 14 | Approx 12/30/1999 | USA |
| 15 | AW BluDress 01 | Approx 12/30/1999 | USA |

**B** — Registration for Group of Published Photographs (continued)

**C** — Certificate

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd Suite 600
City/State/Zip: Los Angeles CA 90025-1742

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-208-244

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

SEP 25 2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
SEP 25 2003

Page __5__ of __14__ pages

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A** — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: __Amy Weber__

Name of Copyright Claimant: __Perfect 10 Inc__

**B** — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**16**
Title of Photograph: AW BluDress-02
Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA
Description of Photograph: _____

**17**
Title of Photograph: AW BluDress 03
Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA
Description of Photograph: _____

**18**
Title of Photograph: AW BluDress-04
Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA
Description of Photograph: _____

**19**
Title of Photograph: AW BluDress 05
Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA
Description of Photograph: _____

**20**
Title of Photograph: AW BluDress 06
Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA
Description of Photograph: _____

**B**

| | | |
|---|---|---|
| 21 | Title of Photograph: AW-BluDress 07 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 22 | Title of Photograph: AW BluDress 08 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 23 | Title of Photograph: AW-BluDress 09 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 24 | Title of Photograph: AW BluDress 10 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 25 | Title of Photograph: AW BoaBub 01 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 26 | Title of Photograph: AW - BoaBub - 02 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 27 | Title of Photograph: AW BoaBub 03 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 28 | Title of Photograph: AW BoaBub 04 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 29 | Title of Photograph: AW - BoaBub 05 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 30 | Title of Photograph: AW BoaBub - 06 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |

**C**

Certificate will be mailed in window envelope to this address:

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd Suite 600
City/State/Zip: Los Angeles CA 90025-1742

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs



FORM GR/PPh/CON

VA 1-208-244

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

**SEP 25 2003**
(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED
SEP 25 2003

Page ___7___ of __14__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A** IDENTIFICATION OF AUTHOR AND CLAIMANT  Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Amy Weber

Name of Copyright Claimant: Perfect 10 Inc

**B** COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS  To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution. If more space is needed use additional Forms GR/PPh/CON. Number the boxes.

| 31 | Title of Photograph: AW BosBub - 07 |
| Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| Description of Photograph: |

| 32 | Title of Photograph: AW BosBub - 08 |
| Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| Description of Photograph: |

| 33 | Title of Photograph: AW BosBub - 09 |
| Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| Description of Photograph: |

| 34 | Title of Photograph: AW BosBub 10 |
| Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| Description of Photograph: |

| 35 | Title of Photograph: AW BosBub 11 |
| Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| Description of Photograph: |

| 36 | Title of Photograph: AW BoaBub 12 |
|---|---|
| | Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA |
| | Description of Photograph: |

| 37 | Title of Photograph: AW BoaBub 13 |
|---|---|
| | Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA |
| | Description of Photograph: |

| 38 | Title of Photograph: AW BoaBub 14 |
|---|---|
| | Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA |
| | Description of Photograph: |

| 39 | Title of Photograph: AW BoaBub 15 |
|---|---|
| | Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA |
| | Description of Photograph: |

| 40 | Title of Photograph: AW BoaBub 16 |
|---|---|
| | Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA |
| | Description of Photograph: |

| 41 | Title of Photograph: AW BoaBub 17 |
|---|---|
| | Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA |
| | Description of Photograph: |

| 42 | Title of Photograph: AW - BoaBub - 18 |
|---|---|
| | Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA |
| | Description of Photograph: |

| 43 | Title of Photograph: AW BoaBub 19 |
|---|---|
| | Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA |
| | Description of Photograph: |

| 44 | Title of Photograph: AW BoaBub 20 |
|---|---|
| | Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA |
| | Description of Photograph: |

| 45 | Title of Photograph: AW BoaBub 21 |
|---|---|
| | Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA |
| | Description of Photograph: |

**B** Registration for Group of Published Photographs (continued)

**C** Certificate will be mailed in window envelope to this address.

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd Suite 600
City/State/Zip: Los Angeles CA 90025-1742

# CONTINUATION SHEET FOR FORM VA
*for Group Registration of Published Photographs*

 **FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-208-244



EFFECTIVE DATE OF REGISTRATION

(Month) SEP (Day) 25 2003 (Year)

CONTINUATION SHEET RECEIVED
SEP 25 2003

Page 9 of 14 pages

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A** IDENTIFICATION OF AUTHOR AND CLAIMANT Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Amy Weber

Name of Copyright Claimant: Perfect 10 Inc

**B** COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution. If more space is needed use additional Forms GR/PPh/CON. Number the boxes.

46. Title of Photograph: AW - BoaBub 22
Date of First Publication: Approx 12/30/1999  Nation of First Publication: USA
Description of Photograph:

47. Title of Photograph: AW BoaBub 23
Date of First Publication: Approx 12/30/1999  Nation of First Publication: USA
Description of Photograph:

48. Title of Photograph: AW BoaBub 24
Date of First Publication: Approx 12/30/1999  Nation of First Publication: USA
Description of Photograph:

49. Title of Photograph: AW BoaBub 25
Date of First Publication: Approx 12/30/1999  Nation of First Publication: USA
Description of Photograph:

50. Title of Photograph: AW BoaBub 26
Date of First Publication: Approx 12/30/1999  Nation of First Publication: USA
Description of Photograph: