| # | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| 51 | AW Boots 01 | Approx 12/30/1999 | USA |
| 52 | AW Boots 02 | Approx 12/30/1999 | USA |
| 53 | AW Boots 03 | Approx 12/30/1999 | USA |
| 54 | AW Boots 04 | Approx 12/30/1999 | USA |
| 55 | AW Boots 05 | Approx 12/30/1999 | USA |
| 56 | AW Boots 06 | Approx 12/30/1999 | USA |
| 57 | AW Boots - 07 | Approx 12/30/1999 | USA |
| 58 | AW Boots 08 | Approx 12/30/1999 | USA |
| 59 | AW Boots 09 | Approx 12/30/1999 | USA |
| 60 | AW Boots 10 | Approx 12/30/1999 | USA |

**B** — Registration for Groups of Published Photographs (continued)

**C** — Certificate will be mailed in window envelope to this address:

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/Zip: Los Angeles CA 90025 1742

# CONTINUATION SHEET
# FOR FORM VA
### for Group Registration of Published Photographs

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible try to fit the information called for into the spaces provided on Form VA which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-208-244



EFFECTIVE DATE OF REGISTRATION

SEP 25 2003

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

SEP 25 2003

Page __11__ of __14__ pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

## A  IDENTIFICATION OF AUTHOR AND CLAIMANT
Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Amy Weber

Name of Copyright Claimant: Perfect 10 Inc

## B  COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS
To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution. If more space is needed use additional Forms GR/PPh/CON. Number the boxes.

**61**
Title of Photograph: AW Boots 11
Date of First Publication: Approx 12/30/1999
Nation of First Publication: USA
Description of Photograph:

**62**
Title of Photograph: AW Boots 12
Date of First Publication: Approx 12/30/1999
Nation of First Publication: USA
Description of Photograph:

**63**
Title of Photograph: AW Boots 13
Date of First Publication: Approx 12/30/1999
Nation of First Publication: USA
Description of Photograph:

**64**
Title of Photograph: AW Boots - 14
Date of First Publication: Approx 12/30/1999
Nation of First Publication: USA
Description of Photograph:

**65**
Title of Photograph: AW Boots 15
Date of First Publication: Approx 12/30/1999
Nation of First Publication: USA
Description of Photograph:

| # | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| 66 | AW Ladder - 01 | Approx 12/30/1999 | USA |
| 67 | AW Ladder 02 | Approx 12/30/1999 | USA |
| 68 | AW Ladder 03 | Approx 12/30/1999 | USA |
| 69 | AW Ladder 04 | Approx 12/30/1999 | USA |
| 70 | AW Ladder 05 | Approx 12/30/1999 | USA |
| 71 | AW - Ladder 06 | Approx 12/30/1999 | USA |
| 72 | AW Ladder 07 | Approx 12/30/1999 | USA |
| 73 | AW Ladder 08 | Approx 12/30/1999 | USA |
| 74 | AW Ladder 09 | Approx 12/30/1999 | USA |
| 75 | AW Ladder 10 | Approx 12/30/1999 | USA |

(Description of Photograph: [blank] for each)

**B** — Registration for Group of Published Photographs (continued)

**C** — Certificate

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd Suite 600
City/State/Zip: Los Angeles CA 90025-1742

# CONTINUATION SHEET
# FOR FORM VA
### for Group Registration of Published Photographs



FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REG VA 1-208-244



This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

EFFECTIVE DATE OF REGISTRATION

SEP 25 2003

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

SEP 25 2003

Page __13__ of __14__ pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**



**A** — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: __Amy Weber__

Name of Copyright Claimant: __Perfect 10 Inc__

**B** — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution. If more space is needed use additional Forms GR/PPh/CON. Number the boxes.

**76**
Title of Photograph __AW - Ladder 11__
Date of First Publication __Approx 12/30/1999__    Nation of First Publication __USA__
Description of Photograph _____

**77**
Title of Photograph __AW  Ladder 12__
Date of First Publication __Approx 12/30/1999__    Nation of First Publication __USA__
Description of Photograph _____

**78**
Title of Photograph __AW - Ladder 13__
Date of First Publication __Approx 12/30/1999__    Nation of First Publication __USA__
Description of Photograph _____

**79**
Title of Photograph __AW  Ladder 14__
Date of First Publication __Approx 12/30/1999__    Nation of First Publication __USA__
Description of Photograph _____

Title of Photograph _____
Date of First Publication _____    Nation of First Publication _____
Description of Photograph _____

