| | | |
|---|---|---|
| 51 | Title of Photograph: AW Boots 01 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 52 | Title of Photograph: AW Boots 02 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 53 | Title of Photograph: AW Boots 03 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 54 | Title of Photograph: AW Boots 04 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 55 | Title of Photograph: AW Boots 05 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 56 | Title of Photograph: AW Boots 06 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 57 | Title of Photograph: AW Boots - 07 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 58 | Title of Photograph: AW Boots 08 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 59 | Title of Photograph: AW Boots 09 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |
| 60 | Title of Photograph: AW Boots 10 | |
| | Date of First Publication: Approx 12/30/1999 | Nation of First Publication: USA |
| | Description of Photograph: | |

**B**

Certificate will be mailed in window envelope to this address:

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd, Suite 600
City/State/Zip: Los Angeles CA 90025-1742

**C**

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible try to fit the information called for into the spaces provided on Form VA which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-208-244



EFFECTIVE DATE OF REGISTRATION

SEP 25 2003

(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED

SEP 25 2003

Page ___11___ of ___14___ pages

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** IDENTIFICATION OF AUTHOR AND CLAIMANT Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Amy Weber

Name of Copyright Claimant: Perfect 10 Inc

**B** COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**61**
Title of Photograph: AW Boots 11
Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA
Description of Photograph:

**62**
Title of Photograph: AW Boots 12
Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA
Description of Photograph:

**63**
Title of Photograph: AW Boots 13
Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA
Description of Photograph:

**64**
Title of Photograph: AW Boots - 14
Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA
Description of Photograph:

**65**
Title of Photograph: AW Boots 15
Date of First Publication: Approx 12/30/1999    Nation of First Publication: USA
Description of Photograph:

| | | |
|---|---|---|
| 66 | Title of Photograph: AW Ladder - 01<br>Date of First Publication: Approx 12/30/1999<br>Description of Photograph: | Nation of First Publication: USA | **B** |
| 67 | Title of Photograph: AW Ladder 02<br>Date of First Publication: Approx 12/30/1999<br>Description of Photograph: | Nation of First Publication: USA | |
| 68 | Title of Photograph: AW Ladder 03<br>Date of First Publication: Approx 12/30/1999<br>Description of Photograph: | Nation of First Publication: USA | |
| 69 | Title of Photograph: AW Ladder 04<br>Date of First Publication: Approx 12/30/1999<br>Description of Photograph: | Nation of First Publication: USA | |
| 70 | Title of Photograph: AW Ladder 05<br>Date of First Publication: Approx 12/30/1999<br>Description of Photograph: | Nation of First Publication: USA | |
| 71 | Title of Photograph: AW - Ladder 06<br>Date of First Publication: Approx 12/30/1999<br>Description of Photograph: | Nation of First Publication: USA | |
| 72 | Title of Photograph: AW Ladder 07<br>Date of First Publication: Approx 12/30/1999<br>Description of Photograph: | Nation of First Publication: USA | |
| 73 | Title of Photograph: AW Ladder 08<br>Date of First Publication: Approx 12/30/1999<br>Description of Photograph: | Nation of First Publication: USA | |
| 74 | Title of Photograph: AW Ladder 09<br>Date of First Publication: Approx 12/30/1999<br>Description of Photograph: | Nation of First Publication: USA | |
| 75 | Title of Photograph: AW Ladder 10<br>Date of First Publication: Approx 12/30/1999<br>Description of Photograph: | Nation of First Publication: USA | |

Name: JEFFREY N MAUSNER
Number/Street/Apt: 11601 Wilshire Blvd Suite 600
City/State/Zip: Los Angeles CA 90025 1742

**C**

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

RE

VA 1-208-244



EFFECTIVE DATE OF REGISTRATION

**SEP 25 2003**

Month    Day    Year

CONTINUATION SHEET RECEIVED

SEP 25 2003

Page __13__ of __14__ pages

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA.

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**



**A**   **IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: __Amy Weber__

Name of Copyright Claimant: __Perfect 10 Inc__

**B**   **COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution. If more space is needed use additional Forms GR/PPh/CON. Number the boxes.

