Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

# United States Patent and Trademark Office

Reg. No. 2,202,643
Registered Nov. 10, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

## PERFECT 10

PERFECT 10, INC. (CALIFORNIA CORPORA-
TION)
PO BOX 7634
BEVERLY HILLS, CA 90212

FOR: ENTERTAINMENT SERVICES IN THE
NATURE OF ADULT ENTERTAINMENT AND
BEAUTY CONTESTS PROVIDED VIA A
GLOBAL COMPUTER NETWORK; ENTER-
TAINMENT SERVICES IN THE NATURE OF

BEAUTY CONTESTS , IN CLASS 41 (U.S. CLS.
100, 101 AND 107).

FIRST USE 10–22–1996; IN COMMERCE
12–2–1996.

SER. NO. 75–292,841, FILED 5–15–1997.

ESTHER A. BORSUK, EXAMINING ATTOR-
NEY

Int. Cls.: 16 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, and 107

## United States Patent and Trademark Office

Reg. No. 2,235,145
Registered Mar. 23, 1999

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# PERFECT 10

PERFECT 10, INC. (CALIFORNIA CORPORA-TION)
PO BOX 7634
BEVERLY HILLS, CA 90212

FOR: MAGAZINES FEATURING ADULT EN-TERTAINMENT, BEAUTY CONTESTS, PIC-TURES OF FEMALE MODELS, INTERVIEWS, FICTION, AND ARTICLES ON HUMAN RELA-TIONS, SPORTS, ENTERTAINMENT, LIFE-STYLES, AND FITNESS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-31-1991; IN COMMERCE 9-30-1991.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF ADULT ENTERTAINMENT, BEAUTY CONTESTS, AND INFORMATION RELATED TO SPORTS, LIFESTYLES, FIT-NESS, AND INTERVIEW OF MODELS, ALL PROVIDED VIA A GLOBAL COMPUTER NET-WORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

SN 75-292,306, FILED 5-15-1997.

KIMBERLY KREHELY, EXAMINING ATTOR-NEY



The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

## Requirements for Maintaining a
## Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

  i) At the end of 6 years following the date of registration.
  ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.

Int. Cls.: 9 and 16

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50

United States Patent and Trademark Office

Corrected

Reg. No. 2,709,583
Registered Apr. 22, 2003
OG Date Nov. 18, 2003

## TRADEMARK
## PRINCIPAL REGISTER

## PERFECT 10

PERFECT 10, INC. (CALIFORNIA COR-
PORATION)
PO BOX 7634
BEVERLY HILLS, CA 90212

FOR: PRE-RECORDED VIDEO CAS-
SETTES [ AND ] FEATURING BEAUTY
CONTESTS, ADULT ENTERTAINMENT,
FEMALE MODELS, FITNESS AND EX-
ERCISE, DANCING, AND INTERVIEWS; [
INTERACTIVE VIDEO GAMES ], IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-31-1999; IN COMMERCE
7-31-1999.

FOR: CALENDARS; UNMOUNTED
PHOTOGRAPHS; STATIONERY USED
AS PROMOTIONAL ITEMS, NAMELY,
POST CARDS, IN CLASS 16 (U.S. CLS. 2,
5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-30-1999; IN COMMERCE
11-30-1999.

SER. NO. 75-295,421, FILED 5-21-1997.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 18, 2003.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

United States Patent and Trademark Office

Reg. No. 2,573,998
Registered May 28, 2002

## SERVICE MARK
## PRINCIPAL REGISTER

## PERFECT10.COM

PERFECT 10, INC. (CALIFORNIA CORPORA-
TION)
PO BOX 7634
BEVERLY HILLS, CA 90212

FOR: PROVIDING ENTERTAINMENT AND IN-
FORMATION SERVICES VIA A GLOBAL COMPU-
TER NETWORK FEATURING BEAUTY CONTEST,
ADULT ENTERTAINMENT, PICTURES OF FE-
MALE MODELS, DANCE PERFORMANCES, FIC-
TION AND SPORTS, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 9-21-1999; IN COMMERCE 9-21-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE ".COM", APART FROM THE MARK
AS SHOWN.

SN 75-292,307, FILED 5-15-1997.

ESTHER A. BORSUK, EXAMINING ATTORNEY

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of Great

Britain and Northern Ireland

The mark shown below has been registered under No. 2216965 as of the date 10 December 1999.

## PERFECT 10

The mark has been registered in respect of:

Class 09:
Video cassettes, video disks, sunglasses and eyeglasses.

