| First | Last |
|---|---|
|  | Podkaura |
| Abby | Essien |
| Adele | Holbrook |
| Adelina | Schefferski |
| Agata | Kumor |
| Aleksandra | Kaleta |
| Alena | Drazna |
| Alessandrina | Herrera |
| Alethea | Garber |
| Alexandra | Balim |
| Alexandra | Berejnova |
| Alice | Korenkova |
| Alina | Halonen |
| Alina | Maksimova |
| Alina | Buyko |
| Alina | Mihalyova |
| Amber | Rangel |
| Amber | Smith |
| **Amy** | **Weber** |
| Amy | Phimister |
| Amy | Morrow |
| Andrea | Krumlova |
| Andrea | Plank |
| Andrea | Lowell |
| Angela | Bruyere |
| Angela | Sommerville |
| Angela | Bril |
| Angelina | Tikhonova |
| Anita | Kelli |
| Anna | Franco |
| Anna | Pischulina |
| Anna | Gymenyk |
| Anna | Michalik |
| Anna | Fedko |
| Anna | Romaskova |
| Anna | Tarczyk |
| Anna Maria | Kornowska |
| Anu | Pekkarinen |
| Aria | Giovani |
| Ashley | Degenford |
| Barbora | Noskova |
| Barbora | Lalkova |
| Bianca | Sacco |
| Blanka | Koubova |
| Bouchra | Bendanna |
| Brandi | Watkins |
| Brandy | Ritchey |
| Caneel | Carsweel |
| Carla | Alapont |
| Celine | Vignard |
| Charlotte | Marquardi |

| First | Last |
|---|---|
| Chaunsk | Guavnela |
| Claire | Leng |
| Dana | Sivrentyeva |
| Daniela | Gil |
| Daniela | Hlavacova |
| Daria | Borisova |
| Daria | Konyaeva |
| Darina | Gueorguieva |
| Deborah | Hamby |
| Denisa | Hildebrantova |
| Diana | Keller |
| Diana | Korolenkova |
| Diana | Merinova |
| Diane | Richey |
| Dina | Vladimirova |
| Dominika | Kostecki |
| Donna | Evans |
| Ekaterina | Kanachova |
| Ekaterina | Samikova |
| Elena | Barkova |
| Elena | Martirosian |
| Elena | Maslova |
| Elena | Rossiyskaya |
| Elena | Ryabokon |
| Eleonora | Verbitskaia |
| Elisa | Bridges |
| Elona | Serbenenko |
| Emese | Nagy |
| Eszter | Frank |
| Eva | Volfova |
| Evelina | Stachnik |
| Evgeniya | Pohilko |
| Ewa | Szczurek |
| Ewa | Fogel |
| Gabriela | Feke |
| Gabrielle | Godin |
| Galina | Unknown |
| Genevieve | Maylam |
| Gia La Shay | Hamel |
| Ginger | Jenkins |
| Hajdu | Gyongyi |
| Haley Marie | Coppin |
| Hanna | Petrashkevich |
| Heather | Fussner |
| Helen | Garber |
| Helga | Papai |
| Ina | Neidal |
| Inna | Shevchenko |
| Ioulia | Kokhnenko |
| Iouliana | Gradoboeva |
| Irene | Garenskyh |
| Irina | Voronina |

| First | Last |
|---|---|
| Irina | Yakusheva |
| Ivana | Bozilovic |
| Ivana | Mertinova |
| Jacqueline | Martin |
| Jacqueline Reis | De Meranda |
| Jana | Oujeska |
| Jana | Krabcova |
| Jana | Mikusova |
| Janine May | Tinsley |
| Jayde | Steele |
| Jennifer | Leone |
| Jennifer | Isbill |
| Jennifer | Snow |
| Jessica | Smith |
| Jessica | Asher |
| Jill | Blake |
| Joanna | Chojnacka |
| Jocelyn | Kelly |
| Jodie | Shaw |
| Joy | Behrman |
| Judit | Takacs |
| Julia | Vasilishina |
| Julia | Andrushenko |
| Julia | Naslakowa |
| Julianna | Ferguson |
| Julie Ann | Beres |
| Julietta | Czeisz |
| Julija | Ribkina |
| Justina | Crosslin |
| Katerina | Pondelickova |
| Katerina | Konecna |
| Katerina | Naurmenko |
| Katerina | Galova |
| Katerina | Papezova |
| Katia | Chakimzyanina |
| Katie | Walker |
| Katie | Lawrie |
| Katya | Kozura |
| Katya | Procenko |
| Katya | Panasyouk |
| Kourtney | Comer |
| Krista | Moore |
| Kristina | Kovari |
| Kristina | Durgalova |
| Kristyna | Urbanovska |
| Ksenia | Linkova |
| Leilani | Dowding |
| Lena | Paille |
| Lena | Avdeeva |
| Lena | Shevchenko |
| Lena | Einolanoder |
| Lena | Tzvetkova |

