Examples of Celebrities Whose Rights Are Infringed By Defendants

Ali Landry
Alicia Rickter
Alicia Silverstone
Alley Baggett
Alyssa Milano    Amber Smith
Amy Weber
Angelina Jolie
Anna Kournikova
Anna Marie Goddard
Anna Nicole Smith
Annabeth Gish
Anne Heche
Ashley Judd
Athena Massey
Bobbi Billard
Bobbie Brown
Brande Roderick
Bridget Fonda
Britney Spears
Brook Burke
Cameron Diaz
Caprice Bourret
Carmen Electra
Carol Alt
Carol Grow
Catherine Zeta Jones
Christina Aguilera
Christina Applegate
Christy Turlington
Cindy Crawford
Cindy Margolis
Claudia Schiffer
Courtney Cox
Courtney Love
Daniela Pestova
Daryl Hannah
Denise Richards
Devin Devasquez
Dita Von Teese
Dona Speir
Drew Barrymore
Elizabeth Hurley

Examples of Celebrities Whose Rights Are Infringed By Defendants

Elizabeth Shue
Elle McPherson
Eva Herzigova
Gillian Anderson
Gina Gershon
Gwen Stefani
Gweneth Paltrow
Halle Berry
Heather Graham
Heather Kozar
Heather Locklear
Helen Hunt
Helen Shaver
Holly Marie Combs
Inna Baruskova
Jaclyn Smith
Jaime Pressly
Jane Krakowski
Jenna Elfman
Jennie Garth
Jennifer Aniston
Jennifer Garney
Jennifer Lopez
Jennifer Love Hewitt
Jessica Alba
Jessica Biel
Jessica Simpson
Jodi Ann Paterson
Julia Roberts
Julie Delpy
Justine Bateman
Kate Moss
Katherine Heigl
Kathryne Dora Brown
Kathy Ireland
Katie Holmes
Kelly Le Brock
Kelly Monaco
Kelly Packard
Krista Allen
Laeticia Casta
Lauren Hays

Examples of Celebrities Whose Rights Are Infringed By Defendants

Leeza Gibbons
Lisa Canning
Lisa Kudrow
Lisa Marie Pressley
Lorrie Menconi
Lucy Lui
Madchen Amick
Madeline Stowe
Madonna
Magali Amado
Mariah Carey
Marilyn McCoo
Marisa Tomei
Martina Hingis
Meg Ryan
Melanie Griffith
Meryl Streep
Michelle Pfieffer
Milla Jovovich
Minnie Driver
Mira Sorvino
Natalie Portman
Natasha Henstridge
Neriah Davis
Neve Campbell
Nicole Eggert
Nicole Kidman
Nikki Nova
Nikkii Taylor
Oprah Winfrey
Pam Grier
Pamela Anderson
Patrica Ford
Patricia Arquette
Paula Jones
Penelope Cruz
Phoebe Cates
Portia de Rossi
Rachel Moore
Rachel Welch
Rebecca Gayheart
Reese Witherspoon

Examples Celebrities Whose Rights Are Infringed By Defendants

Robin Givens
Rosana Arquette
Rose McGowen
Rosie Perez
Sandra Bullock
Sarah Michelle Gellar
Selma Hayek
Shalom Harlow
Shannon Elizabeth
Sharon Lawrence
Stacy Sanches
Susan Sarandon
Susan Ward
Swoozie Kurtz
Tamara Mello
Tara Reid
Terri Hatcher
Tori Spelling
Traci Bingham
Tyne Daly
Tyra Banks
Uma Thurmond
Vanessa Williams
Vanna White
Vendela Kiresborn
Verina Wimmer
Victoria Silvstedt
Victoria Zdrok
Winona Ryder
Yasmeen Bleeth