HOWARD E. KING (State Bar No. 077012)
STEPHEN D. ROTHSCHILD (State Bar No. 132514)
KING, HOLMES, PATERNO & BERLINER, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Telephone: (310) 282-8989
Fax: (310) 282-8903

JEFFREY N. MAUSNER (State Bar No. 122385)
JOHN R. YATES (State Bar No. 120344)
BERMAN, MAUSNER & RESSER
11601 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1742
Telephone: (310) 473-3333
Facsimile: (310) 473-8303
E-mail: JeffMausner@bmrlaw.com

DANIEL J. COOPER (State Bar No. 198460)
General Counsel, Perfect 10, Inc.
RANDY LEWIS (State Bar No. 210444)
Associate General Counsel, Perfect 10, Inc.

Attorneys for Plaintiff PERFECT 10, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION; FIRST DATA CORP, a corporation; CARDSERVICE INTERNATIONAL, INC., a corporation; MASTERCARD INTERNATIONAL INCORPORATED, a corporation; HUMBOLDT BANK, a national banking association; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 04 0371<br><br>**DECLARATION OF FELIPE CALVILLO RE: SERVICE OF DOCUMENTS ON VISA INTERNATIONAL SERVICE ASSOCIATION** |



Dockets

# DECLARATION OF FELIPE CALVILLO

I, Felipe Calvillo, hereby declare as follows:

1. I am a registered process server in California. My registration number is 2451. I am an employee of Berman, Mausner & Resser in Los Angeles. I have personal knowledge of all facts set forth herein and would be competent to testify thereto if called as a witness.

2. On February 4, 2004, I personally served copies of the Summons; Complaint; Order Setting Initial Case Management Conference; Case Management Conference Order (All Cases); The Hon. Joseph Spero's standing order; US District Court, San Francisco filing guidelines; Drop Box filing procedure guidelines; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Notice of Need for ADR Phone Conference [ADR L.R. 3-5]; ADR Certification; Stipulation and [Proposed] Order Selecting ADR Process; ADR Certification; ECF Registration Information Handout; and ADR Dispute Resolution Procedures handbook on defendant Visa International Service Association, by leaving copies of these documents with the defendant's agent for service of process, CT Corporation System, located at 818 West Seventh Street, Los Angeles, California 90017. The name of the employee who I gave these documents to is Gladys.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and belief, the foregoing is true and correct.

Executed this 12th day of February, 2004, at Los Angeles, California.

Felipe Calvillo [signature]

Felipe Calvillo