ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:
Berman, Mausner & Resser
Jeffrey N. Mausner, Esq.,
11601 Wilshire Blvd, Suite 600
Los Angeles, CA 90025

TELEPHONE NO.: (310) 473-3333

Ref. No. or File No.

FOR COURT USE ONLY

ATTORNEY FOR *(Name)*: Plaintiff

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF:
Perfect 10, Inc.

DEFENDANT:
Visa, et al

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C04 0371 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Civil Case Cover Sheet; Summons; Order Setting Initial Case Management Conference; District Court Rules; ECF Registration Information Handout; Dispute Resolution Procedures; Complaint with Exhibits.

ON: Cardservice International, Inc.

AT: 2730 Gateway Oaks Drive, 100
Sacramento, CA 95833
(BUSINESS)

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
Wendy - Person authorized to accept service of process

ON: February 13, 2004
AT: 09:35 am

Fee for Service: $25.00
Registered California process server.
County:
Registration No.:
Esquire Document Retrieval Service
1801 I Street, 1st Floor
Sacramento, CA 95814
(916) 448-0505

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 19, 2004 at Sacramento, California.

Signature: [signature]
Brian Bolin

PROOF OF SERVICE

Order#: P100024/BProof39

04:13p Esquire Sacramento 916 448 8726 p.2

Dockets.Justia.com