WINSTON & STRAWN LLP
ANDREW P. BRIDGES (State Bar No. 122761)
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant
MASTERCARD INTERNATIONAL INCORPORATED



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION; FIRST DATA CORP., a corporation; CARDSERVICE INTERNATIONAL, INC., a corporation; MASTERCARD INTERNATIONAL INCORPORATED, a corporation; HUMBOLDT BANK, a national banking association; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 04 0371 JW (PVT)<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED** |

ANDREW P. BRIDGES hereby appears as counsel of record for Defendant MasterCard International Incorporated. Please note that, in a stipulation filed earlier in the case, Mr. Bridges was shown as counsel of record for Defendant MasterCard International Incorporated, with his firm affiliation then shown as Wilson Sonsini Goodrich & Rosati. Mr. Bridges has moved to Winston & Strawn LLP from Wilson Sonsini Goodrich & Rosati. His new address for all purposes in this case is as follows:

///

///



Dockets.Justia.com

Andrew P. Bridges
Winston & Strawn
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
email: abridges@winston.com

Dated: April 19, 2004

WINSTON & STRAWN LLP

By: /s/
ANDREW P. BRIDGES
Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

SF:83113.1