KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
MICHAEL H. PAGE - #154913
R. JAMES SLAUGHTER - #192813
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
FIRST DATA CORP., CARDSERVICE
INTERNATIONAL, INC., and HUMBOLDT BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | Case No. C 04 0371 JW (PVT) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT (FRCP 12(b)(6), 12(e))** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION; FIRST DATA CORP., a corporation; CARDSERVICE INTERNATIONAL, INC., a corporation; MASTERCARD INTERNATIONAL INCORPORATED, a corporation; HUMBOLDT BANK, a national banking association; and DOES 1 through 100, inclusive, | Date:    June 14, 2004<br>Time:    9:00 a.m.<br>Dept:    Courtroom 8, 4th Floor<br>Judge:   Honorable James Ware |
| Defendants. | |

330517.01

NOTICE OF MOTION AND MOTION TO DISMISS, OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT -- CASE NO. C 04 0371 JW (PVT)

1  TOWNSEND AND TOWNSEND AND CREW LLP
   DANIEL J. FURNISS - #73531
2  MARK T. JANSEN - #114896
   JOHN C. BAUM - #167570
3  Two Embarcadero Center, Eighth Floor
   San Francisco, CA  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5
   Attorneys for Defendant
6  VISA INTERNATIONAL SERVICE ASSOCIATION

7
   WINSTON & STRAWN LLP
8  ANDREW P. BRIDGES - #122761
   101 California Street, Suite 3900
9  San Francisco, CA  94111
   Telephone:  (415) 591-1000
10 Facsimile:  (415) 591-1400

11 Attorneys for Defendant
   MASTERCARD INTERNATIONAL INCORPORATED
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

330517.01

NOTICE OF MOTION AND MOTION TO DISMISS, OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT -- CASE NO. C 04 0371 JW (PVT)

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 14, 2004, or as soon thereafter as may be heard in the above-entitled court, located at 280 South 1st Street, San Jose, California, 95113, Defendants Visa International Service Association, First Data Corp., CardService International, MasterCard International Corporation, and Humboldt Bank (collectively, "Defendants") will and hereby do move the court to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6), because Plaintiff's Complaint fails to state a claim upon which relief can be granted. In the alternative, Defendants will and hereby do move the court for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e), because the Complaint is so vague or ambiguous that Defendants cannot reasonably be required to frame a responsive pleading.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers filed herein, and any argument of counsel.

Dated: April 19, 2004                              KEKER & VAN NEST, LLP


By:        /s/  Michael H. Page
ROBERT A. VAN NEST
MICHAEL H. PAGE
R. JAMES SLAUGHTER
Attorneys for Defendants
FIRST DATA CORP., CARDSERVICE INTERNATIONAL, INC., and
HUMBOLDT BANK

Dated: April 19, 2004                              TOWNSEND AND TOWNSEND AND CREW LLP


By:        /s/ Mark T. Jansen
DANIEL J. FURNISS
MARK T. JANSEN
JOHN C. BAUM
Attorneys for Defendant
VISA INTERNATIONAL SERVICE ASSOCIATION

1
NOTICE OF MOTION AND MOTION TO DISMISS, OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT -- CASE NO. C 04 0371 JW (PVT)

330517.01

| | |
|---|---|
| 1  Dated:  April 19, 2004 | WINSTON & STRAWN LLP |

                                   By:      /s/ Andrew P. Bridges
                                            ANDREW P. BRIDGES
                                            Attorneys for Defendant
                                            MASTERCARD INTERNATIONAL INCORPORATED

330517.01

2

NOTICE OF MOTION AND MOTION TO DISMISS, OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT -- CASE NO. C 04 0371 JW (PVT)