# High-Risk Internet Payment Service Provider Registration Program

*Effective November* 15, 2002

The *Visa U.S.A. Inc. Operating Regulations* governing use of High-Risk Internet Payment Service Providers establish a registration program, risk standards, and operating requirements for High-Risk IPSPs.

### Definitions

High-Risk Internet Payment Service Provider (IPSP): An online entity that enters into a contract with an Acquirer to provide payment services to Sponsored Merchants, and includes one or more Sponsored Merchants classified as MCC 5967 (Direct Marketing—Inbound Teleservices Merchant) in its Sponsored Merchant portfolio.

High-Risk Sponsored Merchant (SM): An online business designated with MCC 5967 (Direct Marketing—Inbound Teleservices Merchant) that contracts with an IPSP to perform some or all of its payment operations on its behalf.

### Risk Management

- **Capital Requirement.** A minimum Tier 1 capital requirement of $100 million must be maintained for registration of a High-Risk IPSP.
- **Acquirer Status.** An Acquirer must be in good standing in all Visa risk management programs.
- **Reserves.** High-Risk Sponsored Merchant reserves, when required by the High-Risk IPSP or Acquirer, must be held directly by the Acquirer.
- **Terminated Merchant File.** An Acquirer must query the Terminated Merchant File for each potential High-Risk Sponsored Merchant. Additionally, an Acquirer must ensure that all its High-Risk IPSPs are notified of Merchants that have been disqualified from the Visa system and that Visa processing privileges must not be extended to them. In addition, all Terminated Merchant File requirements specified in Section 2.2.C., *Visa U.S.A Inc. Operating Regulations*, apply to High-Risk Sponsored Merchant acquisition and termination.
- **High-Risk Merchant Monitoring.** Existing Operating Regulations require an Acquirer to comply with the High-Risk Merchant monitoring standards, as specified in Section 2.5.C, *Visa U.S.A. Inc. Operating Regulations*.
- **Disqualification.** As currently specified in the *Visa U.S.A. Inc. Operating Regulations*, Visa may disqualify a High-Risk IPSP or High-Risk Sponsored Merchant in accordance with the Chargeback Monitoring Programs or for other activity that causes undue harm to the Visa system.
- **Merchant Prohibition.** Visa may prohibit one or more online Merchants from inclusion as a High-Risk Sponsored Merchant in an Acquirer's High-Risk IPSP portfolio.
- **Transaction Processing Restriction.** An Acquirer must ensure that High-Risk IPSPs do not process transactions for other IPSPs.
- **Lawfulness of Visa Transactions.** As currently specified in the *Visa U.S.A. Inc. Operating Regulations*, an Acquirer must warrant that High-Risk IPSP transactions entered into Interchange do not violate, and will not cause an Issuer to violate applicable federal, state, and local laws. An Acquirer agrees to indemnify and hold harmless the Issuer for any claims and liabilities resulting from an Acquirer's breach of this warranty.

### Registration Program

Before entering transactions on behalf of High-Risk Sponsored Merchants (MCC 5967) into interchange, Acquirers of High-Risk IPSPs are required to submit to Visa:

- Exhibit VV—Visa Third-Party Servicer Registration (Exhibit VV has been updated to include "High-Risk Internet Payment Service Provider" as a business category).
- Documentation to confirm compliance with the *Enhanced ISO/Service Provider Risk Standards* document, which requires an Acquirer to perform

*Visa Business Reviews* are published weekly by Visa U.S.A. Inc., P.O. Box 8999, San Francisco, California 94128-8999, for the exclusive use of U.S. Members in operating their Visa-sponsored programs. The information furnished herein is CONFIDENTIAL and shall not be duplicated, published, or disclosed in whole or in part without the prior written permission of Visa.



Dockets.Justia.com

# High-Risk Internet Payment Service Provider Registration Program (Continued)

*Effective* November 15, 2002

a comprehensive risk and financial review prior to entering a business relationship with a third-party servicer.

- A comprehensive list of all High-Risk Sponsored Merchants in an electronic format specified by Visa.

  In addition, an Acquirer is required to provide ongoing reports on High-Risk Sponsored Merchant activity on a monthly basis in an electronic format specified by Visa.

