KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
MICHAEL H. PAGE - #154913
R. JAMES SLAUGHTER - #192813
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
FIRST DATA CORP., CARDSERVICE
INTERNATIONAL, INC., and HUMBOLDT BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION; FIRST DATA CORP., a corporation; CARDSERVICE INTERNATIONAL, INC., a corporation; MASTERCARD INTERNATIONAL INCORPORATED, a corporation; HUMBOLDT BANK, a national banking association; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 04 0371 JW (PVT)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

Plaintiff Perfect 10, Inc. and Defendants Visa International Service Association, First Data Corp., Cardservice International, Inc., MasterCard International Incorporated and Humboldt Bank (collectively, "Defendants") respectfully submit the following stipulation:

WHEREAS, Defendants' joint motion to dismiss is currently set for hearing on June 11, 2004; and

WHEREAS, the parties' Case Management Conference is currently set for July 19, 2004;

and

WHEREAS, the parties have discussed with the Court's clerk moving the date for the hearing on the motion to dismiss and the case management conference,

NOW, THEREFORE, for good cause plaintiff and defendants hereby stipulate and agree, through their attorneys, to the following:

1. The hearing on Defendants' motion to dismiss shall be on June 28, 2004 at 9:00 a.m.

2. The parties' case management conference shall be on July 26, 2004 at 10:00 a.m.

IT IS SO AGREED.

Dated: May 20, 2004

KING, HOLMES, PATERNO & BERLINER, LLP

By: /s/

HOWARD E. KING
STEPHEN D. ROTHSCHILD
Attorneys for Plaintiff
PERFECT 10, INC.

Dated: May 20, 2004

KEKER & VAN NEST, LLP

By: :/s/

MICHAEL H. PAGE
R. JAMES SLAUGHTER
Attorneys for Defendants
FIRST DATA CORP., CARDSERVICE INTERNATIONAL, INC., and HUMBOLDT BANK

Dated: May 20, 2004

TOWNSEND AND TOWNSEND AND CREW LLP

By: :_____________/s/___________________

DANIEL J. FURNISS
MARK T. JANSEN
JOHN C. BAUM
Attorneys for Defendant
VISA INTERNATIONAL SERVICE ASSOCIATION

Dated: May 20, 2004

WINSTON & STRAWN LLP

By: :_____________/s/___________________

ANDREW P. BRIDGES
Attorneys for Defendant
MASTERCARD INTERNATIONAL INCORPORATED

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 26, 2004

/s/ James Ware
The Honorable James Ware
United States District Judge