MAR-10-2003 11:30 2126840920 2126840920 P.01/05

432 Park Avenue South
Second Floor
New York, New York 10016
(212) 684-1001 FAX (212) 684-0920

# RUDOLPH & BEER, LLP

Attorneys at Law

Steven C. Beer
Emerson E. Bruns
George T. Gilbert, LLC
Laurence H. Rudolph
Kristi N. Gamble
Vivien Lewit
Maria C. Miles

Of Counsel
Kendall A. Minter

## FACSIMILE TRANSMISSION
## PRIVILEGED AND CONFIDENTIAL

To: Norm Zadeh

Fax No.: 310-205-9644

From: Maria C. Miles, Esq.

Date: March 10, 2003

Original sent by U.S. Mail? X No __ Yes

No. of pages: 5
(including cover page)

Client Charge No: BrSp

## MESSAGES

**RE: Mastercard and Visa Letters**

**If you have any questions regarding this transmission, please call (212) 684-1001.**

Note: The information contained herein is attorney privileged and confidential, intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message, together with all enclosures, to us at the above address. Thank you.

**EXHIBIT 6**

Dockets.Justia.com

SECOND FLOOR
NEW YORK, NEW YORK 10016
(212) 684-1001 FAX (212) 684-0920

RUDOLPH & BEER, LLP
ATTORNEYS AT LAW

[redacted]

Of Counsel
Kendall A. Minter

Steven C. Beer
Emerson E. Bruns
George T. Gilbert, LLC
Laurence H. Rudolph

Kristi N. Gamble
Adam L. Kaplan
Vivien Lewit
Maria C. Miles

March 5, 2003

**VIA CERTIFIED MAIL**
**And FACSIMILE: (415) 932-2531**
Martin Elliot
Visa International
900 Metro Center Boulevard
Foster City, CA 94404

Paul Allen
Visa International
123 Mission Street, 20th Floor
San Francisco, CA 94105

RE: Britney Spears / Internet Misappropriation and Paysite Operators

Dear Messrs. Elliot and Allen:

This office represents Britney Spears. For some time, we have been trying to deal with the massive defamation that our client has faced as a result of webmasters who defraud the public by claiming to have "nude images of Britney Spears" or "Britney Spears Bl*wj*b Videos," etc. Most of the infringing sites work with paysites, which charge for access to the sites, to defraud the public, defame our client, and misappropriate our client's copyrights and/or rights of publicity. In the end, virtually all of the money that is made as a result of such illegal acts passes through Visa International ("Visa"). Without Visa's help and assistance, such grossly illegal acts would not occur.

We are writing to request that Visa review its billing practices in connection with these questionable celebrity websites. In particular, we request that Visa direct an employee to go through the sites that are advertised on a "Britney Spears" and "nude" internet search. It is interesting to note that the same sites are repeatedly advertised. Such sites include, without limitation, truecelebs.com, secretcelebs.com, celebticket.com, rogerceleb.com, nudecelebsrevue.com, Babylon-x.com, celebhotel.com, hollywoodwhores.com, scoopy.net, call-girls.net, and hotcelebnudes.com. We are advised that most of these sites are owned by the same webmasters and most have phony registrations.

NEW YORK, NEW YORK 10016
(212) 684-1001 FAX (212) 684-0920

RUDOLPH & BEER, LLP
ATTORNEYS AT LAW [redacted]

Of Counsel
Kendall A. Minter

Steven C. Beer
Emerson E. Bruns
George T. Gilbert, LLC
Laurence H. Rudolph

Kristi N. Gamble
Adam L. Kaplan
Vivien Lewit
Maria C. Miles

March 5, 2003

**VIA CERTIFIED MAIL**
**And FACSIMILE: (914) 249-4262**

Noah Hanft
Mastercard International
2000 Purchase Street
Purchase, New York 10577

RE: Britney Spears / Internet Misappropriation and Paysite Operators

Dear Mr. Hanft:

This office represents Britney Spears. For some time, we have been trying to deal with the massive defamation that our client has faced as a result of webmasters who defraud the public by claiming to have "nude images of Britney Spears" or "Britney Spears Bl*wj*b Videos," etc. Most of the infringing sites work with paysites, which charge for access to the sites, to defraud the public, defame our client, and misappropriate our client's copyrights and/or rights of publicity. In the end, virtually all of the money that is made as a result of such illegal acts passes through Mastercard International ("Mastercard"). Without Mastercard's help and assistance, such grossly illegal acts would not occur.

We are writing to request that Mastercard review its billing practices in connection with these questionable celebrity websites. In particular, we request that Mastercard direct an employee to go through the sites that are advertised on a "Britney Spears" and "nude" internet search. It is interesting to note that the same sites are repeatedly advertised. Such sites include, without limitation, trueceiebs.com, secretcelebs.com, celebticket.com, rogerceleb.com, nudecelebsrevue.com, Babylon-x.com, celebhotel.com, hollywoodwhores.com, scoopy.net, call-girls.net, and hotcelebnudes.com. Most of these sites are owned by the same webmasters and most have phony registrations.

It is our understanding that the standard operating procedure for the paysite operators is that a few large and unscrupulous paysite operators are employing a sales force of webmasters to misappropriate our client's name, along with the names of numerous other celebrities, to defraud the public via false advertisements. In the process, hundreds of millions of dollars of intellectual

property is misappropriated and tremendous damage is done to the reputations of countless celebrities.

If one visits the home pages for many of these sites, it is obvious that they do not own their content. For example, if one goes to call-girls.net, and clicks on "take the tour," twice, the "Britney Spears Backstage Bl*wj*b Clip" is advertised. This defames our client and violates her right of publicity. We suggest that Mastercard should question its participation in processing credit cards for such sites, and that doing so could subject it to potentially unlimited liability.

We appreciate your cooperation in this matter and look forward to Mastercard setting the standard for other companies in dealing with these infringing sites.

Very truly yours,

Maria C. Miles
Rudolph & Beer, LLP

cc: Britney Spears
Johnny Wright
Laurence H. Rudolph, Esq.

TOTAL P.05