TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531)
MARK T. JANSEN (State Bar No. 114896)
JOHN C. BAUM (State Bar No. 167570)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendant
VISA INTERNATIONAL SERVICE ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION; FIRST DATA CORP, a corporation; CARDSERVICE INTERNATIONAL, INC., a corporation; MASTERCARD INTERNATIONAL INCORPORATED, a corporation; HUMBOLDT BANK, a national banking association; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 04 00371 JW (PVT)<br><br>**DEFENDANT VISA INTERNATIONAL SERVICE ASSOCIATION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))**<br><br>Date: November 15, 2004<br>Time: 9:30 a.m.<br><br>The Hon. James Ware<br>Courtroom 8, 4th Floor |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT on November 15, 2004, at 9:30 a.m. or as soon thereafter as it may be heard by the above-entitled court, located at 280 South 1st Street, San Jose, California, 95113, Defendant Visa International Service Association ("Visa"), will and hereby does move the Court to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), because Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted. The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the



Dockets.Justia.com

pleadings and papers filed herein, and any argument of counsel.

DATED: September 24, 2004

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/
MARK T. JANSEN

Attorneys for Defendant
VISA INTERNATIONAL SERVICE ASSOCIATION

60315966 v1

# PROOF OF SERVICE

I, Linda M. Tan, declare: I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

On September 24, 2004, I served the following documents exactly entitled: **DEFENDANT VISA INTERNATIONAL SERVICE ASSOCIATION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))** on the interested parties in this action as follows:

Howard E. King, Esq.
Stephen D. Rothschild, Esq.
KING, HOLMES, PATERNO & BERLINER LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
(310) 282-8989 (tel); (310) 282-8903 (fax)
email: Rothschild@khpblaw.com

Jeffrey N. Mausner, Esq.
John R. Yates, Esq.
BERMAN, MAUSNER & RESSER
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025-1742
(310) 473-3333 (tel); (310) 473-8303 (fax)
email: JeffMausner@bmrlaw.com

Andrew P. Bridges, Esq.
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA 94111
(415) 591-1482 (tel); (415) 591-1400 (fax)
email: abridges@winston.com

Michael H. Page, Esq.
R. James Slaughter, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704
(415) 391-5400 (tel); (415) 397-7188 (fax)
email: mhp@kvn.com
email: rjs@kvn.com

[ ] HAND-DELIVERY: I caused such document[s] to be delivered by a courier service on the same day.

[ ] FACSIMILE TRANSMISSION: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated.

**E-FILING AND/OR E-MAILING DOCUMENT**
[ ] ELECTRONIC TRANSMISSION: I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above. The transmitting terminal address is_________@townsend.com.

**ONLY E-FILING DOCUMENT**
[x] ELECTRONIC TRANSMISSION: I declare that a copy of said document(s) was filed electronically on September 24, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 24, 2004, at San Francisco, California.

/s/
Linda M. Tan

60315966 v1