KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
MICHAEL H. PAGE - #154913
R. JAMES SLAUGHTER - #192813
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
FIRST DATA CORP., CARDSERVICE
INTERNATIONAL, INC., and HUMBOLDT BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PERFECT 10, INC., a California corporation,

Plaintiff,

v.

VISA INTERNATIONAL SERVICE ASSOCIATION; FIRST DATA CORP., a corporation; CARDSERVICE INTERNATIONAL, INC., a corporation; MASTERCARD INTERNATIONAL INCORPORATED, a corporation; HUMBOLDT BANK, a national banking association; and DOES 1 through 100, inclusive,

Defendants.

Case No. C 04 0371 JW

**NOTICE OF JOINDER AND JOINDER OF DEFENDANTS FIRST DATA CORP., CARDSERVICE INTERNATIONAL, INC., AND HUMBOLDT BANK TO NOTICE OF MOTION AND MOTION TO DISMISS FILED BY DEFENDANT VISA INTERNATIONAL SERVICE ASSOCIATION**

Date: November 15, 2004
Time: 9:30 a.m.
Dept: Courtroom 8, 4th Floor
Judge: Honorable James Ware



Dockets.Justia.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants FIRST DATA CORP., CARDSERVICE INTERNATIONAL, INC., and HUMBOLDT BANK hereby give notice of joinder and hereby join:

(1) Defendant Visa International Service Association's Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint For Failure to State a Claim Upon Which Relief Can be Granted, filed on September 24, 2004; and

(2) Defendant Visa International Service Association's Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's First Amended Complaint, filed on September 24, 2004.

The aforementioned documents are herein incorporated by reference.

Dated: September 24, 2004

KEKER & VAN NEST, LLP

By: /s/ ________________________________

ROBERT A. VAN NEST
MICHAEL H. PAGE
R. JAMES SLAUGHTER
Attorneys for Defendants
FIRST DATA CORP., CARDSERVICE INTERNATIONAL, INC., and HUMBOLDT BANK