WINSTON & STRAWN LLP
Andrew P. Bridges - #122761
Jennifer A. Golinveaux - #203056
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Attorneys For Defendant
MASTERCARD INTERNATIONAL INCORPORATED

(Additional counsel on second page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,, <br><br>Plaintiff, <br><br>vs. <br><br>VISA INTERNATIONAL SERVICE ASSOCIATION; FIRST DATA CORP., a corporation; CARDSERVICE INTERNATIONAL, INC., a corporation; MASTERCARD INTERNATIONAL INCORPORATED, a corporation; HUMBOLDT BANK, a national banking association; and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No. C 04 0371 JW (PVT) <br><br><br>**NOTICE OF MOTION AND MOTION BY MASTERCARD INTERNATIONAL INCORPORATED; FIRST DATA CORP.; CARDSERVICE INTERNATIONAL, INC.; AND HUMBOLDT BANK TO DISMISS FIRST AMENDED COMPLAINT** <br><br>Date:        November 15, 2004 <br>Time:       9:00 a.m. <br>Dept:        Courtroom 8, 4th Floor <br>Judge:      Honorable James Ware |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

NOTICE OF MOTION AND MOTION BY MASTERCARD,
 FIRST DATA, CARDSERVICE, AND HUMBOLDT
TO DISMISS 1ST AMENDED COMPLAINT
Case No. C 04 0371 JW (PVT)

1  KEKER & VAN NEST, LLP
   ROBERT A. VAN NEST - #84065
2  MICHAEL H. PAGE - #154913
3  R. JAMES SLAUGHTER - #192813
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendants
7  FIRST DATA CORP.; CARDSERVICE INTERNATIONAL, INC.; and HUMBOLDT BANK

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

28 NOTICE OF MOTION AND MOTION BY MASTERCARD,
   FIRST DATA, CARDSERVICE, AND HUMBOLDT
   TO DISMISS 1ST AMENDED COMPLAINT
   Case No. C 04 0371 JW (PVT)

SF:92209.2

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT at 9:00 a.m. on November 15, 2004 or as soon thereafter as may be heard in the above-entitled court, located at 280 South 1st Street, San Jose, California, 95113, Defendants MasterCard International Incorporated; First Data Corp.; Cardservice International, Inc.; and Humboldt Bank will and hereby do move the court to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6), because Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted. The motion will be based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the pleadings and papers filed herein, specifically including the papers of the previous motion to dismiss and this Court's Order of August 6, 2004; and any argument of counsel.

Dated: September 24, 2004           WINSTON & STRAWN LLP


                                    By:   /s/   Andrew P. Bridges
                                          ANDREW P. BRIDGES
                                          Attorneys for Defendant
                                          MASTERCARD INTERNATIONAL
                                          INCORPORATED


                                    KEKER & VAN NEST, LLP


                                    By:   /s/   Michael H. Page
                                          ROBERT A. VAN NEST
                                          MICHAEL H. PAGE
                                          R. JAMES SLAUGHTER
                                          Attorneys for Defendant
                                          FIRST DATA CORP., CARDSERVICE
                                          INTERNATIONAL, INC., and HUMBOLDT BANK


                                          Andrew P. Bridges attests that he has obtained the
                                          concurrence of the signatory indicated above.

**Winston & Strawn LLP**
101 California Street
San Francisco, CA  94111-5894

NOTICE OF MOTION AND MOTION BY MASTERCARD, FIRST DATA, CARDSERVICE, AND HUMBOLDT TO DISMISS 1ST AMENDED COMPLAINT
C 04 0371 JW (PVT)

SF:92209.2