# Exhibit 15

Dockets.Justia.com

TOWNSEND and TOWNSEND and CREW LLP

# JENNIFER M. RICH

Associate
jmrich@townsend.com

PRACTICE AREA
Trademark & Copyright

SAN FRANCISCO OFFICE
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111-3834
*tel* 415.576.0200
*fax* 415.576.0300

Ms. Rich's practice focuses on trademark and copyright counseling, prosecution, technology licensing, and litigation. She worked as a Judicial Law Clerk for the Honorable Procter Hug, Jr., United States Circuit Judge for the Ninth Circuit, researching substantive and procedural law, preparing bench memos, and assisting in the preparation of judicial opinions and dispositions.

Previous experience includes working as a legal extern for AOL Time Warner Book Group, conducting legal research regarding various copyright and trademark issues related to the publishing industry. Additionally, Ms. Rich has gained experience as a summer associate for Townsend and a Reno, Nevada based law firm, conducting legal research and preparing memos regarding various intellectual property issues.

EDUCATION
Franklin Pierce Law Center, J.D., 2002
Franklin Pierce Law Center, *Master of Intellectual Property Law*, 2002
*IDEA – The Journal of Law and Technology, Editor*
*Student Intellectual Property Law Association, Member*
University of Nevada, Reno B.A., 1997, *Journalism, with High Distinction*
University of Nevada, Reno B.S., 1997, *Marketing, with High Distinction*

ADMISSIONS AND MEMBERSHIPS
State Bar of California, 2002

# Exhibit 16

TOWNSEND
and
TOWNSEND
and
CREW
LLP



# ELIZABETH R. GOSSE

Associate
erg@townsend.com

PRACTICE AREA
Trademark & Copyright

SAN FRANCISCO OFFICE
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111-3834
*tel* 415.576.0200
*fax* 415.576.0300

Ms. Gosse's practice focuses on trademark and copyright counseling, prosecution, licensing, and litigation. She enforces and defends these rights in State and Federal courts and before the Trademark Trial and Appeal Board.

## EDUCATION

University of San Francisco, J.D., 2001, *cum laude*
*U.S.F. Law Review,* 2000-2001, *Articles Editor*
Rice University, B.A., 1998, *Psychology and Managerial Studies*

## ADMISSIONS AND MEMBERSHIPS

State Bar of California, 2001
United States District Court, Northern, Central and Southern Districts of California, United States Court of Appeals for the Ninth Circuit

## PUBLICATIONS AND SPEAKING ENGAGEMENTS

"Recording Industry Association of America v. Diamond Multimedia Systems, Inc.: The RIAA Could Not Stop the Rio - MP3 Files and The Audio Home Recording Act," 34 U.S.F. L. Rev. 575 (2000).

"Discovery in the TTAB," Navigating Trademark Trial and Appeal Board Practice 2002, PLI Handbook, 2002, *Co-Author.*

"Stay Off My Cyberproperty! Trespass to Chattels on the Internet," 6 U.S.F. Intellectual Property L. Bulletin 12, Spring 2001, *Co-Author.*

"Mark Your Produce," San Francisco Daily Journal, Sept. 29, 2004, *Co-Author*

## COMMUNITY INVOLVEMENT

San Francisco SPCA - Cat Foster Program, *Volunteer*
Hands On Bay Area, *Volunteer*

# Exhibit 17

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

# PRIYA SREENIVASAN

Associate
psreenivasan@townsend.com

PRACTICE AREA
Litigation

Ms. Sreenivasan's practice focuses on patent related litigation. Prior to joining Townsend, she worked as a law clerk for the Child Care Law Center in San Francisco, CA, where she performed legal research and writing of issues involving child care and the Americans with Disabilities Act.

SAN FRANCISCO OFFICE
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111-3834
*tel* 415.576.0200
*fax* 415.576.0300

From 1998-2001, Ms. Sreenivasan worked as a research associate for Richmond, CA-based Sangamo Biosciences. As a research associate, she performed research in the fields of molecular biology, cellular biology and biochemistry, as well as performed several independent projects for major business collaborations involving the research and design of zinc finger proteins to target specific genes. From 1994-1997, Ms. Sreenivasan performed academic research in the field of cellular senescence and cancer biology for Lawrence Berkeley National Laboratory.

EDUCATION

University of San Francisco, School of Law, J.D., 2004
*Law Review Symposium Editor, 2003-2004*
*Best Oral Argument Award, Moot Court, 2002*
*Criminal Law/Procedure Tutor for the USF Academic Support Program, 2002-2004*

Boston University School of Medicine, M.A., 1998, *Medical Sciences*
*Thesis title: The Role of Chromatin Assembly Factor-1 in Cellular Senescence*

University of California, Berkeley, B.A., 1996, *Anthropology, highest honors*
*Nominated for Kroeber Award of Excellence for Honors Thesis*
*Thesis title: Male Social Affiliation in a group of Hanuman Langur Monkeys*