# Exhibit 1 to Defendant Visa's Bill of Costs

Dockets.Justia.com

ITEMIZED BREAKDOWN OF OTHER COSTS:

| | |
|---|---|
| Attorneys' Fees: | $294,617.00 |
| Legal Research: | 2,402.43 |
| Facsimile: | 84.00 |
| Postage Fees: | 0.60 |
| Federal Express: | 68.49 |
| TOTAL: | $297,172.52 |

TOWNSEND
and
TOWNSEND
and
CREW
LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111-3834
Tel 415 576-0200
Fax 415 576-0300

Billing Summary
for services as of November 30, 2004

*Perfect 10 v. Visa International Service Association et al.*
Case No. CV 04 00371 JW (PVT)

| Job Title | Name | Hourly Rate | Hours Recorded | Amount Billed |
|---|---|---|---|---|
| Case Clerk | Nicole D. Skibola | $100 | 7.10 | $610.00 |
| Paralegal | Brian R. Miller | 200 | 16.40 | 3,280.00 |
| Paralegal | Steven D. Bassett | 200 | 9.00 | 1,800.00 |
| Associate | Anthony J. Malutta | 320 | 103.00 | 32,000.00 |
| Associate | Elizabeth R. Gosse | 280 | 1.20 | 336.00 |
| Associate | Jennifer M. Rich | 245 | 168.60 | 40,400.50 |
| Associate | Leonard J. Augustine, Jr. | 280 | 93.90 | 17,948.00 |
| Associate | Priya Sreenivasan | 215 | 9.90 | 2,128.50 |
| Of Counsel | Paul W. Vapnek | 520 | 0.50 | 260.00 |
| Partner | Daniel J. Furniss | 550 | 28.50 | 15,675.00 |
| Partner | John C. Baum | 405 | 125.00 | 49,815.00 |
| Partner | Mark T. Jansen | 460 | 283.40 | 130,364.00 |
| | | | | |
| | | **TOTAL:** | **846.50** | **$294,617.00** |

Client/Matter 022202-000100US
Disbursement Detail Report

| Date | Code | Description | Amount |
|---|---|---|---|
| 2/19/2004 | 3 | Number of pages: 2 | $ 2.00 |
| 4/8/2004 | 3 | Number of pages: 10 | $ 10.00 |
| 4/8/2004 | 3 | Number of pages: 10 | $ 10.00 |
| 4/12/2004 | 3 | Number of pages: 4 | $ 4.00 |
| 4/13/2004 | 3 | Number of pages: 4 | $ 4.00 |
| 4/23/2004 | 3 | Number of pages: 4 | $ 4.00 |
| 6/7/2004 | 3 | Number of pages: 3 | $ 3.00 |
| 6/7/2004 | 3 | Number of pages: 3 | $ 3.00 |
| 6/7/2004 | 3 | Number of pages: 3 | $ 3.00 |
| 6/7/2004 | 3 | Number of pages: 3 | $ 3.00 |
| 6/7/2004 | 3 | Number of pages: 3 | $ 3.00 |
| 6/7/2004 | 3 | Number of pages: 3 | $ 3.00 |
| 6/8/2004 | 3 | Number of pages: 4 | $ 4.00 |
| 6/8/2004 | 3 | Number of pages: 4 | $ 4.00 |
| 6/8/2004 | 3 | Number of pages: 4 | $ 4.00 |
| 6/8/2004 | 3 | Number of pages: 4 | $ 4.00 |
| 6/8/2004 | 3 | Number of pages: 4 | $ 4.00 |
| 6/8/2004 | 3 | Number of pages: 4 | $ 4.00 |
| 7/15/2004 | 3 | Number of pages: 4 | $ 4.00 |
| 7/15/2004 | 3 | Number of pages: 4 | $ 4.00 |
| **Total - Fax:** | | | **$ 84.00** |
| 7/20/2004 | 17 | Depositions/Transcripts re motion to dismiss hearing Payee: 8360 Irene Rodriquez ^Invoice: 07204 Check No.: 326370 | $ 51.06 |
| **Total - Deposition/Transcripts:** | | | **$ 51.06** |
| 3/1/2004 | 22 | Legal Research (Westlaw) | $ 29.66 |
| 3/4/2004 | 22 | Legal Research (Westlaw) | $ 11.67 |
| 3/10/2004 | 22 | Legal Research (Westlaw) | $ 11.67 |
| 6/1/2004 | 22 | Legal Research (Westlaw) | $ 97.54 |
| 10/13/2004 | 22 | Legal Research (Westlaw) | $ 62.53 |
| 10/26/2004 | 22 | Legal Research (Westlaw) | $ 27.45 |
| 10/29/2004 | 22 | Legal Research (Westlaw) | $ 11.66 |
| **Total - Legal Research (Westlaw)** | | | **$ 252.18** |
| 2/13/2004 | 42 | Copying | $ 160.20 |
| 2/19/2004 | 42 | Copying | $ 268.00 |
| 2/19/2004 | 42 | Copying | $ 0.40 |
| 2/19/2004 | 42 | Copying | $ 160.80 |
| 2/23/2004 | 42 | Copying | $ 38.80 |
| 2/23/2004 | 42 | Copying | $ 43.60 |

