KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
MICHAEL H. PAGE - #154913
R. JAMES SLAUGHTER - #192813
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
FIRST DATA CORP., CARDSERVICE INTERNATIONAL, INC., and HUMBOLDT BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION; FIRST DATA CORP., a corporation; CARDSERVICE INTERNATIONAL, INC., a corporation; MASTERCARD INTERNATIONAL INCORPORATED, a corporation; HUMBOLDT BANK, a national banking association; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 04 0371 JW<br><br>**DECLARATION OF MICHAEL H. PAGE IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS OF DEFENDANTS FIRST DATA CORP., CARDSERVICE INTERNATIONAL, INC., AND HUMBOLDT BANK**<br><br>Date: January 31, 2005<br>Time: 9:00 a.m.<br>Dept: Courtroom 8, 4th Floor<br>Judge: Honorable James Ware |

I, MICHAEL H. PAGE, declare:

1. I am an attorney licensed to practice law in the State of California and in this Court and a member of the law firm of Keker & Van Nest, counsel of record for Defendants First Data Corp., CardService International, Inc., and Humboldt Bank (collectively, "First Data"). This declaration is submitted is support of First Data's motion for an award of attorneys' fees and costs reasonably incurred in the defense of this action. I have personal knowledge of the matters set forth herein and, if called upon as a witness, could and would competently testify thereto.

2. Following the hearing on the second motion to dismiss, I along with counsel representing MsaterCard and Visa, met and conferred with Howard King, counsel for Perfect 10, regarding Defendants' application for attorneys' fees. Mr. King indicated that his client would not agree to pay any attorneys' fees and agreed that the parties had completed meeting and conferring on the question.

3. Attached hereto as Exhibit A is a true and correct copy of a billing summary, prepared at my direction, listing each invoice for attorneys' fees sent First Data for work done on First Data's behalf in defense of this action. The documentation in Exhibit A was prepared using contemporaneously prepared time records. Exhibit A lists each Keker & Van Nest invoice sent to First Date by date of issuance, the amount of attorneys' fees billed, the amount of costs billed, and the total billed. The total amount billed to First Data in connection with this matter as of November 30, 2004, is $199,659, consisting of $180,853 in fees and $18,805 in costs. Except for the November bill, First Data has remitted payment in full for each invoice. I have been assured by First Data that it will pay the November invoice.

4. Attached hereto as Exhibit B is a true and correct copy of a summary prepared at my direction, listing the total amount of time billed to this action by each individual. The documentation in Exhibit B was prepared using contemporaneously prepared time records. Exhibit B contains the number of hours spent by the individual, his or her billing rate, and the total amount billed by the individual. The billing rates are in line with those prevailing in the San Francisco Bay Area for attorneys with similar skill and experience. I describe below the

services rendered by each individual billing time, along with a description of their qualifications. Attached hereto as Exhibit C are true and correct copies of the biographies of each attorney who worked on this matter.

a. Robert A. Van Nest (Partner). Mr. Van Nest is a graduate of Stanford University and Harvard Law School. Following law school, he clerked for the Honorable William H. Orrick in the Northern District of California. He has more than twenty years experience litigating complex civil cases, including intellectual property matters. He is listed in The Best Lawyers in America and has served on the faculty of the Hastings College of Advocacy.

Mr. Van Nest was the lead partner on this matter. He provided the following legal services: case review and assessment; litigation strategy; factual investigation and interviews; client counseling; and supervising legal research and brief drafting. As of November 30, 2004, Mr. Van Nest provided First Data with 31.625 hours of legal services and First Data was billed $20,725 in fees for that time. His regular and customary billing hourly rate through June 2004, which is the rate that was charged to and paid by First Data, was $640 per hour. In June 2004, Mr. Van Nest's billing rate, which is the rate that was charged to and paid by First Data after June 2004, was increased to $700 per hour.

b. Michael H. Page (Partner). I am a 1991 graduate of Boalt Hall School of Law, where I was awarded the Order of the Coif. Following law school, I clerked for the Honorable Samuel Conti in the Northern District of California. I specialize in intellectual property litigation, with an extensive experience in copyright and trademark matters. I have published several articles on copyright law. I received a California Lawyer of the Year Award for my representation of Grokster in litigation against all of the major motion picture studios and record companies.

