WINSTON & STRAWN LLP
Andrew P. Bridges - #122761
Jennifer A. Golinveaux - #203056
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys For Defendant
MASTERCARD INTERNATIONAL INCORPORATED

(Additional counsel on second page)

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PERFECT 10, INC., a California corporation,

Plaintiff,

vs.

VISA INTERNATIONAL SERVICE ASSOCIATION; FIRST DATA CORP., a corporation; CARDSERVICE INTERNATIONAL, INC., a corporation; MASTERCARD INTERNATIONAL INCORPORATED, a corporation; HUMBOLDT BANK, a national banking association; and DOES 1 through 100, inclusive,

Defendants.

Case No. C 04 0371 JW (PVT)

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES OF DEFENDANTS MASTERCARD INTERNATIONAL INCORPORATED, FIRST DATA CORP., CARDSERVICE INTERNATIONAL, AND HUMBOLDT BANK

Date: January 31, 2005
Time: 9:00 a.m.
Dept: Courtroom 8, 4th Floor
Judge: Honorable James Ware



Dockets.Justia.com

KEKER & VAN NEST, LLP
Robert A. Van Nest - #84065
Michael H. Page - #154913
R. James Slaughter - #192813
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
FIRST DATA CORP.; CARDSERVICE INTERNATIONAL, INC.;
and HUMBOLDT BANK

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT at 9:00 a.m. on January 31, 2005, or as soon thereafter as may be heard in the above-entitled Court, located at 280- South 1st Street, San Jose, California, 95113, Defendants MasterCard International Incorporated; First Data Corp.; CardService International, Inc.; and Humboldt Bank (collectively "Moving Defendants") will and hereby do move this Court for an award of their attorneys' fees, because Moving Defendants, as prevailing defendants, are entitled to their attorneys' fees and costs under the Copyright Act and the Lanham Act, and all of Plaintiff's claims are related and inextricably intertwined.

The motion will be based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities, Declaration of Andrew P. Bridges, and Declaration of Michael H. Page; the pleadings and papers filed in the case; and any argument of counsel.

Respectfully submitted,

Dated: December 17, 2004

WINSTON & STRAWN LLP

By: /s/ Andrew P. Bridges
ANDREW P. BRIDGES
JENNIFER A. GOLINVEAUX
Attorneys for Defendant
MASTERCARD INTERNATIONAL INCORPORATED

KEKER & VAN NEST, LLP

By: /s/ Michael H. Page
ROBERT A. VAN NEST
MICHAEL H. PAGE
R. JAMES SLAUGHTER
Attorneys for Defendant
FIRST DATA CORP., CARDSERVICE INTERNATIONAL, INC., and HUMBOLDT BANK

Andrew P. Bridges attests that he has obtained the concurrence of the signatory indicated above.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894