**B**

Application for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | _____ |
| Date of First Publication | _____ _____ _____ Nation of First Publication _____ |
| | (Month) (Day) (Year) |
| Description of Photograph | _____ |

| | |
|---|---|
| Title of Photograph | _____ |
| Date of First Publication | _____ _____ _____ Nation of First Publication _____ |
| | (Month) (Day) (Year) |
| Description of Photograph | _____ |

| | |
|---|---|
| Title of Photograph | _____ |
| Date of First Publication | _____ _____ _____ Nation of First Publication _____ |
| | (Month) (Day) (Year) |
| Description of Photograph | _____ |

| | |
|---|---|
| Title of Photograph | _____ |
| Date of First Publication | _____ _____ _____ Nation of First Publication _____ |
| | (Month) (Day) (Year) |
| Description of Photograph | _____ |

| | |
|---|---|
| Title of Photograph | _____ |
| Date of First Publication | _____ _____ _____ Nation of First Publication _____ |
| | (Month) (Day) (Year) |
| Description of Photograph | _____ |

| | |
|---|---|
| Title of Photograph | _____ |
| Date of First Publication | _____ _____ _____ Nation of First Publication _____ |
| | (Month) (Day) (Year) |
| Description of Photograph | _____ |

| | |
|---|---|
| Title of Photograph | _____ |
| Date of First Publication | _____ _____ _____ Nation of First Publication _____ |
| | (Month) (Day) (Year) |
| Description of Photograph | _____ |

| | |
|---|---|
| Title of Photograph | _____ |
| Date of First Publication | _____ _____ _____ Nation of First Publication _____ |
| | (Month) (Day) (Year) |
| Description of Photograph | _____ |

| | |
|---|---|
| Title of Photograph | _____ |
| Date of First Publication | _____ _____ _____ Nation of First Publication _____ |
| | (Month) (Day) (Year) |
| Description of Photograph | _____ |

| | |
|---|---|
| Title of Photograph | _____ |
| Date of First Publication | _____ _____ _____ Nation of First Publication _____ |
| | (Month) (Day) (Year) |
| Description of Photograph | _____ |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N. MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd, Suite 600

City/State/Zip ▼
Los Angeles, CA 90025-1742

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-221-373



EFFECTIVE DATE OF REGISTRATION

SEP 10 2003
Month    Day    Year

---

**1** Title of This Work ▼
Amy Weber Photos 1997

NATURE OF THIS WORK ▼ See instructions
Photograph

Previous or Alternative Titles ▼
Group Registration/Photos, Approx 4 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

---

**2** NAME OF AUTHOR ▼
a  Amy Weber employer for Dominic Petruzzi

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of __USA__
     Domiciled in __USA__ }

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork      ☒ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

---

**3** Year in Which Creation of This Work Was Completed
a  __1996__ Year in all cases
This information must be given

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month __Approx 12__  Day __30__  Year __1997__
USA
Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Perfect 10 Inc
PO Box 3398
Beverly Hills CA 90212

APPLICATION RECEIVED
SEP 10 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 10 2003
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment of rights

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No   If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼ _____

**7**
a
b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey N Mausner
11601 Wilshire Blvd, Suite 600
Los Angeles CA 90025

Area code and daytime telephone number  (310) 473 3333    Fax number  (310) 473 8303
Email  JeffMausner@bmrlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Perfect 10 Inc
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jeffrey N Mausner                                                       Date  9/5/03

Handwritten signature (X) ▼
x  /s/ Jeffrey N. Mausner

| Certificate will be mailed in window envelope to this address | Name ▼ JEFFREY N MAUSNER |
|---|---|
| | Number/Street/Apt ▼ 11601 Wilshire Blvd Suite 600 |
| | City/State/ZIP ▼ Los Angeles CA 90025 1742 |

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000  Web Rev June 2002   ♻ Printed on recycled paper                              U.S. Government Printing Office  2000-461-113/20,021

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs

If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707-3000



**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-221-373



EFFECTIVE DATE OF REGISTRATION

SEP 1 0 2003
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

SEP 1 0 2003

Page __3__ of __4__ pages

---

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**



**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author __Amy Weber__

Name of Copyright Claimant __Perfect 10, Inc__

**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON Number the boxes

**1**
Title of Photograph __AW  Coll  02__
Date of First Publication __Approx 12/30/1997__     Nation of First Publication __USA__
Description of Photograph _____

**2**
Title of Photograph __AW  Coll  03__
Date of First Publication __Approx 12/30/1997__     Nation of First Publication __USA__
Description of Photograph _____

**3**
Title of Photograph __AW  Coll - 04__
Date of First Publication __Approx 12/30/1997__     Nation of First Publication __USA__
Description of Photograph _____