**76**  Title of Photograph __AW - Ladder 11__
Date of First Publication __Approx 12/30/1999__  Nation of First Publication __USA__
Description of Photograph _____

**77**  Title of Photograph __AW  Ladder 12__
Date of First Publication __Approx 12/30/1999__  Nation of First Publication __USA__
Description of Photograph _____

**78**  Title of Photograph __AW - Ladder 13__
Date of First Publication __Approx 12/30/1999__  Nation of First Publication __USA__
Description of Photograph _____

**79**  Title of Photograph __AW  Ladder 14__
Date of First Publication __Approx 12/30/1999__  Nation of First Publication __USA__
Description of Photograph _____

Title of Photograph _____
Date of First Publication _____  Nation of First Publication _____
Description of Photograph _____

Repeated form fields (Section B — Application for Group of Published Photographs (continued)):

For each of ten entries:
- Title of Photograph _____
- Date of First Publication ___ (Month) ___ (Day) ___ (Year) — Nation of First Publication _____
- Description of Photograph _____

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N. MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd Suite 600

City/State/Zip ▼
Los Angeles CA 90025-1742

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-221-373**



EFFECTIVE DATE OF REGISTRATION

**SEP 1 0 2003**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼
Amy Weber Photos 1997

NATURE OF THIS WORK ▼ See instructions
Photograph

Previous or Alternative Titles ▼
Group Registration/Photos, Approx 4 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**  NAME OF AUTHOR ▼
a  Amy Weber employer for Dominic Petruzzi

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  USA
     { Domiciled in  USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork        ☒ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

---

**3**  a  Year in Which Creation of This Work Was Completed
1996
This information must be given Year in all cases

b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  Approx 12    Day  30    Year  1997
USA    Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Perfect 10 Inc
PO Box 3398
Beverly Hills CA 90212

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment of rights

APPLICATION RECEIVED
SEP 1 0 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 1 0 2003
FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes, give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
a

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                                                Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Jeffrey N Mausner
11601 Wilshire Blvd , Suite 600
Los Angeles CA 90025

b

Area code and daytime telephone number  (310) 473 3333          Fax number  (310) 473 8303
Email  JeffMausner@bmrlaw com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Perfect 10 Inc
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Jeffrey N Mausner                                                                   Date  9/5/03

Handwritten signature (X) ▼
x  *Jeffrey N. Mausner*

**9**

| Certificate will be mailed in window envelope to this address | Name ▼  JEFFREY N MAUSNER |
| | Number/Street/Apt ▼  11601 Wilshire Blvd  Suite 600 |
| | City/State/ZIP ▼  Los Angeles CA 90025 1742 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000   Web Rev June 2002   ⓔ Printed on recycled paper                                                U S Government Printing Office 2000-461 113/20 021

# CONTINUATION SHEET FOR FORM VA
## for Group Registration of Published Photographs

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-221-373

This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs

If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph use this Continuation Sheet and submit it with completed Form VA

If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them

Space A of this sheet is intended to identify the author and claimant.

Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707 3000

**EFFECTIVE DATE OF REGISTRATION**

SEP 10 2003
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

SEP 10 2003

Page __3__ of __4__ pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application

Name of Author: Amy Weber

Name of Copyright Claimant: Perfect 10, Inc

## B — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author all published within 1 calendar year (see instructions) give full information about each contribution If more space is needed, use additional Forms GR/PPh/CON Number the boxes

**1**
Title of Photograph: AW Coll 02
Date of First Publication: Approx 12/30/1997
Nation of First Publication: USA
Description of Photograph: _____

**2**
Title of Photograph: AW Coll 03
Date of First Publication: Approx 12/30/1997
Nation of First Publication: USA
Description of Photograph: _____

**3**
Title of Photograph: AW Coll-04
Date of First Publication: Approx 12/30/1997
Nation of First Publication: USA
Description of Photograph: _____

**4**
Title of Photograph: AW-Coll 05
Date of First Publication: Approx 12/30/1997
Nation of First Publication: USA
Description of Photograph: _____

Title of Photograph: _____
Date of First Publication: _____
Nation of First Publication: _____
Description of Photograph: _____