Class 16:
Magazines, books, calendars, photographs, stationery and playing cards.

Class 25:
T-shirts, bathing suits, bathing trunks, sweaters, underwear, hats, caps and scarves.

Class 41:
Entertainment services provided via the Internet; entertainment services in the nature of beauty contests.

In the name of Perfect 10, Inc
Incorporated in United States of America, California

Sealed this day at my direction

Alison Brimelow

ALISON BRIMELOW, REGISTRAR
DATE 29 June 2001



OHIM - OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET

OAMI - OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR

TRADE MARKS
AND
DESIGNS

MARCAS,
DIBUJOS
Y MODELOS

## CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the Community trade mark identified below. The corresponding entries have been recorded in the Register of Community Trade Marks.

## CERTIFICADO DE REGISTRO

Se expide el presente certificado de registro para la marca comunitaria que se identifica a continuación. Las menciones y las informaciones relativas a tal marca han sido inscritas en el Registro de marcas comunitarias.

N° 000675504

PERFECT 10

Registered/Registrada, 13/04/1999

The President/El Presidente



OHIM · OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET

OAMI · OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR

TRADE MARKS AND DESIGNS

MARCAS, DIBUJOS Y MODELOS

450   30/08/1999

210   000675504

220   14/11/1997

442   14/09/1998

541

732   PERFECT 10, INC.
1131 Shadow Hill Way
Beverly Hills, California 90210
ESTADOS UNIDOS (DE AMÉRICA)

740   ELZABURU
Miguel Angel, 21
E-28010 Madrid
ESPAÑA

270   EN   ES

511   ES - 9 - Videocasetes, discos de video, gafas de sol
y gafas para la vista.

ES - 16 - Revistas, libros, calendarios,
fotografías, papelería y naipes.

ES - 41 - Servicios de esparcimiento.

DA - 9 - Videokassetter, videodisks, solbriller og
briller.

DA - 16 - Tidsskrifter, bøger, kalendere,
fotografier, papirhandlervarer og spillekort.

DA - 41 - Underholdningsvirksomhed.

DE - 9 - Videokassetten, Videoplatten,
Sonnenbrillen und Brillen.

DE - 16 - Magazine, Bücher, Kalender,
Photographien, Schreibwaren und Spielkarten.

DE - 41 - Unterhaltung.

EL - 9 - Κασέτες μαγνητοσκοπημένης
εικόνας          (βίντεο),          δίσκοι
μαγνητοσκοπημένης   εικόνας   (βίντεο),
γυαλιά ηλίου και γυαλιά οράσεως.

EL - 16 - Περιοδικά,      βιβλία,
ημεροδείκτες,      φωτογραφίες,      είδη
χαρτοπωλείου και παιγνιόχαρτα.

EL - 41 - Ψυχαγωγικές υπηρεσίες.

EN - 9 - Video cassettes, video discs, sunglasses
and eyeglasses.

EN - 16 - Magazines, books, calendars,
photographs, stationery and playing cards.

EN - 41 - Entertainment services.

FR - 9 - Cassettes vidéo, vidéodisques, lunettes de
soleil et lunettes.

FR - 16 - Magazines, livres, calendriers,
photographies, papeterie et cartes à jouer.

FR - 41 - Services de divertissement.

IT - 9 - Videocassette, videodischi, occhiali da sole
ed occhiali da vista.

IT - 16 - Riviste, libri, calendari, fotografie,
cartoleria e carte da gioco.

IT - 41 - Divertimenti.

NL - 9 - Videocassettes, videodiscs, zonnebrillen en
knijpbrillen.

NL - 16 - Tijdschriften, boeken, kalenders, foto's,
schrijfbehoeften en speelkaarten.

NL - 41 - Diensten op het gebied van
ontspanning.

PT - 9 - Cassetes de vídeo, discos de vídeo, óculos
de sol e óculos.

PT - 16 - Revistas, livros, calendários, fotografias,
papelaria e cartas de jogar.

PT - 41 - Serviços de divertimento.

FI - 9 - Videokasetit, kuvalevyt, aurinkolasit ja
silmälasit.

FI - 16 - Aikakauslehdet, kirjat, kalenterit,
valokuvat, paperikauppatavarat ja pelikortit.

FI - 41 - Ajanvietepalvelut.



OHIM · OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET

OAMI · OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR

TRADE MARKS
AND
DESIGNS

MARCAS,
DIBUJOS
Y MODELOS

SV - 9 - Videokassetter, videoskivor, solglasögon och glasögon.