| First | Last |
|---|---|
| Lena | Ahmaletdinova |
| Lena | Tetrina |
| Lenka | Gaborova |
| Lesya | Rapatskaya |
| Lidia | Dutova |
| Lilia | Malinkina |
| Lilia | Zelentzova |
| Lilla | Fritz |
| Lilya | Shevchenko |
| Lisa | Fuxler |
| Lori | Smith |
| Luba | Chepeleva |
| Luba | Kazakova |
| Lucie | Nunvarova |
| Lucie | Junkova |
| Lyubov | Shumeyko |
| Magdolna | Szedlak |
| Mara | Clinch |
| Margarita | Shakhrova |
| Margarita | Pogosjan |
| Maria | Krapivina |
| Maria | Kozlova |
| Maria | Baranova |
| Maria | Unknown |
| Maria | Vasiliyeva |
| Marina | Gerghina |
| Marina | Starodubtceva |
| Marisa | Miller |
| Marketa | Janska |
| Marketa | Belonoha |
| Marta | Banaszczyk |
| Marta | Zurkowska |
| Masha | Orlova |
| Matic | Sanja |
| Merce | Llorens |
| Michaela | Golalova |
| Michelle | Steiner |
| Michelle | Marsh |
| Michelle | Bennett |
| Misty | Lawrence |
| Monica | Hansen |
| Monika | Zsibrita |
| Nadine | Schoenweitz |
| Nana | Tevdorashvili |
| Nastia | Dezevkova |
| Nastya | Gorbounova |
| Natacha | Gorodetskaya |
| Natali | Gotz |
| Natalia | Harvalik |
| Natalia | Sirocka |
| Natalia | Kryvonosova |
| Natalia | Walarowska |

| First | Last |
|---|---|
| Natalya | Gorodetskaya |
| Natasha | Silver |
| Natasha | Bader |
| Natasha | Emets |
| Natasha | Veliashvily |
| Natasha | Kamenskaya |
| Natasha | Melis |
| Naureen | Zaim |
| Nickie | Simonetti |
| Nicoletta | Nagy |
| Nina | Dizenko |
| Nina | Elkina |
| Oksana | Kovtun |
| Oksana | Borisenko |
| Olena | Teterina |
| Olena | Chubukliyeva |
| Olesya | Antonenko |
| Olga | Myhitdinova |
| Olga | Akudovich |
| Olga | Zubrykina |
| Olga | Mikhnevitch |
| Olga | Kobrina |
| Olga | Vasileva |
| Olga | Yatsenko |
| Olga | Martinova |
| Olga | Zubrinka |
| Olga | Sahno |
| Olga | Galkina |
| Olga | Chugunova |
| Olivia | Makoliska |
| Paulina | Halskova |
| Petra | Zikova |
| Polina | Gridasova |
| Polina | Burlachenko |
| Rachel | Terhost |
| Raluca | Gallagher |
| Rebekah | Teasdale |
| Renata | Kurek |
| Renee | Jaquith |
| Rima | Dmitrieva |
| Ronni | Hada |
| Samantha | Wilson |
| Sandra | Piasecka |
| Sarka | Stojanova |
| Sarka | Slezakova |
| Sasha | Chaznat |
| Sasha | Ivanova |
| Shannon | Hobbs |
| Sheena | Chou |
| Silviya | Dimitrova |
| Sofia | Ovezova |
| Sophie | Howard |

| First | Last |
|---|---|
| Stacy | Erickson |
| Susan | Soleimani |
| Suzanna | Kalinowska |
| Svetlana | Ivanova |
| Svetlana | Vlodimirovna |
| Sybilla | Stachankova |
| Sylvia | Kaczmarek |
| Tanya | Ushkova |
| Tanya | Pzokofieva |
| Tara | O'Connor |
| Tatiana | Dekalo |
| Tereza | Petricova |
| Terezka | Dvorakova |
| Timea | Saghy |
| Tina | P. |
| Tracey | Baudy |
| Tracy | Smith |
| Tricia | Wilds |
| Ulyana | Kulchytska |
| Vanessa | Pasarelli |
| Vanessa | Norris |
| Veronika | Zemanova |
| Veronika | Fedorova |
| Veronika | Bittnerova |
| Veronique | Gingras |
| Victoria | Pankova |
| Victoria | Korneenko |
| Victoria | Kalinina |
| Viktoria | Manko |
| Violetta | Kolek |
| Vira | Mokkhnatkina |
| Virginia | Pareja |
| Wendy | Augustine |
| Yana | Katszer |
| Yana | Tscherbitskaya |
| Yujin | Lee |
| Yuliya | Omarbekova |
| Yuliya | Andruschenko |
| Yuliya | Burlachenko |
| Yvonne | Honsa |
| Yvonne | Holzel |
| Zdenka | Novotna |
| Zoe Ann | McConnell |
| Zoya | Konyieva |
| Zuzana | Kubovicova |
| Zuzana | Klobusnikova |
| Zuzanna | Kalinowska |