After Visa reviews the registration information and determines that the Member has satisfactorily met the risk standards, a letter approving the registration will be sent to the Member.

This registration program addresses concerns about IPSPs potentially using the aggregator business model to circumvent identification of High-Risk Sponsored Merchant activity in Visa chargeback or risk monitoring programs.

**Program Requirements**

- High-Risk IPSP Contract. An Acquirer is responsible for including a provision in the High-Risk IPSP contract that requires the High-Risk IPSP to have a supplemental Merchant agreement with each High-Risk Sponsored Merchant.
- High-Risk Sponsored Merchant Agreement. The High-Risk Sponsored Merchant agreement must be signed by a senior officer of the High-Risk IPSP and contain relevant Merchant agreement requirements, as specified in the *Visa U.S.A. Inc. Operating Regulations*.
- Operating Regulation Compliance.
  - An Acquirer must comply with all applicable requirements in Section 1.4, *Visa U.S.A. Inc. Operating Regulations*, which govern Member use of third-party servicers and Independent Sales Organizations.
  - High-Risk IPSPs and High-Risk Sponsored Merchants must comply with applicable Visa Operating Regulations. An Acquirer is responsible for monitoring these entities' compliance with the Visa Operating Regulations.
  - An Acquirer must ensure that any High-Risk Sponsored Merchant that accepts cardholder data is compliant with the Cardholder Information Security Program (CISP) requirements. (Note: Acquirers may wish to limit their CISP certification responsibility by prohibiting High-Risk Sponsored Merchants from accessing cardholder information.)
- Prohibition Against Cross-Border Acquiring. An Acquirer or its High-Risk IPSP must not solicit Sponsored Merchant outlets located outside the jurisdictional rights of the Acquirer. Cross-border acquiring is prohibited.
- Processing Requirement. The Merchant Name field must use the format specified in Section 7.2, *Merchant Data Manual*. The High-Risk IPSP name abbreviation must occupy the positions specified within options, 1, 2, or 3. The Sponsored Merchant Name will always follow the asterisk. For example:

  "Skyshopping*Sponsoredmerchant"

  Note: An Acquirer must identify the selected format to Visa during the registration process.
- Web Site Requirement. The High-Risk IPSP name that will appear on the cardholder statement must be clearly disclosed on each Sponsored Merchant payment Web page. The payment Web page must include the following language:

  *"[High-Risk IPSP name] is a designated payment processor for [High-Risk Sponsored Merchant name]. [Actual High-Risk IPSP name*Sponsored Merchant Web site name] will appear on your cardholder statement."*
- Settlement Funds. An Acquirer must ensure that Sponsored Merchants receive settlement funds as entitled.

*Visa Business Reviews* are published weekly by Visa U.S.A. Inc., P.O. Box 8999, San Francisco, California 94128-8999, for the exclusive use of U.S. Members in operating their Visa-sponsored programs. The information furnished herein is CONFIDENTIAL and shall not be duplicated, published, or disclosed in whole or in part without the prior written permission of Visa.

## High-Risk Internet Payment Service Provider Registration Program (Continued)

*Effective November 15, 2002*

**Fees and Fines**

- Registration Fees.

  High-Risk IPSP:

  - $5,000—Initial registration
  - $2,500—Annual registration

  High-Risk Sponsored Merchant:

  - $500—Initial registration
  - $250—Annual registration

  These fees will be processed through the Integrated Billing System and are equivalent to fees charged for registration of High-Risk Telemarketing Merchants and third-party agents.

- Fines. An Acquirer that fails to comply with registration requirements for a High-Risk IPSP or High-Risk Sponsored Merchant is assessed penalties as follows:

  - $25,000 per High-Risk Sponsored Merchant or High-Risk IPSP per month
  - $100,000 per month after three violations in a calendar year and/or prohibition against signing a High-Risk Sponsored Merchant

Visa Business Reviews are published weekly by Visa U.S.A. Inc., P.O. Box 8999, San Francisco, California 94128-8999, for the exclusive use of U.S. Members in operating their Visa-sponsored programs. The information furnished herein is CONFIDENTIAL and shall not be duplicated, published, or disclosed in whole or in part without the prior written permission of Visa.