Client/Matter 022202-000100US
Disbursement Detail Report

| Date | Code | Description | Amount |
|---|---|---|---|
| 3/10/2004 | 42 | Copying | $ 0.80 |
| 3/11/2004 | 42 | Copying | $ 1.60 |
| 3/11/2004 | 42 | Copying | $ 2.40 |
| 3/11/2004 | 42 | Copying | $ 1.40 |
| 3/12/2004 | 42 | Copying | $ 3.00 |
| 3/12/2004 | 42 | Copying | $ 3.80 |
| 3/12/2004 | 42 | Copying | $ 1.80 |
| 4/1/2004 | 42 | Copying | $ 20.00 |
| 4/1/2004 | 42 | Copying | $ 63.40 |
| 4/1/2004 | 42 | Copying | $ 91.40 |
| 4/8/2004 | 42 | Copying | $ 4.00 |
| 6/1/2004 | 42 | Copying | $ 4.40 |
| 6/2/2004 | 42 | Copying | $ 15.20 |
| 7/8/2004 | 42 | Copying | $ 3.00 |
| 8/27/2004 | 42 | Copying | $ 13.80 |
| 9/8/2004 | 42 | Copying | $ 60.40 |
| 9/8/2004 | 42 | Copying | $ 60.40 |
| 9/10/2004 | 42 | Copying | $ 7.40 |
| 9/10/2004 | 42 | Copying | $ 7.40 |
| 9/17/2004 | 42 | Copying | $ 7.40 |
| 9/24/2004 | 42 | Copying | $ 10.80 |
| 10/14/2004 | 42 | Copying | $ 2.00 |
| | **Total - Copying** | | $ 1,057.60 |
| 10/14/2004 | 50 | Postage | $ 0.60 |
| | **Total - Postage** | | $ 0.60 |
| 2/2/2004 | 52 | Legal Research (Lexis) | $ 96.00 |
| 2/3/2004 | 52 | Legal Research (Lexis) | $ 203.50 |
| 2/3/2004 | 52 | Legal Research (Lexis) | $ 80.50 |
| 2/4/2004 | 52 | Legal Research (Lexis) | $ 45.50 |
| 2/5/2004 | 52 | Legal Research (Lexis) | $ 233.00 |
| 2/5/2004 | 52 | Legal Research (Lexis) | $ 31.50 |
| 2/6/2004 | 52 | Legal Research (Lexis) | $ 75.50 |
| 2/12/2004 | 52 | Legal Research (Lexis) | $ 168.25 |
| 2/18/2004 | 52 | Legal Research (Lexis) | $ 93.00 |
| 2/19/2004 | 52 | Legal Research (Lexis) | $ 105.00 |
| 2/19/2004 | 52 | Legal Research (Lexis) | $ 41.25 |
| 2/20/2004 | 52 | Legal Research (Lexis) | $ 20.50 |
| 2/21/2004 | 52 | Legal Research (Lexis) | $ 55.00 |
| 2/23/2004 | 52 | Legal Research (Lexis) | $ 42.00 |

Client/Matter 022202-000100US
Disbursement Detail Report

| Date | Code | Description | Amount |
|---|---|---|---|
| 2/26/2004 | 52 | Legal Research (Lexis) | $ 105.00 |
| 3/3/2004 | 52 | Legal Research (Lexis) | $ 14.75 |
| 3/4/2004 | 52 | Legal Research (Lexis) | $ 219.50 |
| 3/5/2004 | 52 | Legal Research (Lexis) | $ 195.50 |
| 3/9/2004 | 52 | Legal Research (Lexis) | $ 105.50 |
| 3/10/2004 | 52 | Legal Research (Lexis) | $ 33.00 |
| 3/11/2004 | 52 | Legal Research (Lexis) | $ 43.50 |
| 3/12/2004 | 52 | Legal Research (Lexis) | $ 10.50 |
| 3/29/2004 | 52 | Legal Research (Lexis) | $ 22.00 |
| 3/30/2004 | 52 | Legal Research (Lexis) | $ 21.50 |
| 4/1/2004 | 52 | Legal Research (Lexis) | $ 27.50 |
| 4/2/2004 | 52 | Legal Research (Lexis) | $ 45.00 |
| 5/27/2004 | 52 | Legal Research (Lexis) | $ 16.50 |
| **Total Legal Research (Lexis)** | | | **$ 2,150.25** |
| 2/2/2004 | 57 | Federal Express | $ 10.89 |
| 2/27/2004 | 57 | Federal Express | $ 7.98 |
| 3/2/2004 | 57 | Federal Express | $ 8.89 |
| 3/8/2004 | 57 | Federal Express | $ 6.36 |
| 7/20/2004 | 57 | Federal Express | $ 6.41 |
| 7/21/2004 | 57 | Federal Express | $ 6.41 |
| 8/27/2004 | 57 | Federal Express | $ 15.08 |
| 9/24/2004 | 57 | Federal Express | $ 6.47 |
| **Total - Federal Express** | | | **$ 68.49** |
| 2/24/2004 | 60 | Payee: 9405 Omnidox ^Invoice: PA6123 Check No.: 322136 | $ 78.91 |
| 3/31/2004 | 60 | Payee: 9200 American Legal Copy ^Invoice: 31016 Check No.: 324367 | $ 27.13 |
| 4/19/2004 | 60 | Payee: 9200 American Legal Copy ^Invoice: 31416 Check No.: 325077 | $ 27.13 |
| **Total - Copying (Outside Service)** | | | **$ 133.17** |
| 2/6/2004 | 78 | Los Angeles Superior Court Payee: 8211 Research & Retrieval, Inc. ^Invoice: 14730 Check No.: 323546 | $ 35.00 |
| 2/6/2004 | 78 | US Northern District Court, LA Payee: 8211 Research & Retrieval, Inc. ^Invoice: 14734 Check No.: 323546 | $ 110.00 |
| 2/6/2004 | 78 | US Northern District Court, SF Payee: 8211 Research & Retrieval, Inc. ^Invoice: 14689 Check No.: 323546 | $ 326.20 |
| 2/6/2004 | 78 | US Northern District Court, SF Payee: 8211 Research & Retrieval, Inc. ^Invoice: 14689 Check No.: 323546 | $ 94.80 |
| 2/6/2004 | 78 | US Central District Court, LA Payee: 8211 Research & Retrieval, Inc. ^Invoice: 14692 Check No.: 323546 | $ 128.60 |
| 2/9/2004 | 78 | US Central District Court, LA Payee: 8211 Research & Retrieval, Inc. ^Invoice: 14692 Check No.: 323546 | $ 305.35 |