I was the partner responsible for the day to day litigation of this matter. I provided the following legal services: case review and assessment; litigation strategy; legal and factual analysis; factual investigation and interviews; client counseling; supervision of legal research; brief writing; coordination of defense strategy and fillings; and oral argument of

motions to dismiss. As of November 30, 2004, I provided First Data with 126.125 hours of legal services and First Data was billed $58,387.50 in fees for that time. My regular and customary billing hourly rate through June 2004, which is the rate that was charged to and paid by First Data, was $450 per hour. In June 2004, my billing rate, which is the rate that was charged to and paid by First Data after June 2004, was increased to $500 per hour.

c. R. James Slaughter (Associate). Mr. Slaughter is a graduate of Yale College and Yale Law School. Following law school, he clerked for the Honorable Kim McLane Wardlaw in the Central District of California and the Honorable Martin J. Jenkins in the Northern District of California. Prior to joining Keker & Van Nest in 2001, Mr. Slaughter was an associate for three years at McCutchen, Doyle, Brown & Enersen. His practice focuses on complex civil litigation, including intellectual property matters. Mr. Slaughter will become a partner in Keker & Van Nest January 1, 2005.

Mr. Slaughter provided the following legal services on this matter: case review and assessment; litigation strategy; legal and factual analysis; factual investigation and interviews; client counseling; legal research; brief writing; and coordination of defense strategy and fillings. As of November 30, 2004, Mr. Slaughter provided First Data with 147.25 hours of legal services and First Data was billed $46,170 in fees for that time. His regular and customary billing hourly rate through June 2004, which is the rate that was charged to and paid by First Data, was $300 per hour. In June 2004, Mr. Slaughter's billing rate, which is the rate that was charged to and paid by First Data after June 2004, was increased to $370 per hour.

d. Yasmin Kok (Associate). Ms. Kok is a graduate of Duke University and Boalt Hall School of Law. Prior to joining Keker & Van Nest in 2004, she was for three years an associate at Cravath, Swain & Moore in New York City. Ms. Kok provided the following legal services to First Data in this matter: legal research; fact investigation and interviews; memoranda drafting; and brief drafting. As of November 30, 2004, Ms. Kok provided First Data with 155.65 hours of legal services and First Data was billed $52,921 in fees for that time. Her regular and customary billing hourly rate for 2004, which is the rate that was charged to and paid by First Data, is $340 per hour.

e. Patrick Montgomery (Paralegal). Mr. Montgomery provided paralegal services to First Data in defense of this action. As of November 30, 2004, Mr. Montgomery provided First Data with 14.88 hours of paralegal services and First Data was billed $2,649.60 in fees for that time. His regular and customary billing hourly rate through June 2004, which was the rate that was charged to and paid by First Data, was $170 per hour. In June 2004, Mr. Montgomery's billing rate, which is the rate that was charged to and paid by First Data after June 2004, was increased to $200 per hour.

5. Attached hereto as Exhibit D is a true and correct copy of a costs summary, prepared at my direction, listing costs incurred by Keker & Van Nest in this matter.

6. Attached hereto as Exhibit E is a true and correct copy of the Bill of Costs submitted by First Data pursuant to Civil Local Rule 54-1.