**4**
Title of Photograph __AW - Coll  05__
Date of First Publication __Approx 12/30/1997__     Nation of First Publication __USA__
Description of Photograph _____

Title of Photograph _____
Date of First Publication _____     Nation of First Publication _____
Description of Photograph _____

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | _____ |
| | Date of First Publication _____ Month ___ Day ___ Year | Nation of First Publication _____ |
| | Description of Photograph (Optional) | _____ |

| Number | | |
|---|---|---|
| | Title of Photograph | _____ |
| | Date of First Publication _____ Month ___ Day ___ Year | Nation of First Publication _____ |
| | Description of Photograph (Optional) | _____ |

| Number | | |
|---|---|---|
| | Title of Photograph | _____ |
| | Date of First Publication _____ Month ___ Day ___ Year | Nation of First Publication _____ |
| | Description of Photograph (Optional) | _____ |

| Number | | |
|---|---|---|
| | Title of Photograph | _____ |
| | Date of First Publication _____ Month ___ Day ___ Year | Nation of First Publication _____ |
| | Description of Photograph (Optional) | _____ |

| Number | | |
|---|---|---|
| | Title of Photograph | _____ |
| | Date of First Publication _____ Month ___ Day ___ Year | Nation of First Publication _____ |
| | Description of Photograph (Optional) | _____ |

| Number | | |
|---|---|---|
| | Title of Photograph | _____ |
| | Date of First Publication _____ Month ___ Day ___ Year | Nation of First Publication _____ |
| | Description of Photograph (Optional) | _____ |

| Number | | |
|---|---|---|
| | Title of Photograph | _____ |
| | Date of First Publication _____ Month ___ Day ___ Year | Nation of First Publication _____ |
| | Description of Photograph (Optional) | _____ |

| Number | | |
|---|---|---|
| | Title of Photograph | _____ |
| | Date of First Publication _____ Month ___ Day ___ Year | Nation of First Publication _____ |
| | Description of Photograph (Optional) | _____ |

| Number | | |
|---|---|---|
| | Title of Photograph | _____ |
| | Date of First Publication _____ Month ___ Day ___ Year | Nation of First Publication **USA** |
| | Description of Photograph (Optional) | _____ |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
**JEFFREY N MAUSNER**

Number/Street/Apt ▼
**11601 Wilshire Blvd, Suite 600**

City/State/Zip ▼
**Los Angeles  CA  90025 1742**

• Complete all necessary spaces
• Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Forms are subject to change. For current forms, check the Copyright Office website at www.copyright.gov or call (202) 707-9100.

June 2002 — 20,000   Web June 2002   ⓔ Printed on recycled paper




FL
10a

DATE:
November 12, 2003

Berman, Mausner and Resser
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025

ATTN: Jeffrey N. Manusner

**LIBRARY OF CONGRESS**

**COPYRIGHT OFFICE**

We have recorded the enclosed document(s) in the official records of the Copyright Office:

| | |
|---|---|
| Volume | 3498 |
| Page(s) | 888 |

101 Independence Avenue, S.E.

The recording fee has been handled as follows:

| | |
|---|---|
| Received | $ |
| Applied | $ |
| Refunded (under separate cover) | $ |
| Charged to your deposit account | $ |

Washington, D.C. 20559-6000

Sincerely yours,

REGISTER OF COPYRIGHTS

Enclosure(s):
Document(s)   1

Recorded Documents
November 1962 — 2000

Copyright
Office
of the
United
States

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.
THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

12Jun03

| VOLUME | PAGE |
|---|---|
| 3498 | 888 |
| VOLUME | PAGE |



OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

Certificate of Recordation
C-762 March 2001—30,000

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

RECEIVED
JUN 2 6 RECD
DOCUMENT SECTION

DOCUMENT COVER SHEET
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)    JUN 1 2 2003
Month   Day   Year

Volume  3498   Page  888
Volume _____  Page _____
FUNDS RECEIVED _____

Do not write above this line.

To the Register of Copyrights:

Please record the accompanying original document or copy thereof.

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)
Perfect 10, Inc. and J. Stephen Hicks Photography, Inc.

**2** Date of execution and/or effective date of the accompanying document
June   9   2003
(month) (day) (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☐ Other _____

**5** Title of first work as given in the document   March 2001 JSH Photo Registration

**6** Total number of titles in document   10

**7** Amount of fee calculated   $ 100

**8** Fee enclosed
☒ Check
☐ Money Order

☐ Fee authorized to be charged to:
Copyright Office
Deposit Account number _____
Account name _____

**9** Affirmation:* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation must be signed even if you are also signing Space 10.)