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph _____ | |
| | Date of First Publication _____ (Month) _____ (Day) _____ (Year) | Nation of First Publication _____ |
| | Description of Photograph (Optional) _____ | |

| Number | | |
|---|---|---|
| | Title of Photograph _____ | |
| | Date of First Publication _____ (Month) _____ (Day) _____ (Year) | Nation of First Publication _____ |
| | Description of Photograph (Optional) _____ | |

| Number | | |
|---|---|---|
| | Title of Photograph _____ | |
| | Date of First Publication _____ (Month) _____ (Day) _____ (Year) | Nation of First Publication _____ |
| | Description of Photograph (Optional) _____ | |

| Number | | |
|---|---|---|
| | Title of Photograph _____ | |
| | Date of First Publication _____ (Month) _____ (Day) _____ (Year) | Nation of First Publication _____ |
| | Description of Photograph (Optional) _____ | |

| Number | | |
|---|---|---|
| | Title of Photograph _____ | |
| | Date of First Publication _____ (Month) _____ (Day) _____ (Year) | Nation of First Publication _____ |
| | Description of Photograph (Optional) _____ | |

| Number | | |
|---|---|---|
| | Title of Photograph _____ | |
| | Date of First Publication _____ (Month) _____ (Day) _____ (Year) | Nation of First Publication _____ |
| | Description of Photograph (Optional) _____ | |

| Number | | |
|---|---|---|
| | Title of Photograph _____ | |
| | Date of First Publication _____ (Month) _____ (Day) _____ (Year) | Nation of First Publication _____ |
| | Description of Photograph (Optional) _____ | |

| Number | | |
|---|---|---|
| | Title of Photograph _____ | |
| | Date of First Publication _____ (Month) _____ (Day) _____ (Year) | Nation of First Publication _____ |
| | Description of Photograph (Optional) _____ | |

| Number | | |
|---|---|---|
| | Title of Photograph _____ | |
| | Date of First Publication _____ (Month) _____ (Day) _____ (Year) | Nation of First Publication __USA__ |
| | Description of Photograph (Optional) _____ | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
JEFFREY N MAUSNER

Number/Street/Apt ▼
11601 Wilshire Blvd, Suite 600

City/State/Zip ▼
Los Angeles CA 90025 1742

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

June 2002 — 20,000   Web June 2002   ⊕ Printed on recycled paper



FL
10a



DATE: November 12, 2003

Berman, Mausner and Resser
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025

ATTN: Jeffrey N. Manusner

**LIBRARY OF CONGRESS**

**COPYRIGHT OFFICE**

We have recorded the enclosed document(s) in the official records of the Copyright Office:

| | |
|---|---|
| Volume | 3498 |
| Page(s) | 888 |

101 Independence Avenue, S.E.

The recording fee has been handled as follows:

| | |
|---|---|
| Received | $ |
| Applied | $ |
| Refunded (under separate cover) | $ |
| Charged to your deposit account | $ |

Washington, D.C. 20559-6000

Sincerely yours,

REGISTER OF COPYRIGHTS

Enclosure(s):
Document(s)  1

Recorded Document
November 100_ — 2000

Copyright
Office
of the
United
States

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

12Jun03

| VOLUME | PAGE |
|---|---|
| 3498 | 888 |
| VOLUME | PAGE |

OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

Certificate of Recordation
C-762 March 200 —30,00

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)    JUN 12 2003
Month    Day    Year

RECEIVED
JUN 2 6 RECD
DOCUMENT SECTION

Volume 3498   Page 888
Volume ____   Page ____
FUNDS RECEIVED _____

Do not write above this line.

To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1.** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)
Perfect 10, Inc. and J. Stephen Hicks Photography, Inc.

**2.** Date of execution and/or effective date of the accompanying document
June (month)   9 (day)   2003 (year)

**3.** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4.** Description of document
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☐ Other _____

**5.** Title of first work as given in the document: March 2001 JSH Photo Registration

**6.** Total number of titles in document: 10

**7.** Amount of fee calculated $100

**8.** Fee enclosed
☒ Check
☐ Money Order

☐ Fee authorized to be charged to:
Copyright Office
Deposit Account number _____
Account name _____

**9.** Affirmation:* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document. (Affirmation must be signed even if you are also signing Space 10.)