SV - 16 - Tidskrifter, böcker, kalendrar, fotografier, pappersvaror (skriv- och kontorsmaterial) och spelkort.

SV - 41 - Underhållning

300     US 15/05/1997 75/292841.
        US 15/05/1997 75/292306
        US 21/05/1997 75/295421

**450**
Fecha de publicacion del registro
Registrerringens offentliggørelsesdato
Tag der Veröffentlichung der Eintragung
Ημερομηνία δημοσιευσης της καταχωρησης
Date of publication of the registration
Date de publication de l'enregistrement
Data di pubblicazione della registrazione
Datum van publikatie van de inschrijving
Data de publicação do registo
Rekisteröinnin julkaisemispäivä
Datum för offentliggörandet av registreringen

**554**
Marca tridimensional
Tredimensionelt varemærke
Dreidimensionale Marke
Τρισδιαστατο σημα
Three dimensional trade mark
Marque tridimensionnelle
Marchio tridimensionale
Driedimensionaal merk
Marca tridimensional
Kolmiulotteinen merkki
Tredimensionellt märke

**210**
Número de expediente atribuido a la solicitud
Ansøgningsnummer
Aktenzeichen der Anmeldung
Αριθμος φακελλου της αιτησης
File number given to the application
Numéro de dossier attribué à la demande
Numero d'ordine del fascicolo relativo alla domanda
Nummer van de aanvrage
Número de processo atribuído ao pedido
Hakemukselle annettu numero
Ansökningsnummer

**556**
Marca sonora
Lydmærke
Hörmarke
Ηχητικο σημα
Sound mark
Marque sonore
Marchio sonoro
Klankmerk
Marca sonora
Äänimerkki
Ljudmarke

**220**
Fecha de presentacion de la solicitud
Ansøgningsdato
Anmeldetag
Ημερομηνια καταθεσης της αιτησης
Filing date of application
Date du dépôt de la demande
Data del deposito della domanda
Datum van de aanvrage
Data de depósito do pedido
Hakemispäivä
Ansökningsdag

**551**
Marca colectiva
Fællesmærke
Kollektivmarke
Συλλογικο σημα
Collective mark
Marque collective
Marchio collettivo
Collectief merk
Marca colectiva
Yhteismerkki
Kollektivmärke

**442**
Fecha de publicación de la solicitud
Ansøgningens offentliggørelsesdato
Tag der Veröffentlichung der Anmeldung
Ημερομηνία δημοσιευσης της αιτησης
Date of publication of the application
Date de publication de la demande
Data di pubblicazione della domanda
Datum van publikatie van de aanvrage
Data da publicação do pedido
Hakemuksen julkaisemispäivämäärä
Datum för offentliggörandet av ansökan

**571**
Descripción de la marca
Beskrivelse af varemærket
Beschreibung der Marke
Περιγραφη του σηματος
Description of the trade mark
Description de la marque
Descrizione del marchio
Beschrijving van het merk
Descrição da marca
Selostus merkistä
Beskrivning av märket

**541**
Reproducción de la marca en caracteres normalizados
Gengivelse af varemærket, med standardtyper
Wiedergabe der Marke in üblicher Schreibweise
Αναπαραγωγη του σηματος με τυποποιημενους χαρακτηρες
Reproduction of trade mark in standard script
Reproduction de la marque en ecriture standard
Riproduzione del marchio secondo le usuali modalità di scrittura
Afbeelding van het merk in gewoon schrift
Reprodução da marca em escrita normal
Tavaramerkin kuvaus esitettynä vakiokirjaimin
Återgivning av märke med standardtext

**591**
Indicación del (de los) color(es)
Angivelse af farve(r)
Angabe der Farbe(n)
Ενδειξη του χρωματος (των χρωματων)
Indication of colour or colours
Indication de la ou des couleur(s)
Indicazione del/dei colore/i
Aanduiding van de kleur(en)
Indicação da(s) cor(es)
Väreja koskeva maininta
Uppgift om färg eller färger

**546**
Reproducción de la marca en caracteres no normalizados
Gengivelse af varemærket ved brug af ikke standardiserede typer
Wiedergabe der Marke ohne Beachtung der üblichen Schreibweise
Αναπαραγωγη του σηματος με μη τυποποιημενους χαρακτηρες
Reproduction of trade mark in non-standard script
Reproduction de la marque en ecriture non standard
Riproduzione del marchio secondo modalità di scrittura diverse dalle usuali
Afbeelding van het merk indien niet weergegeven in gewoon schrift
Reprodução da marca em escrita não normal
Tavaramerkin kuvaus esitettynä ei-vakiokirjaimin
Återgivning av märke med speciell grafisk utformning