Client/Matter 022202-000100US
Disbursement Detail Report

| Date | Code | Description | Amount |
|---|---|---|---|
| 2/25/2004 | 78 | US Central District Court, LA Payee: 8211 Research & Retrieval, Inc. ^Invoice: 15196 Check No.: 323546 | $ 55.15 |
| 3/1/2004 | 78 | US Central District Court, LA Payee: 8211 Research & Retrieval, Inc. ^Invoice: 15394 Check No.: 323546 | $ 61.00 |
| 3/1/2004 | 78 | Court Link Payee: 7635 LexisNexis dba CourtLink, Inc. ^Invoice: EA136220 Check No.: 323703 | $ 8.00 |
| 4/5/2004 | 78 | Court Link Payee: 7635 LexisNexis dba CourtLink, Inc. ^Invoice: EA136220 Check No.: 324411 | $ 16.00 |
| 4/7/2004 | 78 | Calif Central District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 040704 Check No.: 324006 | $ 6.00 |
| 4/7/2004 | 78 | at Calif Northern District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 040704 Check No.: 324006 | $ 1.30 |
| 4/7/2004 | 78 | at Calif Northern District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 040704 Check No.: 324006 | $ 0.30 |
| 6/30/2004 | 78 | Document Retrieval at US Party/Case Index Payee: 5750 Gloria Hansen (PACER) ^Invoice: 070904 Check No.: 326860 | $ 0.20 |
| 6/30/2004 | 78 | Document Retrieval at Calif Central District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 070904 Check No.: 326860 | $ 9.60 |
| 6/30/2004 | 78 | Document Retrieval at Calif Central District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 070904 Check No.: 326860 | $ 0.80 |
| 6/30/2004 | 78 | Document Retrieval at Calif Northern District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 070904 Check No.: 326860 | $ 1.80 |
| 6/30/2004 | 78 | Document Retrieval at Calif Northern District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 070904 Check No.: 326860 | $ 2.20 |
| 6/30/2004 | 78 | Document Retrieval at Calif Northern District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 070904 Check No.: 326860 | $ 13.00 |
| 6/30/2004 | 78 | Document Retrieval at Calif Northern District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 070904 Check No.: 326860 | $ 2.50 |
| 6/30/2004 | 78 | Document Retrieval at Calif Southern District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 070904 Check No.: 326860 | $ 1.60 |
| 6/30/2004 | 78 | Document Retrieval at Minnesota District Court Payee: 5750 Gloria Hansen (PACER) ^Invoice: 070904 Check No.: 326860 | $ 0.10 |
| 7/19/2004 | 78 | Document Retrieval - Gloria H. Hansen (PACER) | $ 0.42 |
| 7/20/2004 | 78 | Document Retrieval - Gloria H. Hansen (PACER) | $ 0.28 |
| 8/4/2004 | 78 | Document Retrieval - Gloria H. Hansen (PACER) | $ 6.79 |
| 9/24/2004 | 78 | Document Retrieval - Gloria H. Hansen (PACER) | $ 0.14 |
| 10/31/2004 | 78 | Document Retrieval - Gloria H. Hansen (PACER) at Pacer Service Center | $ 1.68 |
| **Total - Document Retrieval** | | | **$ 1,188.81** |
| **Grand Total** | | | **$ 4,986.16** |