7. I, along with the attorneys listed above, took a significant role in researching and drafting all briefs involving First Data that were filed with the Court. In addition, I prepared for and argued both motions to dismiss. As the Court recognized in its dismissal orders, the allegations regarding state law claims in Perfect 10's complaint substantially overlapped with the allegations concerning the copyright and trademark claims. With all of Perfect 10's claims based on the same facts and related, if not identical, legal theories, the extensive overlap would make it impossible to precisely differentiate work performed among the claims. Even if the amount of time dedicated to claims other than the copyright and trademark claims could be calculated, it would be proportionately insignificant compared with the state law claims.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 17, 2004, at San Francisco, California.

MICHAEL H. PAGE

# EXHIBIT A

Keker & Van Nest Invoice Summary
for services as of November 30, 2004

*Perfect 10 v. Visa International Service Association et al.*
Case No. CV 04 00371 JW (PVT)

| Invoice # | Invoice Date | Fees | Costs | Total |
|---|---|---|---|---|
| 200402-00139 | 2/29/04 | $12,687.50 | $779.18 | $13,466.68 |
| 200403-00153 | 3/31/04 | $64,124.60 | $4,964.03 | $69,088.63 |
| 200404-00155 | 4/30/04 | $43,156.25 | $7,559.20 | $50,715.45 |
| 200405-00167 | 5/31/04 | $23,222.50 | $3,629.61 | $26,852.11 |
| 200406-00141 | 6/30/04 | $6,273.75 | $20.25 | $6,294.00 |
| 200407-00146 | 7/31/04 | $6,325.00 | $25.44 | $6,350.44 |
| 200408-00128 | 8/31/04 | $4,330.00 | $53.15 | $4,383.15 |
| 200409-00114 | 9/30/04 | $12,575.00 | $1,334.99 | $13,909.99 |
| 200409-00320 | 10/31/04 | $3,463.75 | $264.70 | $3,728.45 |
| 200411-00129 | 11/30/04 | $4,694.75 | $175.35 | $4,870.10 |
| | **TOTALS:** | **$180,853.10** | **$18,805.90** | **$199,659.00** |

# EXHIBIT B

Keker & Van Nest Billing Summary
for services as of November 30, 2004

*Perfect 10 v. Visa International Service Association et al.*
Case No. CV 04 00371 JW (PVT)

| Job Title | Name | Hourly Rate* | Hours Recorded | Amount Billed |
|---|---|---|---|---|
| Partner | Robert A. Van Nest | $650/$700 | 31.625 | $20,725.00 |
| Partner | Michael H. Page | $450/$500 | 126.125 | $58,387.50 |
| Associate | R. James Slaughter | $300/$370 | 147.250 | $46,170.00 |
| Associate | Yasmin Kok | $340.00 | 155.650 | $52,921.00 |
| Paralegal | Patrick W. Montgomery | $170/$200 | 14.880 | $2,649.60 |
| | **Total Attorney Fees** | | 475.530 | $180,853.10 |

* In June 2004, billing rates increased.

# EXHIBIT C

KVN KEKER & VAN NEST LLP

Search

# Robert A. Van Nest

Mr. Van Nest joined Keker & Brockett as an associate in 1979, becoming a partner in 1982. He received his undergraduate degree from Stanford University in 1973 and his Juris Doctor degree, *magna cum laude*, from Harvard Law School in 1978. Bob then served as a law clerk to the United States District Judge William H. Orrick in the Northern District of California from 1978 to 1979.

Bob's practice ranges widely over the field of complex business litigation and white-collar crime. He has tried cases involving patent infringement, securities fraud, trademarks, commercial contracts, RICO, partnership disputes, real estate, insurance bad faith, mail and wire fraud, and others. He has appeared in state and federal courts in California and across the country. He frequently represents businesses involved in major disputes giving rise to simultaneous litigation involving civil, criminal, and administrative proceedings.