Signature: /s/ Jeffrey N. Mausner
Date: June 10, 2003
Phone Number: 310-473-3333
Fax Number: 310-473-8303

**10** Certification:* Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space may not be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature _____
Duly Authorized Agent of: _____
Date _____

YOU MUST:
· Complete all necessary spaces
· Sign your Cover Sheet in Space 9
SEND ALL 3 ELEMENTS TOGETHER:
1. Two copies of the Document Cover Sheet
2. Check/money order payable to Register of Copyrights
3. Document
MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Recordation will be mailed in window envelope to this address:
Name: Jeffrey N. Mausner
BERMAN, MAUSNER & RESSER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/ZIP: Los Angeles, CA 90025

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001
June 2002—20,000 Web Rev: June 2002   Printed on recycled paper

## AGREEMENT FOR ASSIGNMENT OF RIGHTS TO PERFECT 10, INC.

J. STEPHEN HICKS PHOTOGRAPHY, INC. ("JSHP"), 13323 Washington Blvd., Suite 101, Los Angeles, CA 90026, irrevocably GRANTS, CONVEYS, AND ASSIGNS to PERFECT 10, INC. ("PERFECT 10"), 72 Beverly Park, Beverly Hills, CA 90210, and its assignees and licensees, in perpetuity and throughout the universe, in any and all media now known or later developed, any and all rights of any kind or character that JSHP may have, including, without limitation, any copyrights, any trademark rights, any merchandising rights, any publishing rights, any statutory and common law rights of publicity which it owns, and the right to recover damages for any past, present, or future infringement or violation of any such rights. JSHP hereby assigns to PERFECT 10 all causes of action and claims it may have for copyright infringement and related claims, misappropriations of rights of publicity, unfair competition, and any other claims and causes of action relating to the assigned materials, whether those claims or causes of action arose in the past, present or future. The assigned materials consist of the following:

| Copyright Registration No. | Photo Number on Continuation Sheet | Title of Work |
|---|---|---|
| VAU 514-094 | 2111B, 2134A, 2134B, 2150, 2151B, 2160, 2168, 2177 | March 2001 JSH Photo Registration |
| VAU 353-469 | 1874, 1880, 1883, 1884A, 1884B, 1889A, 1889B, 1890, 1891, 1892, 1894B, 1899, 1984A | March 1999 JSH Photo Registration |
| VAU 353-504 | 1906, 1907A, 1907B, 1941, 1942, 1943, 1945, 1954 | August 1999 JSH Photo Registration |
| VAU 514-122 | D24, 2214, 2223, 2240, 2242, 2264A, 2282, 2288, | September 2001 JSH Photo Registration |
| VAU 353-511 | 1980, 2004, 2010, 2028, 2031A, 2031B, 2032A, 2032B, 2037 | February 3, 2000 JSH Photo Registration |
| VAU 323-589 | 2053, 2054, 2058, 2079, 2086, 2087, 2093A, 2093B, 2102, 2105, 2119, | September 2000 JSH Photo Registration |
| VAU 537-932 | 2412, 2435, 2439, 2451A, 2451B, 2452, | July 2002 JSH Photo Registration |
| VAU 537-946 | D35, D36, 2311, 2345, 2348, 2366 | June 2002 JSH Photo Registration |
| VAU 353-439 | 1867, 1873 | February 1999 JSH Photo Registration |
| VAU 353-448 | 1834 | February 1999 J. Stephen Hicks Photo Registration |

J. STEPHEN HICKS PHOTOGRAPHY, INC.

Dated: 6/4/03     By: _____
                   J. STEPHEN HICKS, President

                   _____  6-4-03
                   Notary Signature          Date

PERFECT 10, INC.

Dated: 6/8/03     By: _____
                   DR. NORM ZADEH, President

                   _____  6/8/03
                   Notary Signature          Date

V3498 D888

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__ } ss.

On __6-4-2003__, before me, __Philip M. Parlett, Notary Public__,
   Date                              Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __J. Stephen Hicks__
                              Name(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

[Notary Seal: PHILIP M. PARLETT, Commission # 1395564, Notary Public - California, Los Angeles County, My Comm. Expires Jan 21, 2007]

Place Notary Seal Above

V3498 P888 Page 2

---------------- OPTIONAL ----------------

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer is Representing: _____

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of __Los Angeles__ } ss.