Signature: *Jeffrey N. Mausner*
Date: June 10, 2003
Phone Number: 310-473-3333
Fax Number: 310-473-8303

**10.** Certification:* Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space may not be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature: _____
Duly Authorized Agent of: _____
Date: _____

Recordation will be mailed in window envelope to this address:
Name: Jeffrey N. Mausner
BERMAN, MAUSNER & RESSER
Number/Street/Apt: 11601 Wilshire Blvd., Suite 600
City/State/ZIP: Los Angeles, CA 90025

YOU MUST:
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
SEND ALL 3 ELEMENTS TOGETHER:
1. Two copies of the Document Cover Sheet
2. Check/money order payable to Register of Copyrights
3. Document
MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001
June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper

## AGREEMENT FOR ASSIGNMENT OF RIGHTS TO PERFECT 10, INC.

J. STEPHEN HICKS PHOTOGRAPHY, INC. ("JSHP"), 13323 Washington Blvd., Suite 101, Los Angeles, CA 90026, irrevocably GRANTS, CONVEYS, AND ASSIGNS to PERFECT 10, INC. ("PERFECT 10"), 72 Beverly Park, Beverly Hills, CA 90210, and its assignees and licensees, in perpetuity and throughout the universe, in any and all media now known or later developed, any and all rights of any kind or character that JSHP may have, including, without limitation, any copyrights, any trademark rights, any merchandising rights, any publishing rights, any statutory and common law rights of publicity which it owns, and the right to recover damages for any past, present, or future infringement or violation of any such rights. JSHP hereby assigns to PERFECT 10 all causes of action and claims it may have for copyright infringement and related claims, misappropriations of rights of publicity, unfair competition, and any other claims and causes of action relating to the assigned materials, whether those claims or causes of action arose in the past, present or future. The assigned materials consist of the following:

| Copyright Registration No. | Photo Number on Continuation Sheet | Title of Work |
|---|---|---|
| VAU 514-094 | 2111B, 2134A, 2134B, 2150, 2151B, 2160, 2168, 2177 | March 2001 JSH Photo Registration |
| VAU 353-469 | 1874, 1880, 1883, 1884A, 1884B, 1889A, 1889B, 1890, 1891, 1892, 1894B, 1899, 1984A | March 1999 JSH Photo Registration |
| VAU 353-504 | 1906, 1907A, 1907B, 1941, 1942, 1943, 1945, 1954 | August 1999 JSH Photo Registration |
| VAU 514-122 | D24, 2214, 2223, 2240, 2242, 2264A, 2282, 2288, | September 2001 JSH Photo Registration |
| VAU 353-511 | 1980, 2004, 2010, 2028, 2031A, 2031B, 2032A, 2032B, 2037 | February 3, 2000 JSH Photo Registration |
| VAU 323-589 | 2053, 2054, 2058, 2079, 2086, 2087, 2093A, 2093B, 2102, 2105, 2119, | September 2000 JSH Photo Registration |
| VAU 537-932 | 2412, 2435, 2439, 2451A, 2451B, 2452, | July 2002 JSH Photo Registration |
| VAU 537-946 | D35, D36, 2311, 2345, 2348, 2366 | June 2002 JSH Photo Registration |
| VAU 353-439 | 1867, 1873 | February 1999 JSH Photo Registration |
| VAU 353-448 | 1834 | February 1999 J. Stephen Hicks Photo Registration |

J. STEPHEN HICKS PHOTOGRAPHY, INC.

Dated: 6/4/03   By _____
J. STEPHEN HICKS, President

_____  6-4-03
Notary Signature           Date

PERFECT 10, INC.

Dated: 6/8/03   By _____
DR. NORM ZADEH, President

_____  6/8/03
Notary Signature           Date

V3498 D888 Page 1


# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Los Angeles } ss.

On 6-4-2003, before me, Philip M. Parlett, Notary Public,
personally appeared J. Stephen Hicks

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*[Notary seal: PHILIP M. PARLETT, Commission # 1395564, Notary Public - California, Los Angeles County, My Comm. Expires Jan 21, 2007]*

Signature of Notary Public

Place Notary Seal Above

V3498 P888 Page 2

———— OPTIONAL ————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__ } ss.