**531**
Elementos figurativos (Clasificación de Viena)
Figurative elementer (Wiener-Klassifikationen)
Bildbestandteile (Wiener-Klassifikation)
Γραφικα στοιχεια (Ταξινομηση της Βιεννης)
Figurative elements (Vienna Classification)
Eléments figuratifs (Classification de Vienne)
Elementi figurativi (Classificazione di Vienna)
Figuratieve elementen (Classificatie van Wenen)
Elementos figurativos (Classificação de Viena)
Kuvalliset osat (Wienin luokitus)
Figurativa element (Wien-klassificering)

**526**
Renuncia a invocar derechos exclusivos
Disclaimer
Disclaimer
Δήλωση μη διεκδίκησης αποκλειστικών δικαιωμάτων στοιχεία του σήματος
Disclaimer
Renonciation à invoquer un droit exclusif
Rinuncia a far valere un diritto esclusivo
Disclaimer
Renúncia a invocar direitos exclusivos sobre elementos da marca
Erottamislausuma
Disclaimer

**521**
Adquisición de carácter distintivo a consecuencia del uso
Opnåelse af særpræg som følge af den brug, der er gjort deraf
Erlangung von Unterscheidungskraft durch Benutzung
Απόκτηση διακριτικής δύναμης με χρήση
Acquisition of distinctive caracter by use
Acquisto del carattere distintivo in seguito all'uso
Verkrijging van onderscheidend vermogen door gebruik
Aquisição de carácter distintivo na sequência de utilização
Erottamiskyvyn käytön perusteella
Särskiljningsförmåga uppnådd genom användning

**732**
Nombre, dirección y nacionalidad del solicitante
Ansøgers navn, adresse og nationalitet
Name, Anschrift und Staatsangehörigkeit des Anmelders
Όνομα, διεύθυνση και εθνικότητα του αιτούντος
Name, address and nationality of the applicant
Nom, adresse et nationalité du demandeur
Nome, indirizzo e nazionalità del richiedente
Naam, adres en nationaliteit van de aanvrager
Nome, morada e nacionalidade do requerente
Hakijan nimi, osoite ja kansalaisuus
Sökandens namn, adress och nationalitet

**740**
Nombre y dirección del representante
Fuldmægtigs navn og adresse
Name und Anschrift des Vertreters
Όνομα και διεύθυνση του αντιπροσώπου
Name and address of representative
Nom et adresse du représentant
Nome e indirizzo del rappresentante
Naam en adres van de vertegenwoordiger
Nome e morada do mandatário
Edustajan nimi ja osoite
Ombudets namn och adress

**270**
Lengua de presentación de la solicitud y segunda lengua
Angivelse af første og andet sprog som anført i ansøgningen
Sprache, in der die Anmeldung eingereicht wurde, und zweite Sprache
Γλώσσα κατάθεσης της αίτησης και δεύτερη γλώσσα
Language in which application is filed and second language
Langue de dépôt de la demande et deuxième langue
Lingua di deposito della domanda e seconda lingua
Taal van de aanvrage en een tweede taal
Língua de depósito do pedido e segunda língua
Kieli, jolla hakemus on tehty ja toinen kieli
Språk på vilken ansökan ingivits samt andraspråk

**511**
Productos y servicios agrupados (Clasificación de Niza)
Fortegnelse over varer og tjenesteydelser (Nice-klassifikationen)
Waren und Dienstleistungen in klassifizierter Reihenfolge (Nizzaer Klassifikation)
Προϊόντα και υπηρεσίες ταξινομημένα σε κλάσεις (Ταξινόμηση της Νίκαιας)
Goods and services grouped (Nice Classification)
Produits et services regroupés (Classification de Nice)
Prodotti e servizi raggruppati (Classificazione di Nizza)
Opgave van de waren en diensten (Classificatie van Nice)
Produtos e serviços agrupados (Classificação de Nice)
Tavarat ja palvelut luokiteltuina (Nizzan luokitus)
Grupperade varor och tjänster (Nice-klassificering)