Examples of recent complex business litigation matters in which Bob has served as lead counsel include:

Defense of a leading foreign automaker in a series of class actions alleging state and federal antitrust violations in the pricing of automobiles sold in the United States. *In re New Motor Vehicle Canadian Export Antitrust Litigation*;

Counsel for plaintiff in a major patent litigation dispute between the two largest manufacturers of programmable logic devices. *Xilinx, Inc. v. Altera Corporation*;

Counsel for several of the founding partners in the Oakland Raiders Football franchise in an action against the general partner, Al Davis, to establish the limited partnership rights of plaintiffs and for breach of fiduciary duty. *Reicher v. Davis*;

Defense of nationwide class action and related state action, alleging discrimination in automobile financing under the Equal Credit Opportunity Act and California Business and Professions Code §17200. *Willis v. American Honda Finance Corporation*;

Defense counsel for a national title insurance company in a series of actions alleging violations of the California escheat

statute, federal banking regulations, and the California Unfair Business Practice Statute, brought by the California Department of Insurance, the City of San Francisco, the Office of the State Controller, and several private class action plaintiffs. *In re Old Republic Title Company Consolidated Litigation*;

Defense of national credit card provider in connection with *qui tam* action alleging violations of the False Claims Act in connection with the receipt of bulk mail discounts from the United States Postal Service;

Defense of a Japanese automaker in class action and multi-district litigation involving more than one hundred large automobile dealerships and a class of more than one thousand dealers, involving claims for RICO, fraud, and commercial bribery. *In re American Honda Dealerships Litigation*;

Counsel for a major national beverage distributor in an investigation by the California Attorney General into potential state antitrust violations;

Defense counsel for a large national bank in investigations by the San Francisco District Attorney and the office of the Controller of the Currency arising from alleged unfair advertising and business practices in the sale of credit cards and financial services.

Bob is listed in *The Best Lawyers in America*. Bob is an active provider of continuing legal education. He has served on the faculties of the Hastings College of Advocacy and the National Institute for Trial Advocacy and has been a Lecturer in Developments in Tort Practice for the California Continuing Education of the Bar since 1985. He recently served as a member of the State Bar Commission on Mandatory Continuing Legal Education.

Bob has been a director of the Association of Business Trial Lawyers (1992-2000) and chairs the Development Committee of Bay Area Legal Aid (formerly San Francisco Neighborhood Legal Assistance Foundation) (1995-present).

KVN KEKER & VAN NEST LLP

Search

# Michael H. Page

Mr. Page specializes in intellectual property litigation, with extensive experience in copyright, trade secret, trademark, and patent litigation. Michael has represented clients in numerous high profile intellectual property cases.

Most recently, he received a CLAY Award (California Lawyer Attorney of the Year) for his success in obtaining a landmark decision in favor of his client Grokster in litigation against all of the major motion picture studios and record companies. That decision established the legality of peer-to-peer filesharing software (*Los Angeles Times,* May 18, 2003). Michael has also represented clients such as Hummer Winblad Venture Partners in the Napster litigation, 321 Studios in litigation against the major motion picture studios, InterTrust Technologies in patent litigation against Microsoft, Cadence Design Systems in trade secret litigation against Avant! Corporation, and Google in trademark and cybersquatting litigation. Other significant intellectual property clients have included America Online, Nintendo, Electronic Arts, Sega, Nullsoft, Palm Computing, 3Com, Harris Corporation, Heartport, Quark, E-Loan, Tegal, Onebox, and Navtech.

Michael is a 1991 graduate of Boalt Hall School of Law, where he served as managing editor of the *California Law Review* and was awarded the Order of the Coif. After clerking for United States District Judge Samuel Conti and serving as an associate at Howard, Rice, Nemerovski, Canady, Falk & Rabkin, Michael joined Keker & Van Nest in 1995, becoming a partner in 1999. Michael has published several articles on copyright law. He is a member of the San Francisco Bay Area Intellectual Property Inns of Court, and was co-chairman of the Litigation Section of the Barrister's Club.