On __6/9/03__, before me, __M Lamore - Notary Public__,
Date                      Name and Title of Officer (e.g., "Jane Doe, Notary Public")
personally appeared __Dr Norm Zadeh__
                      Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

[Notary Seal: M. LAMORIE, Commission # 1332177, Notary Public - California, Los Angeles County, My Comm. Expires Dec 26, 2005]

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

Place Notary Seal Above

─────────────── OPTIONAL ───────────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

Description of Attached Document
Title or Type of Document: __Agreement for Assignment of Rights + Perfect 10 Inc__

Document Date: __6/9/03__   Number of Pages: __1__

Signer(s) Other Than Named Above: __J. Stephan Hicks Photography Inc__

Capacity(ies) Claimed by Signer
Signer's Name: _____
☐ Individual
☑ Corporate Officer — Title(s): __President__
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: __Perfect 10 Inc__

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org   Prod. No. 5907   Reorder: Call Toll-Free 1-800-876-6827

V3498 D888 Page 3

I, _Roman Salicki_, ASSIGN WHATEVER RIGHTS I HAVE IN IMAGES THAT I SHOT OF AMBER SMITH, INCLUDING COPYRIGHTS AND TRADEMARK RIGHTS, TO AMBER SMITH.

*[signature]*

DATE 12/22/03

**Roman Salicki Photography:**
1439 N. Stanley Ave.
LA. CA 90046
(213) 876-0304

# PHOTOGRAPHY CONTRACT

2328

| CLIENT | BILL TO |
|---|---|
| Reuber Smith | |

| STREET | | STREET | |
|---|---|---|---|
| CITY, STATE, ZIP | PHONE | CITY, STATE, ZIP | PHONE |

SHIP TO

| DATE | TIME | LOCATION | | PHOTOGRAPHER |
|---|---|---|---|---|
| 12/22/03 | 4:00 | ST. | | |

CONTACT | PHONE

ASSIGNMENT: H/S etc

SPECIAL INSTRUCTIONS

| MODEL | AGENCY | FEE |
|---|---|---|
| MODEL | AGENCY | FEE |

| ☒ B/W ☒ COLOR | ☐ PRINTS ☐ NEGATIVES ☐ TRANSPARENCIES | PROOFS DUE | PROOF SIZE | ORDER DUE | QUANTITY | SIZE | FINAL USE |
|---|---|---|---|---|---|---|---|

1. In the event of postponement or cancellation of the assignment described above, the studio may retain part or all of the deposits paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.

2. The studio takes utmost care with respect to the exposure, development, and delivery of the photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside of the control of the studio, the studio's liability is limited to the refund of the deposits.

3. Rush orders are subject to an additional charge for all services rendered.

4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.

5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and proofs remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.

| PHOTOGRAPHIC FEE | $ 450 — |
|---|---|
| FILM & PROCESSING | $ |
| ASSISTANT(S) | $ |
| MODEL(S) | $ |
| PROPS | $ |
| TRAVEL | $ |
| | $ |
| | $ |
| | $ |
| TOTAL FEE | $ 450.00 |
| SALES TAX | $ 37.13 |
| TOTAL W/TAX | $ 487.13 |
| DEPOSIT | $ |
| BALANCE DUE | $ 487.13 |

CLIENT _____ DATE _____

STUDIO [signature] DATE 12.22.03

## ASSIGNMENT OF RIGHTS TO PERFECT 10, INC.

J. STEPHEN HICKS PHOTOGRAPHY, INC. ("JSHP"), 13323 Washington Blvd., Suite 101, Los Angeles, CA 90026, hereby irrevocably GRANTS, CONVEYS, AND ASSIGNS to PERFECT 10, INC. ("PERFECT 10"), 72 Beverly Park, Beverly Hills, CA 90210, and its assignees and licensees, in perpetuity and throughout the universe, in any and all media now known or later developed, any and all rights of any kind or character that HICKS and/or JSH may have, including, without limitation, any COPYRIGHTS, any trademark rights, any merchandising rights, any publishing rights, any rights under California Civil Code Sections 3344 and 3344.1 (statutory right of publicity), or any similar statute in any state, any common law rights of publicity, or any other rights, in the photographs, pictures, slides, transparencies, digital image files, or other materials entitled _Cindy Volk: 2286 - 22775 - 22849_, which are covered by United States Copyright Registration No. _VaV 514-122_.
_537-983 - 514-094_

JSHP further GRANTS, CONVEYS, AND ASSIGNS to PERFECT 10 any claims and causes of action which it has, for past, present, or future breach of any of the foregoing rights, including but not limited to any claims and causes of action for copyright infringement, trademark infringement and related claims, misappropriations of rights of publicity, unfair competition, and any other claims and causes of action relating to the assigned materials, whether those claims or causes of action arose in the past, present, or future.

J. STEPHEN HICKS PHOTOGRAPHY, INC.
(JSHP)

Dated: _01/05/04_

By: _____
J. STEPHEN HICKS, President