On __6/9/03__, before me, __M Lamore - Notary Public__,
  Date                                Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __Dr Norm Zadeh__
                              Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: M. LAMORIE, Commission # 1332177, Notary Public - California, Los Angeles County, My Comm. Expires Dec 26, 2005]

Place Notary Seal Above          Signature of Notary Public

--- OPTIONAL ---

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

Description of Attached Document
Title or Type of Document: __Agreement for Assignment of Rights t/Perfect 10 Inc__

Document Date: __6/9/03__          Number of Pages: __1__

Signer(s) Other Than Named Above: __J Stephan Hicks Photography Inc__

Capacity(ies) Claimed by Signer
Signer's Name: _____
☐ Individual
☑ Corporate Officer — Title(s): __President__
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: __Perfect 10 Inc__

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

V3498 D888 Page 3

I, __Roman Salicki__, ASSIGN WHATEVER RIGHTS I HAVE IN IMAGES THAT I SHOT OF AMBER SMITH, INCLUDING COPYRIGHTS AND TRADEMARK RIGHTS, TO AMBER SMITH.

DATE 12/22/03

**Roman Salicki Photography**
1439 N. Stanley Ave.
LA, CA 90046
(213) 876-0304

# PHOTOGRAPHY CONTRACT

2328

**CLIENT:** Reuben Smith

**DATE:** 12/22/03  **TIME:** 4:00  **LOCATION:** ST.

**ASSIGNMENT:** H/S etc

PROOFS: CDS

1. In the event of postponement or cancellation of the assignment described above, the studio may retain part or all of the deposits paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.

2. The studio takes utmost care with respect to the exposure, development, and delivery of the photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside of the control of the studio, the studio's liability is limited to the refund of the deposits.

3. Rush orders are subject to an additional charge for all services rendered.

4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less), will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.

5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and proofs remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.

| | |
|---|---|
| PHOTOGRAPHIC FEE | $ 450 |
| FILM & PROCESSING | $ |
| ASSISTANT(S) | $ |
| MODEL(S) | $ |
| PROPS | $ |
| TRAVEL | $ |
| | $ |
| | $ |
| | $ |
| TOTAL FEE | $ 450.00 |
| SALES TAX | $ 37.13 |
| TOTAL W/TAX | $ 487.13 |
| DEPOSIT | $ |
| BALANCE DUE | $ 487.13 |

CLIENT: [signature]  DATE: 12.22.03
STUDIO:  DATE:

FROM : WELCOME.INC          FAX NO. : 0013103718668          05 2004 12:58PM P2

## ASSIGNMENT OF RIGHTS TO PERFECT 10, INC.

J. STEPHEN HICKS PHOTOGRAPHY, INC. ("JSHP"), 13323 Washington Blvd., Suite 101, Los Angeles, CA 90026, hereby irrevocably GRANTS, CONVEYS, AND ASSIGNS to PERFECT 10, INC. ("PERFECT 10"), 72 Beverly Park, Beverly Hills, CA 90210, and its assignees and licensees, in perpetuity and throughout the universe, in any and all media now known or later developed, any and all rights of any kind or character that HICKS and/or JSH may have, including, without limitation, any COPYRIGHTS, any trademark rights, any merchandising rights, any publishing rights, any rights under California Civil Code Sections 3344 and 3344.1 (statutory right of publicity), or any similar statute in any state, any common law rights of publicity, or any other rights, in the photographs, pictures, slides, transparencies, digital image files, or other materials entitled _Cindy Volk 2286-22775-2286^8?_, which are covered by United States Copyright Registration No. _VaV 514-122_.
_537-983 - 514-094_

JSHP further GRANTS, CONVEYS, AND ASSIGNS to PERFECT 10 any claims and causes of action which it has, for past, present, or future breach of any of the foregoing rights, including but not limited to any claims and causes of action for copyright infringement, trademark infringement and related claims, misappropriations of rights of publicity, unfair competition, and any other claims and causes of action relating to the assigned materials, whether those claims or causes of action arose in the past, present, or future.

J. STEPHEN HICKS PHOTOGRAPHY, INC.
(JSHP)

Dated: 01/05/04

By: _____
J. STEPHEN HICKS, President