**300**
País, fecha y número de la solicitud cuya prioridad se reivindica
Land, dato og nummer for prioritetsansøgningen
Land, Datum und Aktenzeichen der Anmeldung(en), deren Priorität in Anspruch genommen wird
Χώρα, ημερομηνία και αριθμός αίτησης για την οποία διεκδικείται προτεραιότητα
Country, date and number of application for which priority is claimed
Pays, date et numéro du dépôt dont la priorité est revendiquée
Paese, data e numero del deposito relativamente al cui si rivendica la priorità
Land, datum en nummer van het verzoek om voorrang
País, data e número do depósito cuja prioridade se reivindica
Valtio, päivämäärä ja numero, josta vaaditaan etuoikeutta
Land, datum och ansökningsnummer för prioritetsgrundande ansökan

**230**
Nombre de la exposición y fecha de la primera presentación (prioridad según el art. 33)
Udstillingens navn og dato for den første udstilling (prioritet i henhold til Artikel 33)
Name der Ausstellung und Tag der ersten Zurschaustellung (Priorität gemäß Artikel 33)
Όνομα της έκθεσης και ημερομηνία πρώτης παρουσίασης (προτεραιότητα σύμφωνα με το άρθρο 30)
Name of the exhibition and date of first display (priority under Art. 33)
Nom de l'exposition et date de première présentation (priorité selon l'art. 33)
Nome dell'esposizione e data di prima presentazione (priorità ai sensi dell'art. 33)
Naam van de tentoonstelling en datum van de eerste expositie (voorrang overeenkomstig artikel 33)
Nome da exposição e data primeira apresentação (prioridade nos termos do art. 33°)
Näyttelyn nimi ja ensimmäisen esittelyajankohdan päivämäärä (33 artiklan mukainen etuoikeus)
Namn på utställningen och dagen för den första förevisningen (prioritet eni. art. 33)

**350**
Antigüedad: país, (a) número de registro, (b) fecha de registro,
(c) fecha de presentación, (d) fecha de prioridad
Anciennitet: land, (a) registreringsnummer, (b) registreringsdato,
(c) ansøgningsdato, (d) prioritetsdato
Zeitrang: Land, (a) Nummer der Eintragung, (b) Tag der Eintragung,
(c) Anmeldetag, (d) Prioritätsdatum
Αρχαιότητα: χώρα, (a) αριθμός καταχώρησης, (b) ημερομηνία καταχώρησης, (c) ημερομηνία κατάθεσης, (d) ημερομηνία προτεραιότητας
Seniority: country, (a) registration number, (b) date of registration,
(c) filing date, (d) date of priority
Ancienneté: pays, (a) numéro d'enregistrement, (b) date d'enregistrement,
(c) date de dépôt, (d) date de priorité
Preesistenza: paese, (a) numero di registrazione, (b) data di
registrazione, (c) data di deposito, (d) data di priorità
Anciënniteit: land, (a) inschrijvingsnummer, (b) inschrijvingsdatum,
(c) datum van aanvrage, (d) datum van de voorrang
Antiguidade: país, (a) número de registo, (b) data do registo,
(c) data do depósito, (d) data de prioridade
Aiemmuus: valtio, (a) rekisterinumero, (b) rekisteröintipäivä,
(c) hakemispäivä, (d) etuikeuspäivämäärä
Senioritet: land, (a) registreringsnummer, (b) registreringsdatum,
(c) ansökningsdatum, (d) prioritetsdatum



**INSTITUT
NATIONAL DE
LA PROPRIETE
INDUSTRIELLE**

# MARQUES DE FABRIQUE DE COMMERCE OU DE SERVICE

**Code de la propriété intellectuelle**
Livre IV : Titre premier, chapitre premier
Livre VII : Titre premier ; Livre VIII

## CERTIFICAT D'ENREGISTREMENT

Le Directeur général de l'Institut national de la propriété industrielle certifie que la marque reproduite au verso a été enregistrée.

L'enregistrement produit ses effets à compter de la date de dépôt de la demande pour une période de dix ans indéfiniment renouvelable.

Cet enregistrement sera publié au Bulletin officiel de la propriété industrielle

### N° 98 / 17 NL du   24 AVR 1998

Le Directeur general de l'Institut
national de la propriété industrielle

**Daniel HANGARD**

SIÈGE
INSTITUT          26 bis, rue de Saint Pétersbourg
NATIONAL DE       75800 PARIS Cedex 08
LA PROPRIETE      Téléphone : 01 53 04 53 04
INDUSTRIELLE      Télécopie : 01 42 93 59 30



THOMAS & ASSOCIES
43/47 avenue de la Grande Armée
75782 PARIS CEDEX 16

*N° National* : 97704285

*Dépôt du* : 14 NOVEMBRE 1997

*à* : I.N.P.I

PERFECT 10 Inc., Société organisée selon les lois de Californie, 1131 Shadow Hill Way, Beverly Hills, Californie 90210, ETATS UNIS D'AMERIQUE.