KVN KEKER & VAN NEST LLP

Search

# R. James Slaughter

Mr. Slaughter graduated from Yale College in 1991 and received his law degree from Yale Law School in 1997. Between college and law school Jamie was a political consultant, working on campaigns in the Bay Area and throughout California. Following law school, Jamie served as a law clerk for the Honorable Kim McLane Wardlaw of the United States District Court, Central District of California (now on the Ninth Circuit) and the Honorable Martin J. Jenkins of the United States District Court, Northern District of California.

Jamie joined Keker & Van Nest in 2001. Prior to joining the firm, Jamie was a litigation associate at McCutchen, Doyle, Brown & Enersen in San Francisco. Jamie's practice focuses on complex civil and white collar criminal litigation.

Jamie lives in San Francisco with his wife Staci, sons Jake and Ben, and dog Fisher. He is on the Board of Directors of the San Francisco Neighborhood Theater Foundation.

KVN KEKER & VAN NEST LLP

Search

# Yasmin Kok

Ms. Kok received a Bachelor of Arts degree in sociology and comparative area studies, with a minor in French, from Duke University in 1996, graduating *magna cum laude* and with membership in *Phi Beta Kappa.* Yasmin earned her Juris Doctor degree from Boalt Hall School of Law, University of California at Berkeley in 2000. While at Boalt, she served as an articles editor and commentary editor of the *Berkeley Women's Law Journal* and received the Penny Nanapolous Memorial Scholarship for work emphasizing women and civil rights. Prior to joining Keker & Van Nest in 2004, Yasmin worked for three years at Cravath, Swaine and Moore in New York City.

# EXHIBIT D

Keker & Van Nest Invoice Summary
for Costs as of November 30, 2004

*Perfect 10 v. Visa International Service Association et al.*
Case No. CV 04 00371 JW (PVT)

| Invoice Date | Invoice # | Description | Cost | Category |
|---|---|---|---|---|
| 3/31/04 | 200403-00153 | Airline Ticket | $1,100.40 | Attorney Travel |
| 3/31/04 | 200403-00153 | Travel, Meals & Parking | $143.33 | Attorney Travel |
| 4/30/04 | 200404-00155 | Travel, Meals & Parking | $174.49 | Attorney Travel |
| 5/31/04 | 200405-00167 | Travel, Meals & Parking | $54.00 | Attorney Travel |
| 7/31/04 | 200407-00146 | Travel, Meals & Parking | $4.00 | Attorney Travel |
| | | **Total Travel, Travel, Meals & Parking** | **$1,476.22** | |
| 3/31/04 | 200403-00153 | Worldwide Courier | $97.00 | Delivery |
| 4/30/04 | 200404-00155 | Federal Express | $25.51 | Delivery |
| 4/30/04 | 200404-00155 | First Legal Support Services | $703.10 | Delivery |
| 4/30/04 | 200404-00155 | Postage | $3.14 | Delivery |
| 5/31/04 | 200405-00167 | First Legal Support Services | $175.00 | Delivery |
| 5/31/04 | 200405-00167 | Worldwide Courier | $194.00 | Delivery |
| 9/30/04 | 200409-00114 | Federal Express | $25.73 | Delivery |
| 10/31/04 | 200409-00320 | Delivery Service-Time Machine Network | $100.00 | Delivery |
| 11/30/04 | 200411-00129 | Federal Express | $41.17 | Delivery |
| | | **Total Delivery** | **$1,364.65** | |
| 2/29/04 | 200402-00139 | Westlaw Computer Research | $372.75 | Legal Research |
| 3/31/04 | 200403-00153 | Lexis-Nexis Computer Research | $170.63 | Legal Research |
| 3/31/04 | 200403-00153 | Westlaw Computer Research | $1,902.00 | Legal Research |
| 4/30/04 | 200404-00155 | Lexis-Nexis Computer Research | $371.10 | Legal Research |
| 4/30/04 | 200404-00155 | Research | $26.46 | Legal Research |
| 4/30/04 | 200404-00155 | Westlaw Computer Research | $6,157.80 | Legal Research |
| 5/31/04 | 200405-00167 | Westlaw Computer Research | $3,181.41 | Legal Research |
| 7/31/04 | 200407-00146 | Research | $4.34 | Legal Research |
| 9/30/04 | 200409-00114 | Westlaw Computer Research | $964.89 | Legal Research |
| 10/31/04 | 200409-00320 | Research | $23.45 | Legal Research |
| 11/30/04 | 200411-00129 | Westlaw Computer Research | $103.28 | Legal Research |
| | | **Total Legal Research** | **$13,278.11** | |
| 2/29/04 | 200402-00139 | Photocopies @ $0.15 | $405.90 | Photocopies |
| 3/31/04 | 200403-00153 | Photocopies @ $0.15 | $1,541.40 | Photocopies |
| 4/30/04 | 200404-00155 | Photocopies @ $0.15 | $97.20 | Photocopies |