Mandataire ou destinataire de la correspondance :
THOMAS & ASSOCIES , 43/47 avenue de la Grande Armée, 75782 PARIS CEDEX 16.

## PERFECT 10

Produits ou services désignés : Cassettes vidéo, disques vidéo; lunettes optiques, lunettes de soleil. Magazines, livres, calendriers, photographies, articles de papeterie, jeux de cartes. Divertissements.

Classes de produits ou services : 9, 16, 41.

Priorité : ETATS-UNIS D'AMERIQUE le 15 MAI 1997 sous le N° 75/292306, 75/292841.

Priorité : ETATS-UNIS le 21 MAI 1997 sous le N° 75/295421 .

## DEUTSCHES PATENTAMT

Deutsches Patentamt · 80297 München

Patent- und Rechtsanwälte
Kador & Partner
Corneliusstr. 15

80469 München

| | |
|---|---|
| München, den | 21.01.1998 |
| ☎ (089) 21 95 - 0 | |
| Aktenzeichen: | 397 54 708.0 |
| Inhaber: | PERFECT 10 INC. |
| | |
| Ihr Zeichen: | K 83 692/2ka |

Bitte Aktenzeichen und Inhaber bei
allen Zahlungen und Eingaben angeben!

# BESCHEINIGUNG

## über die in das Register eingetragenen Angaben

Die Marke mit der Registernummer 397 54 708 ist mit den folgenden Angaben in das
Register des Deutschen Patentamts eingetragen.

Die Schutzdauer der Marke beginnt mit dem Anmeldetag und endet zehn Jahre nach
Ablauf des Monats, in den der Anmeldetag fällt.
Sie kann jeweils um zehn Jahre verlängert werden (§ 47 Markengesetz).

Die Schutzfrist der Marke endet am 30.11.2007.



**Formlos**

W 7313   Annahmestelle und
11.04.97  Nachtbriefkasten
          nur
          Zweibrückenstraße 12

          Sonnaßstraßenschluß im
          Altstschen Nachweis am (MVV):

Dienstgebäude
Zweibrückenstraße 12 (Hauptgebäude)
Winzererstraße 47a / Ilkantraße 8
Zweibrückenstraße 8-7 (Direktorat)

Winzererstraße 47a / Baarstraße 5
U2 Hohenzolliernplatz

Hausadresse (für Fracht)
Deutsches Patentamt
Zweibrückenstraße 12
80331 München

Zweibrückenstraße 12 (Hauptgebäude), Zweibrückenstraße 8-7 (Direktorat):
81 - 88 Leertor

Telefon  (0 89) 21 95 - 0
Telefax  (0 89) 21 95 - 22 21
Telex    5 23 5 34

Bankverbindung:
Landeszentralbank München
700 010 54 (BLZ 700 000 00)

# BUNDESREPUBLIK DEUTSCHLAND



# URKUNDE

über die Eintragung der Marke

## Nr. 397 54 708
Akz.: 397 54 708.0

PERFECT 10

**Markeninhaber:**
PERFECT 10 INC., Beverly Hills ,US

**Tag der Anmeldung:** 14.11.1997         **Tag der Eintragung:** 19.01.1998

Der Präsident des Deutschen Patentamts

*N. Haugg*

## Registerauszug, Stand: 21.01.1998

[111] **Registernummer:** 397 54 708         [220] **Anmeldetag:** 14.11.1997         [511] **Leitklasse:** 16

[210] Aktenzeichen: 397 54 708.0
[---] Eingangstag: 14.11.1997
[151] Tag der Eintragung: 19.01.1998
[450] Tag der Veröffentlichung der Eintragung: 20.02.1998
[540] Marke: PERFECT 10

[---] Markenform: Wortmarke
[591] Farbige Eintragung mit folgenden Farben: -
[551] Kollektivmarke: -
    Satzungsdatum: -
    geändert am: -
[---] Der Anmeldung ist eine Beschreibung beigefügt: -
[521] Durchgesetzte Marke: -
[521] Durchgesetzter Markenbestandteil: -
[---] Internationale Registrierung (Datum, Aktenzeichen): -
[390] Teile-Quelle-Marke: -
[521] Verlängert mit Wirkung vom:

[732] **Name und Anschrift des Inhabers der Marke:**
PERFECT 10 INC., 1131 Shadow Hill Way, Beverly Hills, Vereinigte Staaten von Amerika
[750] Zustellanschrift:
Patent- und Rechtsanwälte Kador & Partner, Corneliusstr. 15, 80469 München
[740] **Name und Anschrift des gegenwärtigen Vertreters:**
Kador und Kollegen, Corneliusstr. 15, 80469 München
[510] Verzeichnis der Waren und Dienstleistungen:
16: Zeitschriften, Bücher, Kalender, Photographien, Schreibwaren und Spielkarten
[511] Klassen: 16
[300] Unionspriorität (Datum, Land, Aktenzeichen):
15.05.1997, Vereinigte Staaten von Amerika, 75/292306
21.05.1997, Vereinigte Staaten von Amerika, 75/295421
[290] Ausstellungspriorität (Datum, Angaben zur Ausstellung): -

**Dingliche Rechte, Konkursverfahren, Zwangsvollstreckung**
Art der Belastung: - eingetragen am: -

Berichtigungen: -

# DEUTSCHES PATENTAMT

München, den    07.07.1998

☎ (089) 21 95 - 0

Aktenzeichen:     397 54 708.0 / 16

Inhaber:          PERFECT 10 INC.

Deutsches Patentamt · 80297 München

Ihr Zeichen:    K 33 692/2ka

Patent- und Rechtsanwälte
Kador & Partner
Corneliusstr. 15

80469 München

---

Bitte Aktenzeichen und Inhaber bei
allen Zahlungen und Eingaben angeben!

---

Gegen die Eintragung der oben genannten Marke gemäß § 41 des Markengesetzes ist kein Widerspruch erhoben worden.
Eine entsprechende Angabe wurde in das Register aufgenommen.

## Markenstelle für Klasse 16



W 7199
29.01.96

**Annahmestelle und Nachtbriefkasten nur**
Zweibrückenstraße 12

Schnellbahnanschluß im öffentlichen Nahverkehr (MVV):

**Dienstgebäude**
Zweibrückenstraße 12 (Hauptgebäude)
Wittgenerstraße 47a / Staatstraße 5
Zweibrückenstraße 5-7 (Breiterhof)

Wittgenerstr. 47a / Staatstraße 5:
U2 Hohenzollernplatz

**Hausadresse (für Fracht)**
Deutsches Patentamt
Zweibrückenstraße 12
80331 München

Telefon (0 89) 21 95 - 0
Telefax (0 89) 21 95 - 22 21

Internet http://www.deutsches-patentamt.de

**Bankverbindung:**
Landeszentralbank München
700 010 54 (BLZ 700 000 00)

Zweibrückenstraße 12 (Hauptgebäude), Zweibrückenstraße 5-7 (Breiterhof):
91 - 98 Isartor



# KONUNGARIKET SVERIGE

## VARUMÄRKE NUMMER 333 553

# PERFECT 10

Varumärkesansökan nummer 97-10255 ingavs 1997-11-14 och registrerades 1999-10-22 under nummer 333 553.
Publiceringsdag 1999-10-22.

Patent- och Registreringsverket intygar härmed att ovan avbildade varumärke är infört i varumärkesregistret med omstående uppgifter.

Söderhamn den 22 oktober 1999

*Björn Hall*

Varuslag / Tjänster:

16 : Tidningar; böcker; kalendrar; fotografier; kontors-material i form av skrivpapper, brevpapper, kuvert och annat skrivmaterial: spelkort.

Prioritet: begärd från USA, 1997-05-15 21, 75/292306 respektive 75.295421.

Innehavare: PERFECT 10, INC, PO BOX 7634, BEVERLY HILLS, CA 90212, USA.

Ombud: ADVOKAT EVA SCHYBERG MELANDER ADVOKATFIRMAN LINDAHL. BOX 14240, 104 40 STOCKHOLM, SVERIGE.

Invändning: Om någon invänder mot registreringsbeslutet kan registreringen komma att upphävas helt eller delvis. Sista dagen för invändning är 1999-12-22.

Förnyelse: En registrering gäller under en period av tio år, räknat från registreringsdagen, med möjlighet att mot avgift förnya registreringen ytterligare tioårsperioder. Ansökan om förnyelse görs tidigast ett år före periodens utgång. Försummas detta, kan ansökan göras mot förhöjd avgift under en frist av sex månader efter utgången av tioårsperioden.