| Invoice Date | Invoice # | Description | Cost | Category |
|---|---|---|---|---|
| 5/31/04 | 200405-00167 | Photocopies @ $0.15 | $25.20 | Photocopies |
| 6/30/04 | 200406-00141 | Photocopies @ $0.15 | $19.65 | Photocopies |
| 7/31/04 | 200407-00146 | Photocopies @ $0.15 | $17.10 | Photocopies |
| 8/31/04 | 200408-00128 | Photocopies @ $0.15 | $27.15 | Photocopies |
| 9/30/04 | 200409-00114 | Photocopies @ $0.15 | $343.80 | Photocopies |
| 10/31/04 | 200409-00320 | Photocopies @ $0.15 | $141.15 | Photocopies |
| 11/30/04 | 200411-00129 | Photocopies @ $0.15 | $30.90 | Photocopies |
| | | **Total Photocopies** | **$2,649.45** | |
| 2/29/04 | 200402-00139 | Phone | $0.53 | Telephone |
| 3/31/04 | 200403-00153 | Phone | $9.27 | Telephone |
| 4/30/04 | 200404-00155 | Phone | $0.40 | Telephone |
| 6/30/04 | 200406-00141 | Phone | $0.60 | Telephone |
| 8/31/04 | 200408-00128 | Conference Calls | $25.18 | Telephone |
| 8/31/04 | 200408-00128 | Phone | $0.82 | Telephone |
| 9/30/04 | 200409-00114 | Phone | $0.57 | Telephone |
| 10/31/04 | 200409-00320 | Phone | $0.10 | Telephone |
| | | **Total Telephone** | **$37.47** | |

| **Total Costs By Category** | |
|---|---|
| Travel, Travel, Meals & Parking | $1,476.22 |
| Delivery | $1,364.65 |
| Legal Research | $13,278.11 |
| Photocopies | $2,649.45 |
| Telephone | $37.47 |
| **Total Costs** | **$18,805.90** |

# EXHIBIT E

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

PERFECT 10, INC., a California corporation,

V.

VISA INTERNATIONAL SERVICE ASSOCIATION, et al.

## BILL OF COSTS

Case Number: C 04 0371 JW

Judgment having been entered in the above entitled action on Dec 3, 2004 (Date) against Perfect 10, Inc., the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) Please See Exhibit 1 | $199,659 |
| TOTAL | $ $199,659 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: to Court

Signature of Attorney: [signature]

Name of Attorney: R. JAMES SLAUGHTER

For: Defts FIRST DATA CORP., CARDSERVICE INTERNATIONAL, INC. HUMBOLDT BANK (Name of Claiming Party) Date: 12/17/2004

Please take notice that I will appear before the clerk who will tax said costs on ____________ at ____________

Costs are taxed in the amount of ____________ and included in the judgment.