ADVOKAT EVA SCHYBERG MELANDER
ADVOKATFIRMAN LINDAHL.
BOX 14240,
104 40 STOCKHOLM.
SVERIGE.

# KINGDOM OF SWEDEN

## TRADEMARK NUMBER 333 553

# PERFECT 10

Trademark application number 97-10255, submitted on November 14, 1997 and registered on October 22, 1999, as number 333 553.
Date of publication: October 22, 1999.

The Patent and Registration Office hereby certifies that the above depicted trademark has been entered into the trademark register including the information above.

Söderhamn on October 22, 1999

*(signature)*

*Björn Hall*

## Products/Services:

**16:** Magazines; books; calendars; photographs; office material such as writing paper, stationary, envelopes and other writing material; playing cards.

Priority: claimed from the USA, May 15/21, 1997, 75/292306 and 75/295421 respectively.

Proprietor: PERFECT 10, INC, PO BOX 7634, BEVERLY HILLS, CA 90212, USA

Representative: ATTORNEY AT LAW EVA SCHYBERG MELANDER, ADVOKATFIRMAN LINDAHL, BOX 14240, 10440 STOCKHOLM, SWEDEN

Opposition: Should anybody oppose the decision of registration, the registration may be revoked in whole or in part. The last date for opposition is December 22, 1999.

Renewal: A registration is valid for ten years as of the date of registration, with the possibility to renew the registration in further periods of ten years. An application for renewal can at the earliest be made one year before the end of ten-year period. In failure to apply for renewal, an application can be made at an increased fee during a grace period of six months after the ten-year period has elapsed.

T R A N S L A T I O N

## Trademark Registration Certificate

Registration Number:  4349925

Application Number:  176583/97

Trademark:              PERFECT 10

Class No.:              16

Designated Goods:       Magazines, Books, Calendars, other
                        Printed matters, Photographs,
                        Stationery, Playing cards

Owner of Trademark      PERFECT 10, INC.
                        P.O. Box 7634, Beverly Hills, CA 90212,
                        U. S. A.

This is to certify that this trademark was registered
and has been officially recorded at the Japanese Patent Office.

Date:  January 14, 2000

Chief,       Takahiko Kondoh   (Seal)
Patent Office

Note:  The following statement appears in the attachment:

"The registration fee for ten years has been paid."

(¥66,000.- received)



# 商 標 登 録 証

## 登録第４３４９９２５号

平成９年商標登録願第１７６５８３号

商標（標準文字）

PERFECT　10

指定商品又は指定役務並びに商品及び役務の区分

第１６類　　雑誌，書籍，カレンダー，その他の印刷物，写真，文房具類，遊戯
用カード

商標権者　　アメリカ合衆国　カリフォルニア州　９０２１２　ベバリー
ヒルズ　ピーオーボックス　７６３４
国籍　アメリカ合衆国
パーフェクト　１０　インコーポレーテッド

この商標は、登録するものと確定し、商標原簿に登録されたことを証する。

平成１２年　１月１４日

特 許 庁 長 官　　近 藤 隆 産



領 収 証

登録第4349925号

平成12年 1月14日登録
平成 9年11月17日商願平 9－176583号

平成11年12月 6日領収
納付年分 第10年分まで
領収金額 金 66,000円也 商品及び役務の区分の数 1

受取人
住 所
〒100－0004
東京都千代田区大手町2丁目2番1号 新大
手町ビルヂィング450号室

氏 名
ウォーレン・ジー・シミオナール 様

メ モ

Commonwealth
of Australia

# Certificate of registration
# of trade mark

No. 821874

Trade Marks Act 1995

I, ROSS WILSON, Registrar of Trade Marks, hereby certify -

that the trade mark represented on this certificate has been registered as a Trade Mark, No. 821874 in the Register of Trade Marks for a period of ten years commencing 1 February 2000 and that Perfect 10, Inc. a California corporation of 1131 Shadow Hill Way, Beverly Hills, California 90210 UNITED STATES OF AMERICA has been entered in the Register of Trade Marks as the owner of the trade mark.

The trade mark is registered for the following goods and/or services:

Entertainment services in the nature of adult entertainment, beauty contests, and information related to sports, lifestyles, fitness, and interview of models, all provided via a global computer network; entertainment services in the nature of beauty contests being services in class 41

THE SCHEDULE

## PERFECT 10



*Given under my hand and the seal of the Trade Marks Office on 9 March 2001*

ROSS WILSON
REGISTRAR OF TRADE MARKS