____________ Clerk of Court By: ____________ Deputy Clerk ____________ Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

# EXHIBIT 1

ITEMIZED BREAKDOWN OF OTHER COSTS

| | |
|---|---|
| Attorneys' Fees | $180,853.10 |
| Legal Research | $13,278.11 |
| Travel, Meals & Parking | $1,476.22 |
| Delivery and Postage Fees | $1,346.65 |
| Photocopies | $2,649.45 |
| Phone | $37.47 |
| TOTAL: | $199,659.00 |

Keker & Van Nest Invoice Summary
for services as of November 30, 2004

*Perfect 10 v. Visa International Service Association et al.*
Case No. CV 04 00371 JW (PVT)

| Invoice # | Invoice Date | Fees | Costs | Total |
|---|---|---|---|---|
| 200402-00139 | 2/29/04 | $12,687.50 | $779.18 | $13,466.68 |
| 200403-00153 | 3/31/04 | $64,124.60 | $4,964.03 | $69,088.63 |
| 200404-00155 | 4/30/04 | $43,156.25 | $7,559.20 | $50,715.45 |
| 200405-00167 | 5/31/04 | $23,222.50 | $3,629.61 | $26,852.11 |
| 200406-00141 | 6/30/04 | $6,273.75 | $20.25 | $6,294.00 |
| 200407-00146 | 7/31/04 | $6,325.00 | $25.44 | $6,350.44 |
| 200408-00128 | 8/31/04 | $4,330.00 | $53.15 | $4,383.15 |
| 200409-00114 | 9/30/04 | $12,575.00 | $1,334.99 | $13,909.99 |
| 200409-00320 | 10/31/04 | $3,463.75 | $264.70 | $3,728.45 |
| 200411-00129 | 11/30/04 | $4,694.75 | $175.35 | $4,870.10 |
| | **TOTALS:** | **$180,853.10** | **$18,805.90** | **$199,659.00** |

Keker & Van Nest Billing Summary
for services as of November 30, 2004

*Perfect 10 v. Visa International Service Association et al.*
Case No. CV 04 00371 JW (PVT)

| Job Title | Name | Hourly Rate* | Hours Recorded | Amount Billed |
|---|---|---|---|---|
| Partner | Robert A. Van Nest | $650/$700 | 31.625 | $20,725.00 |
| Partner | Michael H. Page | $450/$500 | 126.125 | $58,387.50 |
| Associate | R. James Slaughter | $300/$370 | 147.250 | $46,170.00 |
| Associate | Yasmin Kok | $340.00 | 155.650 | $52,921.00 |
| Paralegal | Patrick W. Montgomery | $170/$200 | 14.880 | $2,649.60 |
| | **Total Attorney Fees** | | 475.530 | $180,853.10 |

* In June 2004, billing rates increased.

Keker & Van Nest Invoice Summary
for Costs as of November 30, 2004

*Perfect 10* v. *Visa International Service Association et al.*
Case No. CV 04 00371 JW (PVT)

| Invoice Date | Invoice # | Description | Cost | Category |
|---|---|---|---|---|
| 3/31/04 | 200403-00153 | Airline Ticket | $1,100.40 | Attorney Travel |
| 3/31/04 | 200403-00153 | Travel, Meals & Parking | $143.33 | Attorney Travel |
| 4/30/04 | 200404-00155 | Travel, Meals & Parking | $174.49 | Attorney Travel |
| 5/31/04 | 200405-00167 | Travel, Meals & Parking | $54.00 | Attorney Travel |
| 7/31/04 | 200407-00146 | Travel, Meals & Parking | $4.00 | Attorney Travel |
| | | **Total Travel, Travel, Meals & Parking** | **$1,476.22** | |
| 3/31/04 | 200403-00153 | Worldwide Courier | $97.00 | Delivery |
| 4/30/04 | 200404-00155 | Federal Express | $25.51 | Delivery |
| 4/30/04 | 200404-00155 | First Legal Support Services | $703.10 | Delivery |
| 4/30/04 | 200404-00155 | Postage | $3.14 | Delivery |
| 5/31/04 | 200405-00167 | First Legal Support Services | $175.00 | Delivery |
| 5/31/04 | 200405-00167 | Worldwide Courier | $194.00 | Delivery |
| 9/30/04 | 200409-00114 | Federal Express | $25.73 | Delivery |
| 10/31/04 | 200409-00320 | Delivery Service-Time Machine Network | $100.00 | Delivery |
| 11/30/04 | 200411-00129 | Federal Express | $41.17 | Delivery |
| | | **Total Delivery** | **$1,364.65** | |
| 2/29/04 | 200402-00139 | Westlaw Computer Research | $372.75 | Legal Research |
| 3/31/04 | 200403-00153 | Lexis-Nexis Computer Research | $170.63 | Legal Research |
| 3/31/04 | 200403-00153 | Westlaw Computer Research | $1,902.00 | Legal Research |
| 4/30/04 | 200404-00155 | Lexis-Nexis Computer Research | $371.10 | Legal Research |
| 4/30/04 | 200404-00155 | Research | $26.46 | Legal Research |
| 4/30/04 | 200404-00155 | Westlaw Computer Research | $6,157.80 | Legal Research |
| 5/31/04 | 200405-00167 | Westlaw Computer Research | $3,181.41 | Legal Research |
| 7/31/04 | 200407-00146 | Research | $4.34 | Legal Research |
| 9/30/04 | 200409-00114 | Westlaw Computer Research | $964.89 | Legal Research |
| 10/31/04 | 200409-00320 | Research | $23.45 | Legal Research |
| 11/30/04 | 200411-00129 | Westlaw Computer Research | $103.28 | Legal Research |
| | | **Total Legal Research** | **$13,278.11** | |
| 2/29/04 | 200402-00139 | Photocopies @ $0.15 | $405.90 | Photocopies |
| 3/31/04 | 200403-00153 | Photocopies @ $0.15 | $1,541.40 | Photocopies |
| 4/30/04 | 200404-00155 | Photocopies @ $0.15 | $97.20 | Photocopies |

| Invoice Date | Invoice # | Description | Cost | Category |
|---|---|---|---|---|
| 5/31/04 | 200405-00167 | Photocopies @ $0.15 | $25.20 | Photocopies |
| 6/30/04 | 200406-00141 | Photocopies @ $0.15 | $19.65 | Photocopies |
| 7/31/04 | 200407-00146 | Photocopies @ $0.15 | $17.10 | Photocopies |
| 8/31/04 | 200408-00128 | Photocopies @ $0.15 | $27.15 | Photocopies |
| 9/30/04 | 200409-00114 | Photocopies @ $0.15 | $343.80 | Photocopies |
| 10/31/04 | 200409-00320 | Photocopies @ $0.15 | $141.15 | Photocopies |
| 11/30/04 | 200411-00129 | Photocopies @ $0.15 | $30.90 | Photocopies |
| | | **Total Photocopies** | **$2,649.45** | |
| 2/29/04 | 200402-00139 | Phone | $0.53 | Telephone |
| 3/31/04 | 200403-00153 | Phone | $9.27 | Telephone |
| 4/30/04 | 200404-00155 | Phone | $0.40 | Telephone |
| 6/30/04 | 200406-00141 | Phone | $0.60 | Telephone |
| 8/31/04 | 200408-00128 | Conference Calls | $25.18 | Telephone |
| 8/31/04 | 200408-00128 | Phone | $0.82 | Telephone |
| 9/30/04 | 200409-00114 | Phone | $0.57 | Telephone |
| 10/31/04 | 200409-00320 | Phone | $0.10 | Telephone |
| | | **Total Telephone** | **$37.47** | |

| **Total Costs By Category** | |
|---|---|
| Travel, Travel, Meals & Parking | $1,476.22 |
| Delivery | $1,364.65 |
| Legal Research | $13,278.11 |
| Photocopies | $2,649.45 |
| Telephone | $37.47 |
| **Total Costs** | **$18,805.90** |